CC-64 (1/83)

CERTIFIED COPY OF MARRIAGE

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE XEROX COPY OF THE APPLICATION AND MARRIAGE RETURN ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT FOR BALTIMORE CITY.

IN TESTIMONY WHEREOF I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF THE CIRCUIT COURT THIS 9th DAY OF November 20 20.

Marilyn Bentley
Clerk of the Circuit Court
MARILYN BENTLEY, CLERK

LICENSE NO. Nº 210483

## State of Maryland, Baltimore City, sct.

To the Clerk of the Circuit Court for Baltimore City:
I HEREBY MAKE APPLICATION FOR A MARRIAGE LICENSE TO BE ISSUED IN ACCORDANCE WITH THE ACT OF ASSEMBLY IN SUCH CASES MADE AND PROVIDED; AND DO MAKE THE FOLLOWING STATEMENTS UNDER OATH, TO WIT:

GROOM'S NAME IVAN TYROME STREET  Age 44  Birthplace MD
Residence 942 MONTPELIER STREET (County) (State)  Marital Status DIV. 6/5/81 BALTO. CITY
BRIDE'S NAME RENEE ROXANNE COOK  Age 42  Birthplace MD
Residence 1630 MONTPELIER STREET (County) (State)  Marital Status DIV. 12/8/88 BALTO. CITY
Relationship to groom if any NONE

Name of Person consenting if Groom is a Minor _____ (Parent or Guardian)
Name of Person consenting if Bride is a Minor _____ (Parent or Guardian)

(Signed) Ivan Tyrome Street (Must be one of the contracting parties) Applicant

Sworn to and subscribed before me this 22ND day of OCTOBER A.D., 19 97
PATRICIA M. BERTORELLI
SAUNDRA E. BANKS
Clerk of Circuit Court for Baltimore City

License issued on the 24TH day of OCTOBER A.D., 19 97  TT
Ivan Street (Rec'd License)

## Clerk's Certificate of Marriage Return

On the 25TH day of OCTOBER 19 97 the above-named parties were united in marriage at
BALTIMORE, MD  by JOHN VENNIE
Name of officiating Minister or Authorized Official
3705 EDMONSON AVE
Address  PASTOR, ST. MARY's BAPTIST CHURCH
Title and Church or Office
Filed APRIL 7, 2021  PATRICIA M. BERTORELLI
Saundra E. Banks
Signature — Clerk of Court

No. 17525

Exhibit 2