Page 1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

DEMETRA STREET                    )
                                  )
              Plaintiff           )
v.                                )     Civil Action No.
                                  )
WYLIE FUNERAL HOME, P.A.,         )     RDB-21-cv-1970
et al.                            )
                                  )
              Defendants          )


DEPOSITION OF DEMETRA STREET

VOLUME I

Friday, October 28, 2022

Towson, Maryland


Reported by:  Melanie Kilchenstein


EVANS REPORTING SERVICE
The Munsey Building, Suite 409
Seven North Calvert Street
Baltimore, Maryland 21202
410.727.7100  800.256.8410

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410            award-winning service
                                                                EXHIBIT 3

Page 2

```
1              DEPOSITION OF DEMETRA STREET
2                        VOLUME I
3          Deposition of Demetra Street, Volume I,
4    taken in the above-entitled case on Friday,
5    October 28, 2022, commencing at 10:34 a.m., held
6    at Mann & Casey, P.A., 409 Washington Avenue,
7    Suite 600, Towson, Maryland 21204, and reported by
8    Melanie Kilchenstein, a Notary Public.
9            *      *      *      *
10
11
12
13
14
15
16
17
18
19           EVANS REPORTING SERVICE
             The Munsey Building, Suite 409
20           Seven North Calvert Street
             Baltimore, Maryland 21202
21           410.727.7100  800.256.8410
```

Page 4

```
1   EXHIBITS         DESCRIPTION          PAGE
2   10    Celebration of Life program      132
3   11    Email exchange, Ms. Street and   153
4         Mr. Conner
5   12    Email dated 1/28/2021 to         157
6         Ms. Street from Mr. Connor
7   13    Mt. Zion Cemetery Record of      158
8         Interment
9   14    Certificate of Death             161
10
11
12
13
14
15
16
17
18
19
20
21
```

Page 3

```
1                I N D E X
2        DEPOSITION OF DEMETRA STREET
3                  VOLUME I
4              October 28, 2022
5
6    EXAMINATION BY                PAGE
7    Mr. Mann                6
8
9
```

```
10   EXHIBITS        DESCRIPTION         PAGE
11   1    Petition for Protection Form       27
12   2    Complaint for Absolute Divorce     38
13   3    Affidavit of Service               46
14   4    Request for Order of Default       47
15   5    Certified Copy of Marriage Record  73
16   6    Marriage Certificate               73
17   7    Statement of Funeral Goods and     81
18        Services Selected
19   8    Informed Consent                   87
20   9    Metro Crematory, Inc.,             92
21        Authorization
```

Page 5

```
1    APPEARANCES:
2    ALEXANDER J. COFFIN, ESQUIRE
        Law Office of Alex Coffin, LLC
3       114 Spring Place Way
        Annapolis, MD 21401
4       410-216-3339
        alex.coffinlaw@gmail.com
5       ON BEHALF OF THE PLAINTIFF
6    CHRISTIAN C. MANN, ESQUIRE
        Mann & Casey P.A.
7       409 Washington Avenue, Suite 600
        Towson, MD 21204
8       410-296-6826
        jmarkel_mann@hotmail.com
9       ON BEHALF OF THE DEFENDANTS
10
11   ALSO PRESENT:  Jim Coffin
12
13
14
15
16
17
18
19
20
21
```

Coast to coast coverage                Evans Reporting Service                Over 25 years
Unsurpassed excellence                      800-256-8410                award-winning service

EXHIBIT 3

1         P R O C E E D I N G S
2     DEMETRA STREET, called as a witness and
3 having been duly sworn, testified as follows:
4          EXAMINATION
5 BY MR. MANN:
6    Q   Good morning, Ms. Street. We met
7 before. My name is Chris Mann. I represent the
8 defendants in this case that you filed.
9     We're here today to take your
10 deposition. Have you ever been in a deposition
11 before?
12    A   No.
13    Q   Okay. There's just a few quick ground
14 rules I'll go over with you quickly. I know we
15 have some time constraints, so I'll try to go
16 through it as quick as I can.
17     Please always give a verbal response to
18 my question, like yes or no, instead of shaking or
19 nodding your head or saying uh-huh or uh-uh
20 because we can't interpret that on the record.
21 Okay?

1    A   Okay.
2    Q   Please also let me finish my question
3 completely before you begin your answer so that
4 we're not talking over one another. Okay?
5    A   Okay.
6    Q   Most importantly, if I ask a question
7 that you don't understand, you have to let me
8 know, and I'll be happy to rephrase it. If you
9 answer a question, I'm going to assume that you
10 understood it. Okay?
11    A   Okay.
12    Q   All right. What is your date of birth?
13    A   ▇▇▇▇▇
14     MR. ALEXANDER COFFIN: I'm going to
15 interject for just one second.
16     We've spoken with Demetra Street, and
17 she's not going to answer any questions -- we're
18 going to object and have her not answer any
19 questions related to her happiness with the
20 marriage of Ivan Street. Any sort of
21 infidelity-type questions, we're instructing her

1 not to answer.
2     MR. MANN: What's the basis of
3 instructing her not to answer those -- well,
4 actually, first, Ms. Street, can you leave the
5 room?
6     MR. ALEXANDER COFFIN: Sure.
7     (Witness exited the conference room.)
8     MR. MANN: So Ms. Street has left the
9 room. So I'm just going to ask you to explain the
10 basis for --
11     MR. ALEXANDER COFFIN: Sure.
12     MR. MANN: -- you instructing her --
13     MR. ALEXANDER COFFIN: So, first off,
14 adultery is a crime. So, look, I mean, we have no
15 objection to the fact that she's married to Ivan
16 Street, that she did file for divorce, and that
17 the divorce never happened, but, you know, she's
18 legal -- she was legally married to Ivan Street at
19 the time of his passing, so.
20     MR. MANN: I need to be clear exactly
21 what you're instructing her not to answer.

1     MR. ALEXANDER COFFIN: Anything related
2 to infidelity, adultery, any -- I mean, anything
3 related to her just-general unhappiness with Ivan
4 Street.
5     MR. MANN: I can't agree to any of that,
6 especially with the last part, her "general
7 unhappiness." The claims you're making in this
8 case are emotional distress.
9     MR. ALEXANDER COFFIN: I understand.
10     MR. MANN: A lot of what happened
11 between her and Ivan Street relates to that.
12 Okay? So I'm entitled to ask her about it.
13     MR. ALEXANDER COFFIN: Okay. Well,
14 we --
15     MR. MANN: That's my position.
16     MR. ALEXANDER COFFIN: -- can -- that's
17 fine. All right.
18     But what about the adultery piece?
19     MR. MANN: Well, I have to think about
20 that. I can't agree that I'm not entitled to ask
21 her about it. I think it's relevant, given the

3 (Pages 6 to 9)

EXHIBIT 3

1  claims that are made, in this case, that are very
2  broad about her distress after his death and the
3  things that happened.  So I think it's all fair
4  game, and it all should be testified to.  It's
5  certainly not a basis to instruct her not to
6  answer.
7      The rule basically says that, unless it
8  goes to work product or it's just completely
9  irrelevant, you can't instruct your client not to
10  answer the question.  I mean, I think the rule is
11  pretty clear on that.
12      So just because the question is
13  difficult -- I mean, if she wants to assert some
14  kind of fifth-amendment thing, that's fine.  She
15  can do that, but it's my position she has to
16  answer those questions, given the claims that are
17  made in this case.
18      So I'm going to ask that you withdraw
19  the objection and allow her to answer the
20  questions.  You can certainly object, but telling
21  her not to answer, I don't think is appropriate.

1      (Discussion was held off the record.)
2      MR. ALEXANDER COFFIN:  Okay.  So we'll
3  withdraw the objection, but we don't really see
4  how, you know, this -- her -- whether or not she,
5  you know, was adulterous or anything like that has
6  anything to do with her emotional grief.
7      MR. MANN:  Well, I don't know if I
8  really intend to, to be honest with you --
9      MR. ALEXANDER COFFIN:  Okay.
10      MR. MANN:  -- really get too deep into
11  it with her.  I do have to ask her some questions
12  about it, based on what she's alleged in this
13  case.
14      So, I mean, look, you can certainly
15  object.  That's your right, but instructing her
16  not to answer, I can't agree with that.
17      MR. ALEXANDER COFFIN:  Okay.
18      MR. MANN:  Okay?  So you're going to
19  permit her to answer the questions?
20      MR. ALEXANDER COFFIN:  Yes.
21      MR. MANN:  Okay.

1      (Witness present.)
2      BY MR. MANN:
3      Q   Ms. Street, you gave me your date of
4  birth, and I was going to ask you, what's your
5  current address?
6      A   **It's 5002 Denview Way, Apartment B.**
7      Q   How long have you lived there?
8      A   **Two -- like, two months now.**
9      Q   Okay.  And I understand you lived in
10  Virginia for a couple years.
11      A   **Two years.**
12      Q   Is that right?
13      A   **Yes.**
14      Q   When did you move back to Maryland from
15  Virginia?
16      A   **May 15th.**
17      Q   Of 2022?
18      A   **Yes.**
19      Q   Okay.  All right.  I'm just going to get
20  some brief background questions about you.  It's
21  my understanding you worked as a security guard?

1      A   **Yes.**
2      Q   Okay.  How long did you do that?
3      A   **About -- about ten years.**
4      Q   Okay.  And what was your employer's
5  name?
6      A   **Admiral Security.**
7      Q   Admiral Security?
8      A   **Admiral Security.**
9      Q   And based on the information I have, you
10  left there in 2014?
11      A   **Yes.**
12      Q   Does that sound about correct?
13      A   **Yes.**
14      Q   Why did you leave that employment?
15      A   **Pregnant.**
16      Q   And what kind of security were you doing
17  for Admiral?
18      A   **Shopping centers, stores, schools,**
19  **different posts.**
20      Q   Okay.  And then I understand that, after
21  you worked as a security guard, you worked at the

EXHIBIT 3

Page 14

1  Dollar Tree; is that right?
2      A  **Yes.**
3      Q  Where was that Dollar Tree located?
4      A  **On Monument Street.**
5      Q  And you worked there for a couple of
6  years; is that right?
7      A  **Yes.**
8      Q  What did you do at Dollar Tree?
9      A  **Not a couple years.  It was nine months.**
10     Q  Okay.  What did you do at Dollar Tree?
11     A  **Cashier and stock.**
12     Q  "Cashier and stock," is that what you
13 said?
14     A  **Yes.**
15     Q  And why did you leave Dollar Tree?
16     A  **Babysitting issues.**
17     Q  I'm sorry?
18     A  **Babysitting issues.**
19     Q  Babysitting issues?
20     A  **Yes.**
21     Q  What kind of babysitting issues?

Page 15

1      A  **No one to watch my youngest son.**
2         THE REPORTER:  I'm sorry?
3      A  **No one to watch my youngest son.**
4      Q  Okay.  Try to, if you can, just keep
5  your voice --
6      A  **Okay.**
7      Q  -- up because she's got to take down
8  everything you say.  Okay?
9         Are you currently employed?
10     A  **No.**
11     Q  Have you been employed since that Dollar
12 Tree job?
13     A  **No.**
14     Q  Are you on disability?
15     A  **Yes.**
16     Q  What are you on disability for?
17     A  **Post-traumatic stress, anxiety, and**
18 **depression.**
19     Q  When did you first go on disability --
20 strike that.
21        Let me ask you, when did you first apply

Page 16

1  for disability?
2      A  **2015.**
3      Q  Okay.  And at that time when you
4  applied, was it for PTSD, anxiety, and depression?
5      A  **Yes.**
6      Q  Okay.  And have you remained on
7  disability since 2015?
8      A  **Yes.**
9      Q  Were there any other disabilities that
10 came up since you first applied, anything else
11 you're on disability for?
12     A  **No.**
13     Q  Do you have any children?
14     A  **Yes.**
15     Q  How many?
16     A  **Twelve.**
17     Q  I'm not going to ask you all their ages.
18 Don't worry.  But how old is the oldest one?
19     A  **He is 32.**
20     Q  Okay.  And how about the youngest?
21     A  **Eleven.**

Page 17

1      Q  Do any of your children live with you
2  currently?
3      A  **Three of them.**
4      Q  And what are their ages?
5      A  **Seventeen, 15, and 11.**
6      Q  Does anyone else reside with you at the
7  address you gave me earlier?
8      A  **Yes.**
9      Q  Who else resides there?
10     A  **Anthony Mitchell.**
11     Q  And who is Anthony Mitchell?
12     A  **A friend.**
13     Q  I know there's a gentleman here with you
14 today.  Is that Mr. Mitchell?
15     A  **That's my friend.**
16     Q  Okay.  Is he just a friend, or are you
17 in a relationship with Mr. Mitchell?
18     A  **You -- you can say that.**
19     Q  I can say what?
20     A  **He's a friend, relationship.**
21     Q  Okay.  Is he your boyfriend or --

5  (Pages 14 to 17)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410             award-winning service
                                                                    EXHIBIT 3

Page 18

1      A    No, no.
2      Q    Okay.  How long has Mr. Mitchell lived
3  with you?
4      A    About a -- a year.
5      Q    So did Mr. Mitchell live with you when
6  you were living in Virginia?
7      A    Off and on, we -- yeah.
8      Q    Okay.  So you're saying "off and on."
9  Did he live with you before a year ago?  I mean,
10  was it -- did he ever live with you before a year?
11      A    No.  We were just friends.
12      Q    Okay.
13      A    We were friends, someone I'd talk to.
14      Q    And what was the address in Virginia
15  where you resided?  And if it's more than one, let
16  me know.
17      A    The first one is 150 Vista Links.
18  That's in Buena Vista, Virginia.
19      Q    Okay.
20      A    Buena Vista, yeah, something --
21         THE REPORTER:  I'm sorry?

Page 19

1      A    Buena Vista.  I guess I'm pronouncing it
2  right. Buena Vista.
3      Q    You said that was the first one?
4      A    Yes.
5      Q    What was the second one?
6      A    And the second one was 216 Massie
7  Street.
8      Q    And where was that?
9      A    Lexington, Virginia.
10      Q    Any other addresses in Virginia?
11      A    No.
12      Q    When Mr. Mitchell resided with you, was
13  it at the Buena Vista address?
14      A    The Massie Street.
15      Q    Okay.  When you lived in Virginia, did
16  any of your children live with you there?
17      A    Yes.
18      Q    Was it the same three that live with you
19  now?
20      A    Yes.
21      Q    Okay.  Ms. Street, do you have any

Page 20

1  religious beliefs?
2      A    Baptist.
3      Q    You're a Baptist?
4      A    Yes.
5      Q    Okay.  And was that true at the time
6  Ivan Street passed away?
7      A    Repeat that.
8      Q    Was that true at the time Ivan Street
9  passed away, you were a Baptist?
10      A    I always was a Baptist.
11      Q    Okay.  You were raised that way?
12      A    Yes.
13      Q    All right.  We'll get to Mr. Street in a
14  second, but how many times have you been married?
15      A    Twice.
16      Q    And what was the name of your first
17  spouse?
18      A    John Gervin.
19      Q    Can you spell the last name?
20      A    G-E-R-V, as in Victor, I-N.
21      Q    I'm sorry.  How do you pronounce his

Page 21

1  name?
2      A    Gervin.
3      Q    Gervin?
4      A    Yes.
5      Q    Okay.  When did you marry Mr. Gervin?
6      A    Let me see.  It's been a minute.  Oh, my
7  goodness.
8      Q    Take your time.  They can't answer or
9  help you out.
10      A    I'm trying to do this math.
11      Q    And I know it may help you talking to
12  yourself, but she has to take down everything, so.
13      A    I don't remember.  I don't remember that
14  one.
15      Q    Do you remember, like, the decade?
16  '80s?  '90s?  2000s?
17      A    I'm going to say '92.
18      Q    Okay.  And were you married in Maryland?
19      A    Yes.
20      Q    How long were you married to Mr. Gervin?
21  I think I said that right.

6  (Pages 18 to 21)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
EXHIBIT 3

1 **A   I got a divorce -- divorced in 2009, I**
2 **believe, yeah.**
3 Q   Did you say "divorced in 2009"?
4 **A   I believe so, yes.**
5 Q   Okay.  Just remember, try to -- you can
6 scream at me if you want to.  Just try and be as
7 loud as you can.
8       (Discussion was held off the record.)
9 Q   Okay.  So you said you divorced with
10 Mr. Gervin in 2009; is that right?
11 **A   Yes.**
12 Q   Okay.  Where was that divorce filed?
13 **A   Baltimore City Court.**
14 Q   Did you change your name, your last
15 name, to Gervin when you married him?
16 **A   Yes.**
17 Q   All right.  Did you change it back after
18 you divorced?
19 **A   Yes.**
20 Q   Now, Ms. Street, I don't mean to upset
21 you, but I have to ask you some difficult

1 questions because of the nature of the claims in
2 this case and your conditions.
3       Was there ever any domestic abuse when
4 you were married to Mr. Gervin?
5 **A   Yes.**
6 Q   Okay.  Can you just briefly tell me what
7 happened?
8 **A   He would fight me.  He actually poisoned**
9 **me.**
10 Q   Okay.  You said he poisoned you.  Do you
11 remember when that occurred, what year?
12 **A   I don't recall right now.**
13 Q   I'm sorry?
14 **A   I don't recall.**
15 Q   Okay.  Was there ever a criminal case?
16 **A   Yes.**
17 Q   Okay.  What happened with that?
18 **A   He had got locked up for it.**
19 Q   Okay.  All right.  And I think you
20 said -- you told me you had been married twice.
21 So the second marriage was to Ivan Street; is that

1 correct?
2 **A   Yes.**
3 Q   Okay.  When did you first meet Ivan?
4 **A   I'd say 2014.**
5 Q   Okay.  And how did you guys meet?
6 **A   At a art social club.**
7 Q   A social club?
8 **A   Art social club.**
9 Q   You're saying?
10 **A   Art social club.**
11 Q   Art social.  Okay.  And when did you
12 begin a romantic relationship with Ivan?
13 **A   It was like a -- like a year -- you --**
14 **as far as, like, a relationship?**
15 Q   Yes.  When did you guys start having a
16 relationship?
17 **A   I'm going to say about five or six**
18 **months after we met.**
19 Q   Okay.  So 2014 or 2015?
20 **A   2014, and it continued on.**
21 Q   Okay.  And it's my understanding you two

1 were married in 2016 in --
2 **A   Yes.**
3 Q   -- April, right?
4 **A   Yes.**
5 Q   Did you guys -- when you first started
6 the relationship in 2014 up to the time you were
7 married, did you stay together during that whole
8 time, or was there ever any separation?
9 **A   Repeat that.**
10 Q   Okay.  So in between the time that you
11 guys first started a relationship together and
12 your marriage in 2016, did you guys ever separate,
13 break up, anything like that?
14 **A   No.**
15 Q   Okay.  And what was the date you and
16 Ivan were married?
17 **A   The 22nd of April.**
18 Q   At any time, did Ivan ever tell you
19 about prior marriages or relationships that he had
20 been involved in?
21 **A   No.  He has -- said he wasn't ever**

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

1  married, no.  He wasn't married.
2      Q   Did he tell you that?
3      A   Yes.
4      Q   Okay.  Did he tell you about -- just
5  setting aside marriage, did he tell you about any
6  past relationships that he had?
7      A   Yeah.  Females that he dealt with, yes.
8      Q   Okay.  What did he tell?
9      A   The only thing he said was they was a
10  little -- some of them was a little off, and stuff
11  like that, so, yeah.
12      Q   Okay.  Did he ever give you names of
13  his -- of the --
14      A   No.
15      Q   Okay.  Were you aware of whether Ivan
16  had ever been incarcerated?
17      A   Yes.
18      Q   Okay.  Do you know what he was
19  incarcerated for?
20      A   What did he tell me?  I don't recall.  I
21  don't recall.

1      Q   Do you know -- do you remember if he was
2  incarcerated before you guys started a
3  relationship or during or after?
4      A   Before.
5      Q   Okay.  And just to get back to when you
6  first met Ivan, were you introduced by a friend, a
7  family member, anything like that?
8      A   No.
9      Q   Okay.
10         (Street Exhibit No. 1 was marked for
11  identification.)
12      Q   Ms. Street, I'm showing you what's been
13  marked as Exhibit 1 to your deposition.  Just take
14  a quick moment to flip through that.  You don't
15  need to read the whole thing.  I'll ask you some
16  questions about it, though.
17         THE REPORTER:  I'm sorry?
18      Q   You can't ask him -- you can't ask your
19  attorney questions.
20      A   Oh, no.  I just said I remember this.
21  That's all.

1      Q   Okay.  All right.  What is this document
2  in Exhibit 1?
3      A   This is, like, a -- I filed this for --
4  petition for, like, a protection order for myself,
5  yeah.
6      Q   Okay.  And you were seeking relief from
7  Ivan, correct, in this protective order?
8      A   Yes.
9      Q   Okay.  What led to this, to you filing
10  this petition for a protective order?
11      A   He was on -- it says -- it says it right
12  here.
13         THE REPORTER:  I'm sorry?
14      A   The stalking and different issues that
15  he was -- as far as drug issues and stuff like
16  that, so.
17      Q   What drug issues?
18      A   Whatever medication he was taking was
19  making him act differently.
20      Q   Do you know what the medication was?
21      A   No, I don't know what he was taking.

1      Q   Okay.  How was he acting differently?
2      A   Violent, stalking, and, yeah, arguing
3  and fussing and just...
4      Q   Okay.  So, in here, in the second
5  paragraph, you checked "shoving" as one of the
6  reasons.  Did Ivan shove you prior to you filing
7  this petition?
8      A   Yes, he did.
9      Q   Okay.  And you also checked "threats of
10  violence."  Did Ivan threaten you with violence
11  before you filed this petition?
12      A   Yes, he did.
13      Q   Okay.  And then stalking, just describe
14  that for me.  What happened with the stalking?
15      A   Just following me around everywhere I
16  go.
17      Q   Okay.  Do you recall why, or did he tell
18  you why, he was following you around?
19      A   To see what I was doing.
20      Q   Okay.  Did he say what he -- why he
21  wanted to see what you were doing?

8 (Pages 26 to 29)

EXHIBIT 3

1      A   No.
2      Q   Okay.  Did Ivan ever communicate to you
3  that he had suspicions about adultery?
4      A   No.
5      Q   Okay.  He never suggested to you that he
6  thought you were cheating on him, or anything like
7  that?
8      A   No.
9      Q   So, sitting here today, can you tell
10 me -- did Ivan ever tell you a specific reason why
11 he had been stalking you?
12     A   No.  It was the opposite.  That's all
13 I'll say.
14     Q   What do you mean, "it was the opposite"?
15     A   The opposite.
16     Q   That Ivan --
17     A   Yes.
18     Q   -- was not -- was being unfaithful to
19 you?
20     A   Yes.
21     Q   Okay.  With who, if you know?

1      A   Randoms.  That's all I can say.
2      Q   Randoms?
3      A   Randoms.
4      Q   How did you find out about it?
5      A   I had gotten a phone call.
6      Q   From who?
7      A   The clinic.
8      Q   What clinic?
9      A   At East Baltimore Family Medical Center.
10     Q   Okay.  And who was on the other side of
11 that phone call?
12     A   A nurse.
13     Q   And what did the nurse tell you?
14         MR. ALEXANDER COFFIN:  Objection.
15         You can answer the question.
16         THE WITNESS:  Hmm?
17         MR. ALEXANDER COFFIN:  You can answer
18 the question.
19     A   What did she tell me?
20     Q   Yes.  What did the nurse tell you in the
21 phone call?

1      A   That I needed to come in and be tested
2  for a STD.
3      Q   Okay.  And you took it from that phone
4  call that Ivan had gotten an STD from someone
5  else; is that --
6      A   That's what --
7      Q   -- what led to your suspicions?
8      A   That's what was told me.  And then I
9  came back to him, and he didn't tell me for a
10 minute.  And I explained -- I told him that --
11 he -- he asked me who was on the phone, and I let
12 him know.
13         And then that's when he came out and
14 said, "You know, I didn't want to tell you,
15 but" -- he apologized, and then that's when I said
16 I didn't want to deal with him at the time.
17     Q   Okay.  Do you remember when this
18 occurred?
19     A   That was when I was on Clayton Avenue.
20     Q   Okay.  I don't -- when was that?
21     A   That was before I left to go to

1  Virginia.
2      Q   Okay.  Do you remember the year that
3  that happened?
4      A   It was '20.
5      Q   2020?
6      A   2020.
7      Q   Okay.  Did you -- were you aware of or
8  did you have suspicions that Ivan was being
9  unfaithful when you filed the petition for
10 protective order in 2017?
11     A   Yes.
12     Q   Okay.  But the phone call you were just
13 talking about, that happened after 2017?
14     A   The phone call was in 2020.
15     Q   Okay.  So what led to you, back in 2017
16 or prior to that, to have suspicions about Ivan?
17     A   Females coming to the house and
18 different things.  It was different stuff, yes.
19     Q   Okay.  When was it that your
20 relationship with Ivan started to kind of
21 deteriorate?

9  (Pages 30 to 33)

Coast to coast coverage              Evans Reporting Service              Over 25 years
Unsurpassed excellence                   800-256-8410               award-winning service
                                                                        EXHIBIT 3

Page 34

1　　　MR. ALEXANDER COFFIN: Objection to the
2　form of the question.
3　Q　You can answer.
4　A　Repeat that.
5　Q　When did your relationship with Ivan
6　start to deteriorate?
7　A　2000- and -- I'm going to say -- -17,
8　when he started to change.
9　Q　And was there a time when you separated
10　from Ivan and you went to live somewhere else?
11　A　No. I stayed at the house.
12　Q　Okay. Was there a time, though, that
13　you guys did separate?
14　A　He separated. He went to a treatment
15　program.
16　Q　When was that?
17　A　That was in -- was that '17? '18.
18　Q　2018?
19　A　Uh-huh.
20　Q　Okay. Were you guys sharing a -- was
21　that a yes?

Page 35

1　A　Yeah, we were sharing a home, yes.
2　Q　Okay. And he went to -- where did he
3　go? Treatment?
4　A　Treatment program.
5　Q　Where did he go?
6　A　It was, I believe, on Broadway.
7　Q　Do you remember the name?
8　A　No, I don't recall.
9　Q　When you guys lived together, was that
10　in East Baltimore?
11　A　Yes.
12　Q　And after he left to go to treatment,
13　did he ever return to the home?
14　A　Yes.
15　Q　Okay. When was that?
16　A　Let's see. The same year, 2000- and, I
17　believe, -18.
18　Q　Okay. Getting back to this petition for
19　a protective order, do you recall whether the
20　petition was granted?
21　A　Yeah, it was granted.

Page 36

1　Q　It was?
2　A　Yes.
3　Q　Okay.
4　A　It was a temporary.
5　Q　Okay. Did you ever file for another
6　one?
7　A　I don't think so.
8　Q　Now, when Ivan got out of treatment and
9　came back to the house, did the relationship
10　improve?
11　A　Yes, because he was -- he was sick.
12　Q　What do you mean, "he was sick"?
13　A　He had a hernia.
14　Q　Okay.
15　A　And the doctor had let -- had asked me
16　to, you know, help him with healing his wounds,
17　and stuff.
18　Q　Now, when he returned from treatment,
19　were you guys, you know, still having a marital
20　relationship or was he just living with you and
21　you were taking care of him?

Page 37

1　A　Marital relationship. He was my
2　husband.
3　Q　Okay. There came a time where you filed
4　for divorce from Ivan; is that correct?
5　A　Yes.
6　Q　What was the reason that you filed for
7　divorce?
8　A　The -- the situation that I was going
9　through.
10　Q　And what was that situation?
11　A　The same situation that was for, the --
12　where he was stalking and doing different stuff as
13　far as that.
14　Q　Okay. So after he came back to the home
15　after treatment, was he continuing to stalk you?
16　A　No.
17　Q　Okay. Well, when did he start the
18　stalking again?
19　A　He was just -- he didn't start no more.
20　He was just -- he was sick.
21　Q　So I'm trying to get an understanding as

10　(Pages 34 to 37)

Coast to coast coverage　　　　　Evans Reporting Service　　　　　Over 25 years
Unsurpassed excellence　　　　　　800-256-8410　　　　　　　　award-winning service
EXHIBIT 3

1 to the reason you filed for divorce, and you told
2 me it was the same thing as the protective order.
3 So what -- just tell me specifically
4 what was it -- what led to you filing for divorce
5 from Ivan?
6 **A As far as the unhappiness of the**
7 **stalking and -- and, you know, what he was doing.**
8 Q Okay. Was it things he had done in the
9 past, or was it things he was doing at the time
10 you filed for divorce?
11 **A It was the same thing, off and on.**
12 Q What was "the same thing"? That's what
13 I'm --
14 **A The stalking.**
15 Q Okay. Was there any domestic abuse?
16 **A Verbal.**
17 Q Verbal, not physical?
18 **A No.**
19 Q Is that correct?
20 **A Verbal.**
21 Q Okay.

1 (Street Exhibit No. 2 was marked for
2 identification.)
3 Q Ms. Street, I'm showing you what's been
4 marked as Exhibit 2 to your deposition. This is,
5 my understanding, the complaint for absolute
6 divorce, that you filed, from Ivan; is that
7 correct?
8 **A Yes. It was attached to that.**
9 Q You attached the --
10 **A That's -- this was attached to the**
11 **divorce paper.**
12 Q Okay. Remember, we've got a transcript
13 here. So Exhibit 1 had been attached to the
14 complaint for divorce?
15 **A This was attached to the divorce paper.**
16 Q All right. For the record, you're
17 holding up Exhibit 1.
18 If you look at the last page of
19 Exhibit 2, it's dated September 11, 2017. You're
20 still looking at Exhibit 1.
21 **A This one?**

1 Q Yes, Exhibit 2.
2 **A 2017.**
3 Q If you look at the last page.
4 **A 2017, yeah.**
5 Q Did you see that?
6 **A Uh-huh.**
7 Q Yes?
8 **A Yes.**
9 Q Okay. Did you prepare this complaint in
10 2017, but wait to file it?
11 **A I filed it, and there was a whole**
12 **discrepancy of something that I didn't put into**
13 **the -- check off or something. So they**
14 **actually -- I forgot the word they used, and it**
15 **was not accepted. I'll put it that way.**
16 Q Okay. So if I understand you correctly,
17 you filed this complaint in 2017, but there were
18 some errors that needed to be corrected; is that
19 right?
20 **A Yes.**
21 Q Okay. And, according to this document,

1 it was filed, again, November 28, 2018, if you
2 look at the front stamp, the stamp on the first
3 page.
4 **A You said November the what? 28th?**
5 Q November 28, 2018, according to the
6 stamp.
7 **A Filed, I guess. I don't know.**
8 Q I'm sorry?
9 **A You're asking me a question.**
10 Q Yes. I'm just saying, it indicates that
11 this wasn't refiled again until November 18 -- or
12 I'm sorry -- November 28, 2018. Is that your
13 recollection of when it was refiled?
14 **A I don't recall.**
15 Q Okay. Do you remember why or if, in
16 fact, you waited over a year to refile it?
17 **A Well, we were trying to make things**
18 **work. I'll -- I'll put it that way.**
19 Q Okay.
20 **A We -- we talked off and on and tried to**
21 **make matters work by us being married, and stuff,**

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

Page 42

1  so.
2      Q   When you prepared --
3      A   We tried.
4      Q   -- this in September of 2017 or -- yes,
5  September of 2017, were you and Ivan separated at
6  that time?
7      A   No.
8      Q   Okay.  When it was refiled --
9      A   Wait a minute.  You said 2017?
10     Q   Right, when you --
11     A   That's when I filed, yeah.
12     Q   You were not separated at that time?
13     A   He was in a program.
14     Q   Okay.
15     A   So we wasn't together.  We were still
16  married.
17     Q   Okay.  When you refiled in November of
18  2018, were you and Ivan separated at that time?
19     A   Repeat.
20     Q   When you refiled this complaint in
21  November of 2018, were you and Ivan separated at

Page 43

1  that time?
2      A   We were separated.
3      Q   Okay.  How long --
4      A   You said 2018?
5      Q   That's when this document indicates it
6  was filed.
7      A   '18.  No.  We were -- no.  We were
8  together.
9      Q   You were still together when you refiled
10  this?
11     A   He was -- yes, we were, yes.
12     Q   Okay.  I want to go through this with
13  you, real quick.  If you look at the third page of
14  Exhibit 2, okay, you wrote there that you and Ivan
15  did not have any marital property; is that
16  correct?
17     A   No, we did not have any, no.
18     Q   You did not have any marital --
19     A   We don't, no.
20     Q   Okay.  And you also, on that same page,
21  Item 15, you checked that there had been a

Page 44

1  12-month separation.  Does that refresh your
2  recollection of how long you and Ivan had been
3  separated?
4      A   Let's see.  Yeah, yeah, we was -- '17.
5  Then '18, he was in the treatment program, and I
6  mean, we wasn't together.  Then he came back, as
7  far as me to take care of him, when he came out
8  the hospital.
9      Q   Okay.  So let me ask you this.
10     A   That was in '19.
11     Q   Now that you've had the chance to look
12  at this, when this was refiled in November of
13  2018, had you and Ivan, in fact, been separated
14  for 12 months?
15     A   Yes.
16     Q   Okay.  When you prepared this in
17  September of 2017, had you and Ivan, in fact, been
18  separated for 12 months?
19     A   Yes, because he was -- yes, because he
20  was in his senior home.
21     Q   He was in a senior home?

Page 45

1      A   He was in -- not -- not a senior.  What
2  you call them, for older people?
3      Q   A nursing home?
4      A   No.  I guess it's a -- a senior home as
5  far people that's in their sixties, and stuff.
6      Q   Okay.  So when he left the house, he
7  went to go live in a -- like a senior,
8  assisted-living facility?
9      A   Uh-huh.  Not assisted living, no.  I
10  don't know what they call that, but...
11     Q   Do you know the name of the place?
12     A   Not right offhand, no.
13     Q   Okay.  Looking at that same page in
14  Exhibit 2, you also checked "constructive
15  desertion."
16         You can take a minute to look at that.
17  And my question is, for you, why did you check
18  that when you filed this complaint?
19     A   I don't even know -- I don't even know
20  why I -- why I checked that.  I don't know.
21     Q   Okay.  Well, when you checked this, you

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service

EXHIBIT 3

Page 46

1    were indicating that you left Ivan because of his
2    persistent conduct or cruel and vicious treatment
3    toward you.
4        **A    Yeah, that was at that time, in the**
5    **beginning, yes.**
6        Q    Okay.  Was that due to the stalking and
7    verbal abuse?
8        **A    Yes.**
9        Q    Okay.
10        (Street Exhibit No. 3 was marked for
11    identification.)
12        Q    Ms. Street, I'm showing you what's been
13    marked as Exhibit 3.  This is an affidavit of
14    service that you completed and filed.
15        **A    Yes.**
16        Q    Okay.  Was there a process server that
17    you used, a Reginald Samuels?
18        **A    Say that -- repeat.**
19        Q    You used a process server to serve Ivan
20    with the divorce; is that right?
21        **A    A processer?**

Page 47

1        Q    A process server.  Do you know what a
2    "process server" is?
3        **A    No.**
4        Q    Okay.  Do you know who Reginald Samuels
5    is?
6        **A    Yes.  That's a friend of mine.**
7        Q    Okay.  And according to this, you served
8    Ivan with the divorce papers in December of 2018;
9    is that accurate?
10        **A    That's when it was served, yes.**
11        Q    Okay.
12        (Street Exhibit No. 4 was marked for
13    identification.)
14        Q    And looking at Exhibit 4, this is a
15    request for order of default that you filed,
16    correct?
17        **A    Yes.**
18        Q    Okay.  I take it, from this, that Ivan
19    never filed a response to your divorce petition;
20    is that right?
21        **A    You're right.**

Page 48

1        Q    Okay.  And you requested a default
2    against him because of that, correct?
3        **A    Yes.**
4        Q    All right.  Now, it looks like,
5    according to Exhibit 4, you filed this in April of
6    2019, correct?
7        **A    Yes.**
8        Q    All right.  Do you know what happened
9    with this request for order of default?  Do you
10    know if it was granted by the court?
11        **A    I'm not sure because -- I don't -- I'm**
12    **not sure.**
13        Q    What -- strike that.
14        Did you ever appear in court for the
15    divorce?
16        **A    No.**
17        Q    Okay.  Was a hearing ever scheduled or a
18    trial, to your knowledge?
19        **A    A hearing was.**
20        Q    Okay.  What was the hearing for, if you
21    know?

Page 49

1        **A    That was to come in and dis- -- I guess,**
2    **discuss the divorce.**
3        Q    Do you have any paperwork about that
4    hearing, like, get a notice from the court or
5    anything?
6        **A    Yes, I do.**
7        Q    You do have that?
8        **A    Yes.**
9        Q    Do you have, like, a file that you kept
10    about the divorce filings, the divorce case?
11        **A    I have all of this, yeah.**
12        Q    Okay.  Did you turn all of that over to
13    Mr. Coffin?
14        **A    Yes.**
15        MR. MANN:  Okay.  To the extent there's
16    a notice of the hearing and what it was for, if
17    you have it, I haven't seen it, but if you have
18    something else, if you could provide it.
19        MR. ALEXANDER COFFIN:  Yes, I will look.
20        MR. MANN:  Okay.
21        BY MR. MANN:

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

Page 50

1    Q   Do you know if, or recall if, Ivan ever
2   filed a response to your divorce petition?
3    **A   Well, he would tell me he didn't want to**
4   **have a -- he didn't want a divorce.**
5    Q   That's something he told you?
6    **A   Yes.**
7    Q   Okay.  But, getting back to my original
8   question, do you recall if Ivan ever filed a
9   response to your petition for a divorce?
10    **A   I don't recall, no.**
11    Q   At the time Ivan passed away, were you
12   in a relationship with anyone else?
13    **A   No.**
14    Q   I'm sorry?
15    **A   No.**
16    Q   Okay.  Have you been in any kind of
17   relationship with anyone else since Ivan passed?
18    **A   Yes.  The friend, the one that I talk to**
19   **now.**
20    Q   Mr. Mitchell?
21    **A   Yes.**

Page 51

1    Q   Okay.  Have you had any other -- any
2   boyfriends or --
3    **A   No.**
4    Q   -- anything like that since Ivan passed?
5    **A   No.**
6    Q   Okay.  How about between the time you
7   and Ivan separated and his passing?  Did you have
8   any boyfriends --
9    **A   No.**
10    Q   -- or relationships?
11    **A   No.**
12    Q   All right.  How was it that you found
13   out that Ivan had passed away?
14    **A   Phone call.**
15    Q   A phone call from who?
16    **A   His -- Melvin.**
17    Q   Melvin.  What's Melvin's last name?
18    **A   Lashley, I believe.**
19    Q   Do you remember when you received that
20   phone call, as far as the date?
21    **A   It was on a Sunday.  It was Sunday.**

Page 52

1    Q   You recall it was on a Sunday.  You
2   don't remember the specific date, though?
3    **A   Sunday was the -- the -- I believe, the**
4   **10th.**
5    Q   And when Melvin called you, did he tell
6   you that Ivan had passed that day or some day
7   before?
8    **A   No, he didn't tell me that.  He -- the**
9   **9th, he passed, but it was Sunday he told me,**
10   **Sunday.**
11    Q   So you learned the day after Ivan passed
12   that he had, in fact, passed away; is that
13   correct?
14    **A   Yes.**
15    Q   Okay.  And I don't think I asked you
16   this, but this was in 2021, January 2021?
17    **A   Yes.**
18    Q   Okay.  What did Melvin tell you when he
19   called you?
20    MR. ALEXANDER COFFIN:  Objection.
21    You can answer.

Page 53

1    **A   He told me he passed, and I didn't know.**
2   **I didn't believe him, and he said -- he sounded**
3   **just like him.  He said -- he said, "Honey, he's**
4   **gone," and that's how I knew that he was gone.**
5    Q   At the time you got that phone call,
6   were you living in Virginia?
7    **A   Yes.**
8    Q   When was the last time you had seen
9   Ivan?
10    **A   I talked to him on the phone all the**
11   **time.  He would call me when he wasn't feeling**
12   **good, and he said that I was the one who would**
13   **always keep him calm and relaxed.  We would talk**
14   **on the phone.  And I had called him and didn't get**
15   **no answer, and then that's when I got the call**
16   **from Melvin.**
17    Q   Okay.  We'll get to the phone calls in a
18   second.  But when was the last time you actually,
19   physically, saw Ivan before he passed?
20    **A   Clayton.**
21    Q   I'm sorry?

14 (Pages 50 to 53)

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence               800-256-8410                  award-winning service
                                                                    EXHIBIT 3

1    A    Clayton, Clayton Avenue.
2    Q    I'm not asking where. I'm saying when.
3  When was the last time you saw him before he
4  passed away?
5    A    That was in '20. Yeah, '20.
6    Q    2020?
7    A    Yes.
8    Q    Let me ask you this. After you moved to
9  Virginia, did you see Ivan again?
10   A    No.
11   Q    And you mentioned he would call you on
12 the phone?
13   A    He would call me all the time.
14   Q    Okay. What does "all the time" mean to
15 you? Is that, like, every day? Every week?
16 Every month?
17   A    Every other day and on the weekends.
18   Q    When he would call you, what would he
19 talk to you about?
20        MR. ALEXANDER COFFIN: Objection.
21        You can answer.

1    A    We'd talk about trying to rekindle, and
2  he would talk about his health, and we'd just --
3  general talk, conversation.
4    Q    Tell me about rekindling. What would
5  you guys talk about?
6    A    Getting back together.
7    Q    Okay. And was there ever an agreement
8  between the two of you to try and work things out
9  or get back together?
10   A    We was.
11        THE REPORTER: I'm sorry?
12   Q    I'm sorry?
13   A    We was.
14   Q    You had an --
15   A    We was.
16   Q    You guys agreed to do that?
17   A    Yes, we was, and then it didn't, never
18 happened.
19   Q    Okay. When you guys agreed to kind of
20 get back together, did you withdraw your divorce
21 petition?

1    A    I just didn't even worry about it.
2    Q    Why not?
3    A    Because I still loved him.
4    Q    Okay. I'm just trying to understand.
5  You guys, from what you testified to, had agreed
6  to try and get back together. Did you ever think
7  about withdrawing the divorce petition?
8    A    Well, after this, all this happened, it
9  just wasn't even on my mind.
10   Q    When was it that you and Ivan talked
11 about and agreed to try and get back together?
12   A    That was all during 2020.
13   Q    When in 2020?
14   A    I don't recall the date.
15   Q    When Melvin called you, did he tell you
16 anything else about, you know, future plans for
17 Ivan or, you know, where he was going to be taken
18 to, anything like that?
19   A    No.
20   Q    Okay. So he told you Ivan passed away.
21 Was anything else discussed --

1    A    Yeah. He --
2    Q    -- during the phone call?
3    A    He said Rita was going to get in contact
4  with me.
5    Q    Okay. Did Melvin tell you how he
6  understood that Ivan passed away, what the cause
7  of death was?
8    A    Repeat that.
9    Q    Did you ever learn from Melvin what the
10 cause of Ivan's death was?
11   A    No.
12   Q    Did you ever learn at any time what the
13 cause of death was for Ivan?
14   A    I've -- I've heard that it's congestive
15 heart failure.
16   Q    Who told you that?
17   A    The medical examiner.
18   Q    You spoke to a medical examiner?
19   A    Yes, I did.
20   Q    Okay. Did you ever have suspicions
21 about his death and the cause of it?

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

1    A   I wondered why, what happened.
2    Q   I'm sorry.  Say that again.
3    A   Yeah, yes.
4    Q   What suspicions did you have about his
5  death?
6    A   How he -- the whole thing.
7    Q   All right.  I'm just trying to
8  understand.  Describe it for me.  What were you
9  suspicious about?
10   A   The -- how he -- when he told me when he
11 passed and the examiner told me that he passed on
12 a Saturday, the 9th, and it didn't -- it didn't
13 sound right to me.
14   Q   What about it didn't --
15   A   It didn't.
16   Q   -- sound right?
17   A   Just the -- the whole thing, the --
18 Melvin and -- Melvin -- the way Melvin said -- he
19 said "Friday," but it -- to me, the medical
20 examiner said "Saturday," and then they called me
21 Sunday.

1    Q   Okay.  Were you just suspicious about
2  the timing or the cause of death itself?
3    A   Well, I don't know about -- what the
4  cause was.  I don't know.
5    Q   Did you ever --
6    A   And I still would like to know, but I...
7    Q   What do you mean?  You don't know what
8  the cause of death was?
9    A   The only thing I know is what they told
10 me.
11   Q   Okay.  Did you suspect that there was
12 any kind of, like, foul play involved?
13   A   I'm not sure.
14   Q   I'm sorry?
15   A   I said, "I'm not sure."
16   Q   Okay.  Were you asking Melvin, or any
17 other members of his family, about Ivan's death?
18   A   No.  The only thing I said was, "What
19 happened?"  That's all I said.
20   Q   Okay.  And it sounds like, from your
21 testimony, you weren't satisfied with the answer

1  you got?
2       MR. ALEXANDER COFFIN:  Objection.
3       You can answer the question.
4    A   I was -- it's just everything was just
5  not right.
6    Q   Well, that's what I'm trying to
7  understand.  What was not right?
8    A   The -- my wish as far as what I wanted,
9  the cremation.
10   Q   We'll get to that.  I'm just talking
11 about the cause of Ivan's death.  Okay?
12   A   Uh-huh.  I don't know --
13   Q   That's what I'm asking about.
14   A   -- what the cause -- I don't know what
15 the cause was.
16   Q   But you said you asked?
17   A   No.  I just asked what happened, and
18 they just said he had died.
19   Q   Okay.
20   A   That's all.
21   Q   But you talked to a medical examiner

1  about the cause of death?
2    A   And they just said the cause was
3  congestive heart failure.
4    Q   Okay.  When's the first time you were
5  contacted again about Ivan after you spoke to
6  Melvin?
7    A   Rita.
8    Q   Okay.
9    A   I talked with Rita.
10   Q   When did you talk with Rita?
11      And, for the record, is that Rita
12 Jeffers?
13   A   Rita Jeffers.
14   Q   When did you talk to Rita Jeffers?
15   A   The -- let's say the next day.
16   Q   Okay.  So you talked to --
17   A   That's the -- let me see.
18      THE REPORTER:  I'm sorry?
19   A   The 11th.
20   Q   January 11, 2021?
21   A   Yes.

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410                award-winning service
                                                                  EXHIBIT 3

1    Q    All right.  Did you call Rita, or did
2  she call you?
3    **A    I called Rita.  Rita called me after,**
4  **yeah.**
5    Q    I'm sorry.  I didn't understand your
6  answer.
7    **A    Rita called, and then I had called her**
8  **back.  She didn't answer.**
9    Q    When she called you, did she leave you a
10  message?
11    **A    No.**
12    Q    And then you called her back and she
13  didn't answer?
14    **A    And then I called her back, and yes.**
15    Q    Okay.  So when was it that you actually
16  spoke to her?
17    **A    I spoke to her later on that day.**
18    Q    That's January 11th?
19    **A    Yes.**
20    Q    All right.  Before I ask you about that,
21  do you still have the same telephone number and

1  service provider now that you did back then?
2    **A    No.**
3    Q    Okay.  Do you recall your phone number
4  back in 2021?
5    **A    Not right offhand, no.**
6    Q    Do you have a way of finding that out?
7    **A    No, because that phone is done for.**
8    Q    Well, I know the phone itself may be
9  done for, but I'm just interested --
10    **A    I don't remember the number.**
11    Q    -- in the number.  Do you know who your
12  service provider was in 2021?
13    **A    No.**
14    Q    Okay.  Who are you with now?
15    **A    I'm with Metro.**
16    Q    Metro?
17    **A    Yes.**
18    Q    And what's your phone number?
19    **A    It's 540-461-9187.**
20    Q    How long have you had that number?
21    **A    I'm going to say about five months**

1  **now -- oh, no, no, no, no, no, no.  I'm going to**
2  **say three.**
3    Q    Three months?
4    **A    I believe so, yes.**
5    Q    Okay.  What was your number before?
6    **A    The one that -- before this one is**
7  **540-817-9563.**
8    Q    Was that with Metro?
9    **A    No.  That was with T-Mobile.**
10    Q    How long did you have that number?
11    **A    Not that long.**
12    Q    How long?
13    **A    I don't recall.**
14    Q    You don't recall?
15    **A    No.**
16    Q    Was it a year --
17    **A    I don't recall.**
18        MR. ALEXANDER COFFIN:  Objection.
19    Q    Okay.  Do you remember your number
20  before you had the T-Mobile --
21    **A    No.**

1    Q    -- number?
2    **A    No.**
3    Q    Okay.  So you said you eventually did
4  speak to Rita over the phone on January 11th,
5  right?
6    **A    Yes.**
7    Q    Okay.  What was discussed during that
8  phone call?
9    **A    Well, arrangements for the -- at the**
10  **funeral home.**
11    Q    Okay.  What specifically did the two of
12  you talk about?
13    **A    Arrangements.**
14    Q    What about the arrangements?
15    **A    Cremation.**
16    Q    Okay.  So just take me through the
17  conversation, from what you remember.  Did Rita
18  tell you which funeral home was going to handle
19  the arrangements?
20    **A    Yes.**
21    Q    What did she tell you?

17 (Pages 62 to 65)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                              EXHIBIT 3

Page 66

1      MR. ALEXANDER COFFIN:  Objection.
2   You can answer.
3      Q   You can answer.
4      A   The funeral home on -- Wylie Funeral
5   Home.
6      Q   Okay.  What else did she tell you about
7   the arrangements?
8      MR. ALEXANDER COFFIN:  Objection.
9   You can answer.
10     A   She just told me to give them a call,
11  which I did.  I gave them a call.
12     Q   Did she tell you she had already met
13  with the funeral home, at that point?
14     A   No, she didn't tell me that at the time,
15  no.
16     Q   Did she tell you she had already made
17  arrangements with the funeral home for Ivan's
18  remains?
19     A   No.
20     Q   Did you ask her if she had?
21     A   She told me, just for cremation.

Page 67

1      Q   What did she tell you about cremation?
2      A   That that's what we were going to go
3   for.
4      Q   Did she tell you that's something that
5   she or someone else had decided to do?
6      A   She said us, me as the wife, and the
7   family.
8      Q   Okay.  So did she ask you if you wanted
9   a cremation, or did she tell you, "This is what
10  we're going to do, we're going to cremate him"?
11     A   This is what we're going to do, and I
12  wanted the cremation also, yeah.
13     Q   Why did you want a cremation?
14     A   Because I wanted some of his ashes.
15     Q   I'm sorry?
16     A   I wanted some of his ashes.
17     Q   Okay.  Did you tell Rita that when you
18  spoke to her?
19     A   Yes, we -- we spoke about that.
20     Q   What did you say to her about the ashes?
21     A   We was -- we was supposed to split it.

Page 68

1      Q   Split what?
2      A   The ashes.
3      Q   Okay.  All right.  You discussed that
4   specifically with Rita at that time?
5      A   That's what we talked about.
6      Q   What did she tell you about splitting
7   the ashes?
8      A   That that's what we were supposed to do.
9      Q   Okay.  Did you discuss with her who was
10  going to pay for the arrangements?
11     A   Me, and she was going to do the
12  remainings (sic).
13     Q   Okay.  Did you tell her you were going
14  to pay, out of your own pocket, for the
15  arrangements?
16     A   She told me she had majority.  And I
17  went down to Social Service (sic) and got a
18  portion.
19     Q   Okay.  And I think you told me before,
20  she said you should call the funeral home; is that
21  right?

Page 69

1      A   Repeat.
2      Q   Ms. Jeffers, when you spoke to her, did
3   she tell you you should also call the funeral
4   home?
5      A   For me to call them?
6      Q   Yes.
7      A   Yes, I did call them.
8      Q   Okay.  But that's something she told you
9   to do?
10     A   She did.  She told me, but I was doing
11  it myself.
12     Q   Okay.  Did you discuss anything else
13  with Rita Jeffers on that phone call on
14  January 11th?
15     A   No.
16     Q   Let me ask you this.  When the two of
17  you spoke, did you discuss or weigh the options of
18  a burial versus a cremation?
19     A   No.
20     Q   Okay.  Did Rita Jeffers ever tell you
21  that they didn't want to do a burial because it

18  (Pages 66 to 69)

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence                  800-256-8410              award-winning service
EXHIBIT 3

1   was something the family couldn't afford?
2       MR. ALEXANDER COFFIN:  Objection.
3       A   Re- --
4       MR. ALEXANDER COFFIN:  You can answer.
5       A   Yeah, she said they couldn't afford to
6   bury, and that's why we decided to do cremation.
7       Q   Okay.  So I'm trying to understand.  Was
8   it Rita Jeffers and the family's decision to
9   cremate --
10      A   We all --
11      Q   -- and you agreed with it?
12      A   We all agreed with that.
13      Q   Okay.  And during the phone call, did
14  Rita Jeffers ever mention that she had signed a
15  contract with the funeral home?
16      A   She said she didn't do anything.
17      Q   Did you ask her whether she had done
18  anything?
19      A   Yeah, because she told me, "I need you
20  to come down because I can't do anything."
21      Q   She said she "can't do anything"?

1       A   She didn't do anything.
2       Q   Okay.  Did she explain why she couldn't?
3       A   Because she was not -- she told me she
4   was not kin, but, if you're the cousin, I didn't
5   understand that part.  But, hey, I came down like
6   I was supposed to as his wife and did what I
7   needed to do.
8       Q   Had you ever met or spoken to Rita
9   before this phone call?
10      A   A long time.  Well, around the marriage,
11  and then he took me to her house, at one point.
12      Q   Okay.  So you had met her and spoken to
13  her?
14      A   A long time, yeah.
15      Q   Was it just that one time that you met
16  her?
17      A   One time I met her.
18      Q   Okay.  And then after the phone call
19  with Rita Jeffers, did you call the funeral home?
20      A   Yes.
21      Q   Okay.  Do you remember where you called

1   or the number that you called?
2       A   I called Wylie Funeral Home.
3       Q   Okay.  So there's multiple Wylie Funeral
4   Homes.
5       A   The one on Mount Street.
6       Q   Okay.  You called that specific
7   location, right?
8       A   Yes.
9       Q   How did you find the number?  Was that
10  given to you, or did you look it up on the
11  Internet?
12      A   Yeah, I had to look it up --
13      Q   Okay.
14      A   -- from the name, yeah.
15      Q   All right.  Do you recall when you
16  called the -- and for the rest of this deposition,
17  when I'm using "the funeral home," I'm referring
18  to the funeral home at Mount Street.  Okay?
19      A   Yes.
20      Q   So when you called the funeral home, do
21  you recall when that happened?

1       A   It was on the -- the 12th.
2       Q   January 12th of 2021?
3       A   Uh-huh, yes.
4       Q   All right.  And who did you speak to
5   when you called?
6       A   Mr. Devin.
7       Q   So Devin Connor?
8       A   Yes.
9       Q   All right.  And what did the two of you
10  talk about over the phone?
11      A   The arrangements, and he needed a copy
12  of my marriage certificate.
13      Q   What did you guys specifically talk
14  about for the arrangements?
15      A   He asked, what did I want, and I told
16  him the cremation, but I had to give him the
17  marriage license first.
18      Q   Okay.  And did you do that?
19      A   Yes.
20      Q   All right.
21      (Street Exhibit Nos. 5 and 6 were marked

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                    EXHIBIT 3

Page 74

1  for identification.)
2  Q   All right. I'm showing you what's been
3  marked as Exhibits 5 and 6 to your deposition.
4  These were provided to me by your attorney.
5  This is a certified copy of a marriage
6  record. That's Exhibit 5, and then a marriage
7  certificate, Exhibit 6. These were for your
8  marriage to Ivan Street?
9  A   Yes.
10  Q   Okay. Is this what you provided to
11  Devin?
12  A   Yes.
13  Q   Did you do that by email or in person?
14  A   I did it twice: email and then in
15  person.
16  Q   Okay. Why did you do it twice, if you
17  remember?
18  A   Because they wanted me to bring it down,
19  so I did so.
20  Q   Okay. So the phone call on January 12,
21  2022 (sic), you talked about arrangements, and he

Page 75

1  asked you for the marriage certificate, right?
2  A   Repeat.
3  Q   The phone call you had with Devin Connor
4  on January 12 --
5  A   Uh-huh.
6  Q   -- 2021, you discussed the arrangements
7  and that you wanted cremation, and he asked you
8  for copies of your marriage certificate, right?
9  A   Yes.
10  Q   Okay. Did you guys discuss anything
11  else on that phone call?
12  A   I did say that I didn't want no one else
13  to take charge of my husband's body and I wanted
14  to do, you know, what I said, the cremation. And
15  he said, "That's -- that's fine. That's what
16  we're going to do."
17  Q   Why did you tell him you didn't want
18  anyone else to take charge of Ivan's body?
19  A   Because that was my responsibility.
20  Q   When you spoke to Devin, had you -- did
21  you tell him that you had filed for divorce from

Page 76

1  Ivan?
2  A   No.
3  Q   No?
4  A   No.
5  Q   Okay. Before you first contacted the
6  funeral home, had you heard of Wylie Funeral
7  before, Wylie Funeral Homes?
8  A   I heard, but I -- yeah, I heard of Wylie
9  Funeral Home. Everybody knows about Wylie Funeral
10  Home, yeah.
11  Q   What had you heard about them before
12  your first interaction with them?
13  A   I didn't hear anything. You know, I'm
14  just saying, I just heard the name, Wylie Funeral
15  Home.
16  Q   You were familiar with the name, but you
17  had not been there before or dealt --
18  A   No.
19  Q   -- with them before, correct?
20  A   No, no.
21  Q   That's correct?

Page 77

1  A   You're correct.
2  Q   Okay. All right. And then after you
3  had the phone call with Devin Connor, did you go
4  to the funeral home at Mount Street?
5  A   Yes, I did.
6  Q   When did that happen?
7  A   On the 13th, January 13th.
8  Q   2021, right?
9  A   2021.
10  Q   Okay. And that was at Mount Street,
11  correct?
12  A   Yes.
13  Q   Who was there for the meeting with the
14  funeral home?
15  A   Me and my son Anthony.
16  Q   What's your son's last name?
17  A   Sanders Jr.
18  Q   And how old is he?
19  A   He's 19.
20  Q   Okay. Is he one of the ones that lives
21  with you now?

20  (Pages 74 to 77)

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence                 800-256-8410               award-winning service
                                                                        EXHIBIT 3

Page 78

1   A   No.
2   Q   Okay.  Was anyone else present for this
3   meeting?
4   **A   It was my -- me, my son, and Mr. Devin.**
5   Q   Okay.  Was Mr. Mitchell present at the
6   meeting?
7   **A   No.**
8   Q   All right.  Had you been in a
9   relationship with Mr. Mitchell at that time?
10  **A   We -- he -- we were friends.  He brought**
11  **me down.**
12  Q   He brought you to the meeting?
13  **A   He brought me to Baltimore.**
14  Q   Okay.  Was he living with you at that
15  time?
16  **A   Yes.**
17  Q   All right.  And at that time, did your
18  son Anthony also live with you in Virginia?
19  **A   No.**
20  Q   Okay.  Did he live in Baltimore?
21  **A   Yes, he was in Baltimore.**

Page 79

1   Q   Why did he come to the meeting?
2   **A   I wanted my son to come to support me.**
3   Q   Okay.  And --
4   **A   And --**
5   Q   I'm sorry.  Go ahead.
6   **A   And he looked at him as his stepdad.**
7   Q   And who did you meet with at the funeral
8   home?
9   **A   Mr. Devin.**
10  Q   I'm sorry?
11  **A   Mr. Devin.**
12  Q   Was anyone else there on behalf of the
13  funeral home?
14  **A   No.  Just him.**
15  Q   And what was discussed during the
16  meeting?
17  **A   Actually, there was no meeting.  He told**
18  **me to -- before I could identify the body, to fill**
19  **out a form to take to Social Service, which I did.**
20  **And then I took that the first time, and the lady**
21  **at Social Service said, "I cannot believe this**

Page 80

1   because they know better than this."  And she gave
2   me the paper back.
3       First, she went and called them and said
4   that she was sending me back to the funeral home
5   for them to correct what they did not fix -- I
6   mean, put on the paper.
7   Q   What was incorrect on the paper?
8   **A   I believe, the amount for the cremation.**
9   Q   Okay.
10  **A   The -- yeah, the 2500 or whatever.  And**
11  **I had to take that back to Wylie, and then once I**
12  **brought that back, they refilled it out the right**
13  **way.  Then I had to go back to Social Service and**
14  **then get the moneys, bring it right back, and then**
15  **that's when they let me identify my husband's**
16  **body.**
17  Q   Okay.  When you talked to Devin on the
18  phone, did you talk about what you would be
19  contributing towards the arrangements?
20  **A   No, I didn't.**
21  Q   Okay.  So when you first met with him in

Page 81

1   person at the funeral home, did you discuss it, at
2   that time, as far as who was going to be paying
3   for Ivan's arrangements?
4   **A   No.**
5   Q   Okay.
6   **A   I just signed a contract as far as**
7   **cremation.**
8   Q   Okay.  So there was no discussion at any
9   time about who's going to pay what; is that
10  correct?
11  **A   No, except for what Rita said; she was**
12  **paying the remainings.  She did tell me that.**
13  Q   But did you talk to Devin about that?
14  **A   No.**
15  Q   Okay.
16      (Street Exhibit No. 7 was marked for
17  identification.)
18  Q   You can set those aside if it's easier
19  for you.
20      I'm showing you what's been marked as
21  Exhibit 7 to your deposition.  Do you recognize

21  (Pages 78 to 81)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
EXHIBIT 3

1  this document?
2  **A  Yes.**
3  Q   Okay.  And this is something you filled
4  out, it looks like, on January 13th, right?
5  **A  Yes.**
6  Q   Okay.  And that's your signature at the
7  bottom?  Well, not the very bottom, but --
8  **A  Uh-huh, yes.**
9  Q   Okay.  And you dated it January 13,
10  2021?
11  **A  Yes.**
12  Q   Okay.  And I just want to go through
13  this with you, quickly.  When -- strike that.
14  Who gave you this document at the
15  funeral home to fill out?
16  **A  Mr. Devin.**
17  Q   Okay.  And what did he tell you when he
18  gave you the document?
19  **A  He told me to sign before I can go**
20  **see -- identify his body.**
21  Q   Did you guys talk about any of these,

1  you know, services, options, merchandise, or
2  price --
3  **A  No.**
4  Q   -- when he asked you to sign the
5  document?
6  **A  No.**
7  Q   Okay.  Did he tell you that he was
8  asking you to sign it for the sole purpose of
9  getting the voucher from Social Services?
10  **A  No.**
11  Q   Okay.  Was that your understanding as to
12  why you were signing this, just so you could get
13  the voucher from Social Services?
14  **A  Yes.**
15  Q   Okay.  So when you signed this, did you
16  understand that this was not intended to be a
17  contract between you and the funeral home?
18  MR. ALEXANDER COFFIN:  Objection.
19  You can answer the question.
20  Q   You can answer.
21  **A  You asked me, did he tell me this?  No.**

1  Q   No.  I'm asking, what was your
2  understanding when you signed this?  Did you think
3  you were signing a contract for services with the
4  funeral home, or was this just so you could get
5  the voucher?
6  **A  No.  For the --**
7  MR. ALEXANDER COFFIN:  Objection.
8  Q   Go ahead.
9  **A  For the funeral home because it -- he**
10  **said I needed to sign this and give them the**
11  **payment in order to identify my husband.**
12  Q   Did you actually go through any of these
13  options?
14  **A  No, he did not say anything to me about**
15  **that.**
16  Q   Okay.  And you did not discuss any of
17  these prices with him?
18  **A  No.  He just -- this is what I took down**
19  **to Social Service.**
20  Q   Okay.  And you see on --
21  **A  Because he --**

1  Q   Go ahead.
2  **A  He just said that was the amount for**
3  **cremation.  He did say that.**
4  Q   Okay.  And it says on here "The full
5  payment is due no later than January 15, 2021."
6  That's towards the bottom.  Do you see that?
7  **A  Yes.**
8  Q   Okay.  Did you make full payment to the
9  funeral home as of January 15, 2021?
10  **A  Rita did.**
11  Q   I'm asking, did you?
12  **A  I did not, no.**
13  Q   Okay.  Bear with me a second.
14  Okay.  When you met with Devin on the
15  13th and signed this paperwork, did you discuss a
16  date for a memorial service?
17  **A  The 23rd.**
18  Q   Okay.  Was that discussed during your
19  first meeting with him?
20  **A  That's what he told me.**
21  Q   Okay.  Did he, like, ask you if that's

22  (Pages 82 to 85)

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

1 the date you wanted, or was that --

2    **A  No.  That's the date they --**

3    Q  -- this is the date they already set up?

4    **A  That's the date they said.**

5    Q  Okay.  Did he ask you if you wanted a

6 memorial service?

7    **A  Yes.  We already had the memorial**

8 **service.  He said, "The 23rd will be the memorial**

9 **service."  That's what he told me.**

10    Q  Okay.  But what I'm asking you is, did

11 Devin ask you if that was something that you

12 wanted --

13    **A  No.**

14    Q  -- a memorial service?

15    **A  He just said that was the date that we**

16 **were going to have the memorial service.**

17    Q  Did he tell you who chose that date?

18    **A  No.**

19    Q  Okay.  All right.  And then you told me

20 you had a little bit of an ordeal getting the

21 voucher because of the paperwork issue, but you

1 eventually did get it and you brought it back to

2 the funeral home?

3    **A  The 13th, they gave me this the first**

4 **time to take, the same day, to take down to Social**

5 **Service, and it was not filled out.  And she said,**

6 **"They know better than this."**

7       **And she called them and then said, "Hey,**

8 **Ms. Street, take this back to them and bring it**

9 **back correctly," which that's what I did.  So I**

10 **went twice the same day before I could identify my**

11 **husband's body.**

12    Q  Okay.  So this Exhibit 7, was this the

13 document that Social Services says was not --

14    **A  It's not this --**

15    Q  -- filled out correctly?

16    **A  No, not this one.**

17    Q  Okay.  Let me show you another document.

18    **A  But I know there's two of them.**

19       **(Street Exhibit No. 8 was marked for**

20 **identification.)**

21    Q  I'm showing you what's been marked as

1 Exhibit 8.

2    **A  Yeah, this is the one I brought from --**

3 **from Social Service.  I brought this back and gave**

4 **this, yeah.**

5    Q  Okay.  So they -- the funeral home gave

6 you a different form?

7    **A  No.  This -- this is what I got from**

8 **Social Service, this paper right here.**

9    Q  Okay.  But is this the form that you

10 brought to Social Services, or was there a

11 different form?

12    **A  No.  I took this.**

13    Q  Okay.  Well, I'm trying to understand.

14 Which form was it that Social --

15    **A  They gave me this.**

16    Q  Hold on a second.

17    **A  Okay.**

18    Q  You've got to let me finish.  Which form

19 was it that Social Services said was filled out

20 incorrectly?

21    **A  This one.**

1    Q  Okay.  And you're pointing to Exhibit 7?

2    **A  Yes.**

3    Q  What specifically was incorrect about

4 it?

5    **A  He did not have nothing filled out.  It**

6 **was just -- he didn't have the amount or anything.**

7 **It was just...**

8    Q  Okay.  So when Exhibit 7 was first

9 filled out, it didn't have any of these numbers on

10 here --

11    **A  No.**

12    Q  -- for the services; is that correct?

13    **A  No.**

14    Q  That's not correct, or it is?

15    **A  No, he didn't have any of the numbers,**

16 **yeah.**

17    Q  Okay.  So do you see where it's got $500

18 and $2,000 --

19    **A  Yeah, I see that.**

20    Q  -- and a total of $2,500?  That was not

21 on there when the form was first filled out; is

1  that correct?
2      A   As I know of, that's what the lady said
3  wasn't filled out right.  So she returned me,
4  back, for them to do it right and bring it back to
5  her.
6      Q   Okay.  So when you first signed this,
7  this had no numbers on it; is that correct?
8      A   This -- the -- no, the first one, I
9  didn't sign.  I don't understand what you're
10  saying.
11     Q   If I understand your testimony
12  correctly, there's two different forms, or
13  versions of this form, in Exhibit 7, that were
14  created.  The first one had no numbers on it?
15     A   The --
16     Q   Okay?
17     A   The first one was just not filled out
18  correctly.  That's all I was told, and it was told
19  for me to take it back for them to do it.  And I
20  took it back and took back to Social Service, and
21  then that's when I got this paper right here.

1      Q   That first form that you took there, the
2  one that was incorrect --
3      A   Right.
4      Q   -- was that a form that you had signed?
5      A   I believe so.
6      Q   Okay.  And did you sign a second form
7  after --
8      A   I did sign a --
9      Q   -- you had to go back?
10     A   Yes, I did.  I had to because of the
11  first one, yeah.
12     Q   All right.
13     A   I had no idea that wasn't signed -- I
14  mean, filled out wrong, so.
15     Q   Okay.  And, getting back to Exhibit 8,
16  that, you said, was a form that you got from the
17  department?
18     A   Social Service.
19     Q   Yes, for Social Services?
20     A   Uh-huh, yes.
21     Q   Okay.  And it's something you took back

1  to the funeral home?
2      A   Yes.
3      Q   Okay.  And did you also have the
4  voucher?
5      A   Yes.
6      Q   All right.  And you gave that to
7  Devin --
8      A   Yes.
9      Q   -- or someone else?
10     A   Devin.
11     Q   Okay.
12         (Street Exhibit No. 9 was marked for
13  identification)
14     Q   Ma'am, you're looking at what's been
15  marked as Exhibit 9 to your deposition, and I
16  understand it's difficult to read.  It's not a
17  great copy, but this is a document from Metro
18  Crematory, Incorporated, that it appears you
19  signed.
20     A   Yes.
21     Q   Is that correct?

1      A   Yes.
2      Q   Okay.  Who gave you this form?
3      A   Mr. Devin.
4      Q   All right.  And what was -- did he tell
5  you what the form was for?
6      A   He said it was for -- for the cremation
7  and identify my husband.  That's what he said.
8      Q   Was this something that you signed
9  before you identified Ivan?
10     A   Yes.  I had to do all of that before.
11     Q   Okay.  Bear with me a second.  I'm
12  trying to find it.  Did you actually sign this
13  document?
14     A   Yes, I did.
15     Q   I'm having trouble finding it on here.
16  Okay.  I see it.
17         That's your signature, towards the
18  bottom, next to the "Required Signature"?
19     A   Yes.
20         MR. MANN:  Okay.  All right.  Why don't
21  we take five minutes, if that's okay with you --

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

Page 94

1    THE WITNESS:  (Indicating.)
2    MR. MANN:  -- just a five-minute break?
3    Is that good with you guys?
4    MR. ALEXANDER COFFIN:  Yes.
5    MR. MANN:  Okay.
6    (A brief recess was taken.)
7    BY MR. MANN:
8    Q   Okay.  So you had the -- we've been
9    talking about the meeting you had at the funeral
10   home, and you've told me kind of everything that
11   occurred.
12       Were there any other conversations that
13   you had with Devin Connor during your, you know,
14   visits to the funeral home on January 13th?
15   **A   No, not that...**
16   Q   Did you speak -- or when you were there
17   on January 13, 2021, did you speak to anyone else
18   at the funeral home?
19   **A   January the 13th?**
20   Q   Yes.
21   **A   No.**

Page 95

1    Q   Okay.  And after you signed all the
2    paperwork and took care of all of that, did you
3    then go and identify Ivan?
4    **A   He -- yes, he let me go and identify**
5    **him, yes.**
6    Q   That was January 13th?
7    **A   Yes.**
8    Q   Okay.  Who was with you when you did
9    that?
10   **A   My son.**
11   Q   Okay.
12   **A   Anthony Sanders.**
13   Q   And was someone with the funeral home
14   with you?
15   **A   Mr. Devin.**
16   Q   Okay.  Anyone else?
17   **A   No.**
18   Q   All right.  And after you identified
19   Ivan, did anything else happen at the funeral
20   home, or did you leave?
21   **A   Just left.**

Page 96

1    Q   Okay.  All right.  When's the next time
2    you heard anything from the funeral home?
3    **A   On the way back home --**
4    Q   On the drive --
5    **A   -- to Virginia.**
6    Q   On the drive back home?
7    **A   Yes.**
8    Q   On the 13th?
9    **A   Yes.**
10   Q   What happened?
11   **A   He -- Mr. Devin called and said,**
12   **"There's a problem," and I said, "What's going**
13   **on?"  And then he said, "There was someone else**
14   **here that's claiming to be Ivan's wife."**
15   Q   Okay.  What specifically did he tell you
16   about that?
17   **A   That they would have to see if -- if**
18   **that person supposed to be the wife, you know, do**
19   **the same thing that I -- that I did.**
20   Q   Okay.  You said they were asking that
21   other woman to --

Page 97

1    **A   Do the same thing.**
2    Q   And what's that same thing?
3    **A   Bring a marriage license, show them a**
4    **marriage license.**
5    Q   Okay.  Did he tell you that woman's
6    name?
7    **A   Not at the time, no.**
8    Q   Not at that time?
9    **A   Not at that time.  He just -- no.**
10   Q   Did he tell you anything else, on that
11   phone call, about the other woman?
12   **A   That's all.  He just told me he had to**
13   **wait and see, you know, before he could do**
14   **anything.  And I'm like, "That's -- that's crazy."**
15   Q   Okay.  I was going to ask you next.
16   What was your reaction when he told you about this
17   other woman's claim?
18   **A   Yeah, I was, like, devastated.**
19   Q   Okay.  So you did not -- on that phone
20   call on the way home to Virginia, you didn't
21   discuss anything else; it was just that there's

25  (Pages 94 to 97)

EXHIBIT 3

Page 98

1    this other woman and they're asking her to submit
2    her marriage license?
3        A    Yes.
4        Q    Okay.  And when was the next time you
5    heard from the funeral home?
6        A    The next time?  It was before the 23rd.
7    It was before that.  That was at -- the 22nd.
8        Q    I'm sorry?
9        A    The 22nd.
10       Q    So after Devin told you about the other
11   woman, you didn't hear from the funeral home again
12   until January 22nd?
13       A    It was as far as with the memorial
14   service.
15       Q    I'm sorry?
16       A    The memorial service.
17       Q    You didn't --
18       A    He was talking about the memorial
19   service.
20       Q    Okay.  This was on January 22nd?
21       A    Yes.

Page 99

1        Q    What -- was this a phone call?
2        A    Yes.
3        Q    From who?
4        A    Mr. Devin.
5        Q    Okay.  What did he tell you on this
6    phone call?
7        A    That we were going to go along with what
8    my wishes was for the cremation and they wasn't
9    going to worry about the other woman because she
10   didn't have the funds, and some other stuff he was
11   saying.
12       Q    What else did he say?
13       A    They was going to disregard what she was
14   trying to do.
15       Q    Did he explain why?
16       A    Because she didn't have any funds.
17       Q    Did he give you any other reasons?
18       A    And that she was not the -- you know,
19   the wife, the other -- you know, the wife that
20   she -- she was supposedly -- supposed to have
21   been, the other one.

Page 100

1        Q    So your testimony is Devin told you on
2    January 22nd that Ms. Cook was not Ivan's wife?
3        A    He just told me, "Disregard whatever she
4    was, you know, trying to do."  That's all he told
5    me, and they was going to go ahead and proceed.
6        Q    Proceed with what?
7        A    The cremation.
8        Q    Did he specifically tell you that?
9        A    Yes.
10       Q    What exactly did he tell you about
11   cremation?
12       A    They was going to go ahead and do the
13   cremation and go on along with the memorial
14   service on the 23rd.
15       Q    Okay.  And did he tell you anything
16   else?
17       A    That's all.
18       Q    Okay.  Did you ever learn, or did anyone
19   ever tell you, that this other woman wanted
20   something else for Ivan's remains?
21       A    No.

Page 101

1        Q    Okay.  So you didn't -- between the time
2    you first heard about this other woman on
3    January 13th and the time you had the phone call
4    on January 22nd, you didn't hear anything else
5    about this other woman or her wishes for Ivan; is
6    that correct?
7        A    No.
8        Q    It's not correct or --
9        A    No, I haven't heard -- no.  I just --
10   when he told me there was another woman, I --
11   it -- after I left the funeral home, I -- yeah, I
12   was just devastated.
13       Q    Okay.  Did you speak to Melvin Lashley
14   or Rita Jeffers about this other woman, before
15   your phone call with Devin on the 22nd of January?
16       A    Rita.  And she -- she said she didn't
17   know anything about it.
18       Q    Okay.  When did you speak to Rita?
19       A    That was -- let me see.  The 13th, I
20   believe.
21       Q    That same day.  So after you got the

26 (Pages 98 to 101)

Coast to coast coverage              Evans Reporting Service                    Over 25 years
Unsurpassed excellence                     800-256-8410                      award-winning service
                                                                                    EXHIBIT 3

1  call from the funeral about the other woman, did
2  you call Rita?
3      **A   I was asking -- and asked about the --**
4  **about what's going on, and she said she didn't**
5  **know anything about it.**
6      Q   She didn't know anything about what,
7  that there was another claim or --
8      **A   The -- that there's another woman.  She**
9  **don't know anything about the other woman.**
10     Q   Okay.  But was she aware of that woman's
11 claim when you spoke to her?
12     **A   Not as I know of, no.**
13     Q   Okay.  Did you ever -- before the
14 memorial service, did you ever learn this other
15 woman's name?
16     **A   Yeah.  Mr. Devin did say it, Mr. Devin.**
17     Q   When did he tell you the name?
18     **A   That was, I think, the -- the 22nd?**
19 **Yeah, the 22nd.**
20     Q   Did you recognize the name?
21     **A   No, I don't know the name, uh-uh.**

1      Q   Okay.  Now, after January 13, but before
2  that phone call with Devin on January 22nd, did
3  Devin ever -- did Devin, or anyone from the
4  funeral home, tell you that they were going to be
5  burying Ivan's remains?
6      **A   No.**
7      Q   Okay.  You referenced a call, in your
8  complaint, that you had with a Mr. Wylie --
9      **A   Uh-huh.**
10     Q   -- before the memorial service.  Did you
11 ever speak to a Mr. Wylie before the memorial
12 service?
13     **A   Yes.  On the phone.**
14     Q   Okay.  So there was a phone call with
15 the funeral home.  Do you remember when that
16 occurred?
17     **A   I called the funeral home to find out**
18 **what was going on, and then that's when he told me**
19 **that he would do what he want (sic) to do, and**
20 **what was I going to do about it.**
21     Q   Okay.  What date did this phone call

1  happen?
2      **A   I don't recall the date.  I know it**
3  **was -- it was two times, two times I spoke with**
4  **him.**
5      Q   Okay.  It's my understanding that one of
6  those was after the memorial?
7      **A   Yes.**
8      Q   Okay.  So I'm only concerned with the
9  one before, right now.  You can't give me a date
10 as to when that phone call happened?
11     **A   I'm not sure.  I'm going to say, I'm not**
12 **sure.  I can't get it, right now.  I just know**
13 **what was told to me.**
14     Q   Okay.  Why did you call the funeral
15 home?
16     **A   To find out about the memorial service.**
17     Q   And what were you trying to find out?
18     **A   Was it still going to go on, because**
19 **they was talking about this other person.**
20     Q   Okay.  Why were you wondering whether it
21 was still going to go on?

1      **A   Because what the man said, he was going**
2  **to continue to do what he wanted to do and what I**
3  **say didn't matter to him.**
4      Q   I'm just asking, why you called the
5  funeral home that day when you did speak to
6  Mr. Wylie.
7      **A   To find out what -- what the situation**
8  **was as far as this other lady.**
9      Q   Okay.  And did you ask for somebody when
10 you called?
11     **A   No.  They put me on -- Mr. Devin.  I**
12 **asked for Mr. Devin because I was always talking**
13 **to Mr. Devin.**
14     Q   Okay.
15     **A   And then that's when they put Mr. Wylie**
16 **on.**
17     Q   Okay.  And so tell me about the
18 conversation you had with Mr. Wylie, what
19 specifically was discussed.
20     **A   The cremation, and then that's when he**
21 **said he wasn't going to do a cremation.  He did**

27 (Pages 102 to 105)

Coast to coast coverage
Unsurpassed excellence                     Evans Reporting Service
                                           800-256-8410                     Over 25 years
                                                                            award-winning service
                                                                            EXHIBIT 3

Page 106

1  say that. And then he said he was going to do
2  what he wanted to do and what was I going to do
3  about it, and then he hung the phone up on me.
4      Q   Okay. Did he explain to you why he
5  wasn't going to do a cremation?
6      A   No.
7      Q   Did you ask him why?
8      A   He hung up on me.
9      Q   So he told you, "We're not doing a
10 cremation" and then he hung up the phone?
11     A   He said, "I'm going to do what I want to
12 do," and then he hung the phone up.
13     Q   Okay. So what did you say --
14     A   What was I going to do about it?
15     Q   What did you say to him before he told
16 you, we're doing a cremation -- or "We're not
17 doing a cremation"?
18     A   That was it. I was asking him about the
19 cremation, and that's when he said he wasn't going
20 to do that.
21     Q   What did you ask him about the

Page 107

1  cremation?
2      A   "Are we going to do the cremation?" Are
3  the -- "is the cremation going to be done?"
4      Q   Why did you ask him that?
5      A   Because he kept telling me that that's
6  what they wasn't going to do.
7      Q   I'm sorry. What?
8      A   He kept saying that's not what they
9  wanted -- they wasn't going to do. That's why I
10 wanted to know.
11     Q   I'm trying to understand --
12     A   That's what I signed for.
13     Q   I'm trying to understand how the
14 conversation went with Mr. Wylie.
15     A   It wasn't no conversation.
16     Q   So you called him and he picks up the
17 phone and he just tells you, "We're not doing a
18 cremation"?
19     A   No. I called --
20         MR. ALEXANDER COFFIN: Objection.
21     Q   You can answer.

Page 108

1      A   I called to find out about the
2  cremation. I wanted to talk to Mr. Devin because
3  Mr. Devin, we were working together as far as, you
4  know, the ceremony, but that didn't happen. They
5  connected me to Mr. Wylie.
6      Q   Okay. And when you first were connected
7  with Mr. Wylie, what did you say to him?
8      A   I said, "Mr. Wylie." I said, "So are we
9  going to have the, you know, cremation and" -- you
10 know, started a conversation. And then that's
11 when he sarcastically said, "I'm not going to" --
12 I'm going to do what he wanted to do.
13     Q   Is that all he said to you?
14     A   That's all he said.
15     Q   Okay.
16     A   And what was I going to do about it, and
17 then he slammed the phone down.
18     Q   Okay. The only thing that you said to
19 Mr. Wylie is, "Are we still doing a cremation"?
20     A   Yes.
21     Q   Did you say anything else to him --

Page 109

1      A   I didn't say --
2      Q   -- on the phone?
3      A   -- nothing.
4      Q   Okay. Had you ever interacted with
5  Mr. Wylie before --
6      A   No.
7      Q   -- this phone call? Okay. And the only
8  thing that Mr. Wylie said to you is, "I'm going to
9  do what I want to do"?
10     A   And what was I going to do about it.
11     Q   Okay. And then he hung up the phone?
12     A   Yes.
13     Q   That was the total extent of the
14 conversation?
15     A   Yes.
16     Q   Okay. Why were you calling to see if
17 the cremation was still going to happen?
18     A   I was calling -- that's what I mean. I
19 was just concerned because that's what was
20 supposed to have been done.
21     Q   I'm trying to understand. Why were you

28 (Pages 106 to 109)

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service

EXHIBIT 3

1  concerned?

2  **A   Because that was my --**

3  MR. ALEXANDER COFFIN: Objection. She

4  already answered the question.

5  **A   Yeah.**

6  Q   You can answer.

7  **A   I don't want to. I already answered**

8  **that one.**

9  Q   Well, let me ask you this. Did anyone

10  at the funeral home, before you had this phone

11  call with Mr. Wylie, tell you that they weren't

12  going to do a cremation?

13  **A   No.**

14  Q   Okay. So I'm trying to understand why

15  was it that you were concerned --

16  **A   Mr. Wylie said this.**

17  Q   He said this after you called, right?

18  **A   That's what he said.**

19  Q   I understand. I'm trying to understand

20  the reason that you called.

21  **A   I don't know what the reason was -- why**

1  **he said that. I just know he said what he said,**

2  **and that was, to me, disrespectful.**

3  Q   I understand that. What I'm trying to

4  understand is you called the -- you testified you

5  called the funeral home because you were wondering

6  whether the cremation was still going to happen;

7  is that fair? Is that why you called?

8  **A   And find out about this -- did they**

9  **settle the situation with the other lady because**

10  **that's what it was supposed to be, a cremation --**

11  Q   Okay.

12  **A   -- and a memorial service. That's what**

13  **the whole conversation was supposed to be.**

14  Q   So what I'm trying to understand is,

15  were you concerned about the cremation because of

16  this other woman or was -- did somebody else tell

17  you that they weren't going to do a cremation?

18  **A   No, no one -- I don't know. It's just**

19  **all messed up to me.**

20  Q   What's "messed up"?

21  **A   This whole funeral home stuff.**

1  Q   Okay. When you spoke to Mr. Wylie, I

2  take it you didn't ask him about the other woman?

3  **A   No, I didn't. He hung up on me.**

4  Q   Did you call back?

5  **A   No.**

6  Q   Why not?

7  **A   I called to speak to Mr. Devin.**

8  Q   Okay. You did call back; is that --

9  **A   After.**

10  Q   -- what you're saying?

11  **A   Yeah. And that was the second call. I**

12  **still didn't get to speak to Mr. Devin after that.**

13  Q   Okay. But that was after the memorial

14  service, right?

15  **A   Yes.**

16  Q   Okay. So you have this telephone call

17  with Mr. Wylie; you don't remember the date. Did

18  you call back to the funeral home after, to speak

19  to someone else about this cremation issue?

20  **A   No.**

21  Q   Why not?

1  **A   Because Mr. Devin said that he was going**

2  **to go ahead, along with what I was -- what I had**

3  **decided to do.**

4  Q   That phone call with Devin Connor on the

5  22nd --

6  **A   Uh-huh.**

7  Q   -- did he call you or did you call him?

8  **A   He called me.**

9  Q   Okay. So what I'm asking you is,

10  between that time when you had the phone call with

11  Mr. Devin on the 22nd and when you spoke to

12  Mr. Wylie, did you ever call the funeral home

13  about this cremation issue?

14  **A   No, no. Well, I don't recall.**

15  Q   And my question is, why didn't you call

16  the funeral home?

17  **A   No. I said, "I don't recall."**

18  Q   I'm sorry?

19  **A   I said, "I don't recall."**

20  Q   Okay. So you may have? You just don't

21  remember?

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

1  A  Yes, that's what I'm saying.  I don't
2  recall.
3  Q  Okay.  Did you ever -- after you spoke
4  to Mr. Wylie, did you ever call Rita Jeffers about
5  this cremation issue?
6  A  Yes.  And she said she don't know;
7  that's what it's supposed to be, a cremation; she
8  don't know what's going on.  That's what she said
9  because I --
10  Q  So you did have a conversation with Rita
11  Jeffers about the funeral home and whether they
12  were going to cremate Ivan?
13  A  She said that's what it's supposed to
14  be, the family wanted cremation, yes.
15  Q  I understand.  But after your phone call
16  with Mr. Wylie -- that's what I'm talking about --
17  did you have a conversation with Rita Jeffers
18  about what the funeral home was going to do, as
19  far as cremation?
20  A  Yes, I did.
21  Q  Okay.  When did that conversation

1  happen?
2  A  I don't recall that date.  But I know we
3  had a conversation, and she just said that, you
4  know, she didn't -- they didn't talk to her like
5  that because I said, "That's" -- I -- "That's real
6  disrespectful, how he was talking to me."
7  Q  Did Rita Jeffers tell you during that --
8  this was a phone call, this conversation?
9  A  That was just a phone call.
10  Q  Okay.  Did she tell you that the funeral
11  home was going to bury Ivan?
12  A  No, she never said that.
13  Q  Did she tell you that they were not
14  going to cremate Ivan?
15  A  She never said that.
16  Q  Did you ask her if she knew about what
17  was going on?
18  A  The only thing we were just talking
19  about was the cremation.  That's what it was
20  supposed to be, cremation.
21  Q  Okay.  Did she tell you anything about

1  the other woman?
2  A  No.
3  Q  Okay.  Or what that other woman's wishes
4  were?
5  A  No.
6  Q  So after you spoke to Mr. Wylie, was it
7  your understanding and your belief that Ivan was
8  going to be buried, based on that phone call?
9  A  No.  And it never entered my mind.
10  Q  Okay.  So when Mr. Wylie told you he was
11  going to do what he wants to do, what did you take
12  that, or understand that, to mean?
13  A  Sarcasticness.
14  Q  Okay.  What did you understand that
15  Mr. Wylie was saying he was going to do?
16  MR. ALEXANDER COFFIN:  Objection.
17  You can answer.
18  A  That he was just going to do what he
19  wanted to do, I guess.  I don't know what he
20  wanted to do, but I just didn't like -- at a point
21  in time, grieving and stuff, that wasn't

1  appropriate to me.
2  Q  Were you upset because of the way you're
3  saying Mr. Wylie spoke to you, or were you upset
4  about --
5  A  The whole thing.
6  Q  -- how they were going to handle things?
7  A  Handle the whole situation.
8  Q  Okay.  But, sitting here today, you
9  don't recall ever following up with the funeral
10  home after that phone call about what you wanted
11  done for Ivan?
12  A  No.  I did tell them what I wanted done.
13  Q  When did that happen?
14  A  That was on the 13th.
15  Q  I'm talking about after the call with
16  Mr. Wylie.
17  A  That had to be, like, the 15th, then.
18  Yeah, around the 15th.
19  Q  I understand.  That's not my question,
20  though.  I'm asking, just sitting here, after you
21  had the phone call with Mr. Wylie, do you recall

EXHIBIT 3

Page 118

1   doing anything about following up with the funeral
2   home about what you wanted to happen with Ivan's
3   remains?
4        A   The remains was supposed to be cremation
5   (sic), and at the memorial service, they was
6   supposed to have the ashes distributed to who they
7   wants to have (sic), and that's what it was
8   supposed to be.
9        Q   I get that's what you think it was
10  supposed to be.  I'm asking you, did you follow up
11  with the funeral home after the call with
12  Mr. Wylie?
13       A   I had told Mr. Wylie that.
14       Q   I understand.  Please listen to the
15  question.  Okay?
16           After the phone call with Mr. Wylie, did
17  you -- sitting here today, do you recall ever
18  following up with the funeral home to tell them
19  what you wanted to happen with Ivan's remains?
20       A   I don't understand.  I don't understand.
21       Q   You don't understand?

Page 119

1        A   No.
2        Q   Okay.  So you --
3        A   No.
4        Q   -- you have the phone call with
5   Mr. Wylie, where he says he's going to do what he
6   wants to do, and you were unhappy about that.
7        A   Right.
8        Q   Is that fair?
9        A   Uh-huh.
10       Q   Okay.  Sitting here today, do you
11  recall -- did you call back to the funeral home,
12  go to the funeral home, speak to anyone, saying,
13  "No, that's not" --
14       A   I was --
15       Q   -- "what I want, this is" --
16       A   Yes.
17       Q   -- "what I want"?
18       A   There you go.  I did do that.  And I
19  still got that same -- they kept -- they put him
20  on the phone.  That was -- as a matter of fact,
21  that was the same day because it -- that's what I

Page 120

1   was trying to explain to Mr. Wylie.
2            And then that's when he came to me and
3   said -- you know, not came to me, but spoke to me
4   and said, you know, "I'm going to do what I want
5   to do" and what was I going to do about it because
6   I was trying to explain to him, "This is what I
7   wanted done" as far as my husband, the cremation
8   and then, you know, the memorial service and
9   distributing of -- you know what I'm saying, and
10  that did not happen.
11       Q   When did you explain that to Mr. Wylie?
12       A   That was on the -- it had to be that
13  same -- the -- what day was that?  I'm going to
14  say, like, the 15th.
15       Q   Okay.
16       A   A phone call.  I -- I don't recall the
17  date, but I remember talking to him, and that's
18  what it was.
19       Q   So this was a separate conversation than
20  the one we've been talking about, where he said,
21  "I'm going to do what I want to do"?

Page 121

1        A   No.  That was the same.  That was,
2   actually, the same day because I was trying to
3   explain to him, yeah.
4        Q   Okay.  And when you were explaining that
5   to him, what did he say to you?
6        A   I was -- told you.
7        Q   I'm sorry?
8        A   I was telling you.  I just told you what
9   he said, "I'm going to do what I want to do," and
10  what am I going to do about it?  That's what he
11  kept saying, and he slammed the phone down.
12       Q   Okay.  Getting back to my original
13  question, after that phone call, okay, where he
14  says, "I'm going to do what I want to do," did you
15  ever -- sitting here today, do you recall ever
16  following up with the funeral home, calling back,
17  going and meeting with them, saying, "This is what
18  I want to happen" or anything like that?
19       A   I followed up.  That was the day that I
20  followed up.
21       Q   Please listen to the question.  Okay?

31 (Pages 118 to 121)

EXHIBIT 3

1  This is after that phone call.  I understand you
2  were following up with Mr. Wylie at that time.
3  Okay?
4       After the phone call, when he says, "I'm
5  going to do what I want to do," did you -- sitting
6  here today, do you recall ever contacting the
7  funeral home again to protest what was happening
8  or to tell them --
9  A   Yes.
10 Q   -- what you wanted to happen?
11 A   Yes.  And they kept putting Mr. Wylie on
12 the phone, and then one time they didn't even come
13 to the phone, so.
14 Q   Okay.  How many times, after the first
15 phone call with Mr. Wylie, did you contact the
16 funeral home?
17 A   The second -- first time, then the
18 second time, and then that last time after the
19 memorial.
20 Q   Okay.  So in between the phone call with
21 Mr. Wylie, where he says, "I'm going to do what I

1  want to do" and the memorial, you called the
2  funeral home one more time?
3  A   Yes.
4  Q   Who did you speak to?
5  A   Try to explain to -- and Mr. Devin.  I
6  spoke with Mr. Devin, as a matter of fact.  And he
7  just was saying, "Well, don't even -- you know,
8  we're going to go" -- the same thing he told me on
9  the phone on the 22nd -- "we're going to disregard
10 whatever this other person's saying, you know, and
11 we're going to go ahead on with the cremat-" --
12 you know, what I -- my wishes was.
13 Q   When did that conversation occur?
14 A   That was in between -- I don't recall
15 the dates, but it was between, before the 22nd.
16 Q   Okay.  And you called the funeral home,
17 or did --
18 A   I called.
19 Q   -- Devin Connor call you?
20 A   I called the funeral home.
21 Q   Okay.  And who did you speak to?

1  A   Mr. Devin.
2  Q   Did you speak to Mr. Wylie on that phone
3  call?
4  A   Not that one.
5  Q   All right.  And what exactly did you
6  discuss with Devin Connor?
7  A   The same situation as far as the
8  cremation.  And he told me, "Disregard that, don't
9  worry about that."
10 Q   Okay.  Disregard what?
11 A   The -- what the other lady was trying to
12 say, wanted to do.
13 Q   Did Devin tell you what the other woman
14 wanted to do?
15 A   No, he did not.  He just --
16 Q   Okay.  Did you ask him?
17 A   -- said, "Disregard," I guess whatever
18 they was doing.  I don't know what they were
19 doing.  I'm -- my -- but no.
20 Q   So you never -- before the memorial
21 service, you had no idea what this other woman

1  wanted?
2  A   No.
3  Q   Okay.  And then the phone call you
4  talked about, on the 22nd of January.
5  A   Mr. Devin called me.
6  Q   He called you?
7  A   Yes.
8  Q   Okay.  Why?  What did he --
9  A   He just said, "Are you ready for the
10 memorial on the 23rd?"  And I said, "Yes."  And he
11 said, "You know you're on the program to, you
12 know, sing," and -- and I said, "Yes."  And so he
13 said, well, I'll see, you know, me (sic) on the
14 23rd.
15 Q   Okay.
16 A   And then he told me.  He was going, "You
17 know, don't worry about what this other lady" --
18 the same thing, "Disregard, she didn't have any
19 funds, and we're not even going to deal with what
20 she was, you know, trying to do."
21 Q   Okay.  Did he -- so he told you the

32 (Pages 122 to 125)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                    EXHIBIT 3

1   memorial service was still happening the next day?
2       A   Yes.
3       Q   Okay.  Did you -- before that, did you
4   know the date of the memorial service?
5       A   The 23rd.
6       Q   Yes, but did you know?
7       A   Yes.  They said the 23rd.
8       Q   When did they tell you the date?
9       A   They told me that on the 13th.
10      Q   Was there any discussion at that time
11  about whether Ivan had been cremated or was going
12  to be cremated?
13      A   No.
14      Q   All right.  So he didn't -- Devin
15  didn't -- on the call on January 22nd, Devin
16  didn't mention that to you; is that correct?
17      A   No.
18      Q   That's correct?
19      A   Say that again.
20      Q   This phone call you had with Devin on
21  January 22nd, did -- Devin did not mention to you

1   whether Ivan had been cremated or would be
2   cremated?
3       A   No.
4       Q   Is that correct?  Is that correct?
5       A   That he was not going -- he never
6   mentioned that to me, no.
7       Q   Okay.  So the only thing that was
8   discussed on that phone call was that the memorial
9   service was going forward the next day?
10      A   Yes.
11      Q   Okay.  Before the memorial service, did
12  anyone from the funeral home tell you that Ivan
13  had been cremated?
14      A   No.
15      Q   Okay.  Did you ever ask anyone, before
16  the memorial service, that Ivan had, in fact, been
17  cremated?
18      A   That's what they told me on the 13th,
19  what was going -- going to be done.
20      Q   I understand.  What I'm asking you is,
21  before the memorial service, did anyone from

1   the --
2       A   No.
3       Q   Hold on.  Before the memorial service,
4   did anyone from the funeral home tell you that
5   Ivan, in fact, had been cremated?
6       A   No.
7       Q   Okay.  And other than that conversation,
8   the meeting you had with Devin on January 13,
9   2021, did anyone from the funeral home tell you
10  that Ivan was, in fact, going to be cremated?
11      A   No.
12      Q   I'm sorry?
13      A   They didn't tell me anything.
14      Q   Okay.
15      A   They just said that's what they were
16  going to do.
17      Q   All right.  And you mentioned a program
18  before.  You were aware of the program and that
19  you were going to participate in the service?
20      A   Yes.
21      Q   All right.  Did you discuss that with

1   Rita Jeffers?
2       A   Yes.
3       Q   Okay.  What did the two of you discuss
4   about that?
5       A   She just said that she was going to put
6   me down on the program to sing, as far as, you
7   know, for the -- you know, my husband.
8       Q   Okay.  Is that something you asked to
9   do?
10      A   She asked me, would I, because, you
11  know, she know I sing.  So she asked me, would I
12  want to, and I did do that because he did tell me
13  if that ever happened, he did want me to do that.
14      Q   Okay.  Did Ivan ever tell you whether he
15  preferred cremation versus a burial?
16      A   He told me.
17          MR. ALEXANDER COFFIN:  Objection.
18          Go ahead.
19      A   Yeah.  He told me he wanted that.
20      Q   He wanted what?
21      A   Cremation.

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 3

1  Q  Okay.  Was Ivan a Baptist?

2  A  **He's Catholic.**

3  Q  He was Catholic?

4  A  **Yes.**

5  Q  Okay.  Before the memorial service, had

6  you ever discussed any of -- you know, how the

7  memorial service was going to go, the program, any

8  of that, with the funeral home?

9  A  **Repeat.**

10  Q  Before the memorial service happened,

11  did you discuss the details of the memorial

12  service with the funeral home?

13  A  **Of what I wanted done?**

14  Q  Right.  What you wanted, how -- you

15  know, who was going to speak, what was going to be

16  done, any of that.

17  A  **No.**

18  Q  Do you know who made those arrangements

19  with the funeral home?

20  A  **Rita said she did do that -- that**

21  **portion.**

1  Q  Okay.  Is there any reason why you

2  didn't participate in that portion?

3  A  **Well, I know when I was getting ready to**

4  **come down, they said they had already did it**

5  **because I told them I would be down at a certain**

6  **date, and that was the 13th.  And that's the day**

7  **they was -- yeah.**

8  Q  Rita told you they had already made the

9  plans for --

10  A  **They had already --**

11  Q  -- the memorial service?

12  A  **Yes.**

13  Q  Okay.  Were you unhappy with that?

14  A  **Yes, because I had already told**

15  **Mr. Devin, "Don't let nobody take charge."**

16  Q  Okay.

17  A  **And -- yeah.**

18  Q  All right.  Did you ever tell Devin

19  Connor, or anyone else from the funeral home, that

20  you wanted some of Ivan's ashes?

21  A  **Yes.**

1  Q  Okay.  When did you tell -- first of

2  all, was that Devin or someone else you told?

3  A  **Rita.**

4  Q  Okay.  Well, I'm just asking about Devin

5  and the funeral home.  Did you tell him, or anyone

6  from the funeral home, that you wanted some of

7  Ivan's ashes?

8  A  **No, I did not.**

9  Q  Okay.  Why not?

10  A  **I guess my mind was just (indicating),**

11  **yeah.**

12  Q  But you did tell Rita that?

13  A  **Yes.**

14  Q  Okay.  Did you have any input into the

15  program for the service, as far as what was

16  written on there?

17  A  **No.**

18  **(Street Exhibit No. 10 was marked for**

19  **identification.)**

20  Q  Ma'am, I'm showing you what's been

21  marked as Exhibit 10 to the deposition.  And it's

1  my understanding this is the program for the

2  service; is that correct?

3  A  **Yes.**

4  Q  Okay.  Was there anything when you first

5  saw -- strike that.

6  When did you first see this program?

7  Was it the day of the service?

8  A  **Yes.**

9  Q  Okay.  Was there anything in this

10  program that made you upset or you thought was not

11  correct?

12  A  **The one with --**

13  THE REPORTER:  I'm sorry?

14  A  **I'm marked on here -- with the wife, it**

15  **just says "Remarks."  It didn't say --**

16  Q  I'm sorry?

17  A  **It didn't say wife.  It just said**

18  **"Remarks."**

19  Q  Are you talking about the Order of

20  Service section?

21  A  **Yes.**

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service

EXHIBIT 3

Page 134

1  Q   And what was it that made you unhappy
2  about that?
3  A   "Remarks," where it says -- no.
4  Q   I'm sorry?
5  A   I'm okay.  I just need a moment.
6  Q   Okay.  And what I'm asking you is, is
7  there anything in this program that, when you saw
8  it, made you unhappy or was incorrect?
9  A   No.
10 Q   Okay.  You were mentioning the "Remarks"
11 section.  What about that was, you know, something
12 that you wanted to highlight?
13 A   No.
14 Q   I'm sorry?
15 A   No, nothing.  That's fine.
16 Q   Okay.  Do you know who prepared the
17 program?
18 A   I think Rita.
19 Q   Okay.  All right.  And you attended the
20 memorial service, right?
21 A   Yes.

Page 135

1  Q   And you sang at the service?
2  A   Yes.
3  Q   When you got to the service, before it
4  started did you speak to anyone at the funeral
5  home?
6  A   Rita.
7  Q   Okay.  What did you talk to Rita about?
8  A   She was just introducing me to certain
9  ones that I already had met, Melvin and -- yeah,
10 and then she -- when we was going into the
11 recession (sic), she just said, "Come on, you
12 know, you're the wife; come on, we'll all march up
13 here together."
14 Q   Okay.  And when you spoke to Rita before
15 the service, did you ask her whether Ivan had been
16 cremated?
17 A   No.
18 Q   Did you mention his ashes to her?
19 A   That was at the end.
20 Q   Okay.  We'll get to that in a second.
21 Did you -- before the service started, did you

Page 136

1  speak to anyone that was employed -- that you
2  understood to be employed by the funeral home?
3  A   Repeat.
4  Q   Before the service started, did you
5  speak to anyone that you understood to be employed
6  by the funeral home?
7  A   No.
8  Q   Okay.  Was Devin Connor at the memorial
9  service?
10 A   I didn't see him.
11 Q   Okay.  Was anyone that you thought was
12 an employee of the funeral home present during the
13 service?
14 A   I don't recall, no.
15 Q   Okay.  Was there an urn present at the
16 service?
17 A   Yes.
18 Q   Okay.  Where was that located?
19 A   Sitting in front of me.
20 Q   Okay.  What was in front of you?  Was
21 there, like, a table or some kind of --

Page 137

1  A   There was a whole -- like, a table with
2  a -- with his picture and the urn sitting right
3  there and then the flowers and then -- yeah, and
4  some other little pictures that he had in his
5  house.
6  Q   Okay.  Now, did you ever discuss with
7  anyone with the funeral home, before the service,
8  whether there was going to be an urn there?
9  A   Repeat.
10 Q   Okay.  Before the service, did you ever
11 speak to anyone at the funeral home, employed by
12 the funeral home, about whether there was going to
13 be an urn at the service?
14 A   No.
15 Q   Okay.  Did you request an urn to be
16 present at the service?
17 A   There -- there was supposed to be an urn
18 with the ashes in it.
19 Q   Okay.  Before the service, did you speak
20 to Rita Jeffers about whether there was going to
21 be an urn at the service?

35 (Pages 134 to 137)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                                  EXHIBIT 3

1    A   She didn't say anything.
2    Q   I'm sorry?
3    A   She didn't say anything.
4    Q   Okay.  When you saw the urn, did you ask
5    anyone about it?  Why was it there, or did it
6    contain any ashes, anything like that?
7    A   I expected that there would be ashes in
8    there.
9    Q   Why did you expect that?
10   A   Because that's what it was supposed to
11   be: a cremation, ashes, urn.
12   Q   Did anyone from the funeral home ever
13   tell you that Ivan's ashes were in the urn?
14   A   They never said anything to me.
15   Q   Did Rita Jeffers ever tell you that?
16   A   At the end.
17   Q   Okay.  At the end of the service?
18   A   I -- I -- at the end of the service, I
19   asked.  I said, "Are we going to split the ashes?"
20   And that's when the lady came from out of nowhere
21   and took the urn and said, "Nobody's getting

1    this."
2    Q   Okay.  When you talked to Rita Jeffers
3    about the ashes, what did she say?
4        MR. ALEXANDER COFFIN:  Objection.
5        You can answer.
6    A   She just said, "Oh, we're not worrying
7    about that right now."  That's all she said.  And
8    then she was giving out the bookmarkers and
9    pictures, from what was in his house.
10   Q   Okay.  After the service, did you speak
11   to anyone at the -- employed by the funeral home,
12   about the ashes?
13   A   The only one who came to me was the
14   pastor.
15   Q   Okay.  What did the pastor say?
16       MR. ALEXANDER COFFIN:  Objection.
17       You can answer.
18   A   He -- he embraced me and, you know, said
19   he was -- you know, as far as the condolence, and
20   everything was going to be all right.
21   Q   I'm just asking specifically about the

1    ashes.  I mean, after the service, did you speak
2    to anyone about wanting the ashes, what's going to
3    happen with the ashes, anything like that?
4    A   Rita.
5    Q   Okay.
6    A   And that's what I -- I just told you
7    what happened.
8    Q   Did you speak to anyone else about the
9    ashes?
10   A   No.
11   Q   Okay.  You mentioned someone came and
12   took the urn.
13   A   Yes.
14   Q   All right.  Do you know that person's
15   name?
16   A   No.
17   Q   Do you know --
18   A   It was a lady.  That's all I know.
19   Q   Do you know who that -- if that was a
20   family member or somebody who worked for the
21   funeral home?

1    A   Worked for the funeral home.
2    Q   All right.  How did you know that?
3    A   Because she went on out with it.
4    Q   Where did she go?
5    A   I -- I guess in the back, somewhere.
6    Q   Did you say anything to this woman?
7    A   I said -- no, I didn't.  I was
8    (indicating), you know.
9    Q   Why didn't you say anything --
10   A   In that moment, I was -- I'm thinking
11   that I would -- they would give it to us, but I
12   don't know.
13   Q   Okay.  Did the woman say anything?
14   A   She just said, "No one's getting this,"
15   and she just took it.
16   Q   So you said nothing to this woman.  She
17   walks up and says, "No one's getting this"?
18   A   No.  She just took the urn and left with
19   it.  That's all she did.
20   Q   Did this woman say anything when she
21   took the urn?

36  (Pages 138 to 141)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence               800-256-8410              award-winning service
                                                                  EXHIBIT 3

1    **A   She just said, "No one's getting this"**
2  **because I was asking Rita, you know, what about,**
3  **you know, distributing of the ashes, and that's**
4  **when she took -- this lady took the ashes.**
5    Q   Was this lady standing there when you
6  were talking to Rita about the ashes?
7    **A   I'm not sure.  I just seen her take it.**
8    Q   Okay.  So the woman picks up the urn,
9  takes it, and says, "No one's getting this"?
10    **A   Yes.**
11    Q   And walks away?
12    **A   Yes.**
13    Q   Okay.  Did you say anything to her after
14  she said that?
15    **A   I didn't know where she went.**
16    Q   Okay.  You didn't try to stop her and
17  say, you know, "What do you mean, 'no one's
18  getting this,'" anything like that?
19    **A   I thought that -- that they was going to**
20  **end up giving the ashes, and it never happened.**
21    Q   Were you ever told by anyone that the

1  memorial service was going to be recorded?
2    **A   Live stream.**
3    Q   Live stream?
4    **A   Yes.**
5    Q   Okay.  Who told you that?
6    **A   It was on the -- it was on the thing.**
7    Q   The program?
8    **A   Yeah.**
9    Q   Okay.
10    **A   Not this one.  It was a -- a memorial**
11  **slip that they was telling us that the memorial**
12  **was going to be on the 23rd and service at one,**
13  **1:30, and there was going to be a live stream**
14  **because my son watched it.**
15    Q   Okay.  So, getting back to my original
16  question, so did anyone from the funeral home tell
17  you that that live stream was going to be
18  recorded?
19    **A   I don't understand.  What do you mean,**
20  **online?  I mean, on --**
21    Q   Like, recorded, like a --

1    **A   Virtual?**
2    Q   -- recording made and saved and kept.
3  Did anyone tell you that was going to happen?
4    **A   I know there was a live stream.  That's**
5  **all I know.**
6    Q   Okay.  All right.  So you described what
7  happened after the memorial service.  Did anything
8  else -- after the urn was taken away, did anything
9  else happen before you left?
10    **A   They were distributing pictures of him**
11  **that he have in the house.  And then Rita called**
12  **me because I was leaving, and she called me back**
13  **and said, you know, "Here, take some of these**
14  **bookmarkers."**
15    Q   Okay.  Did you take anything else
16  besides the bookmarkers?
17    **A   And I have the big picture of my**
18  **husband.**
19    Q   Okay.  Did you request to take that, or
20  was that something Rita offered to you?
21    **A   I wanted it.**

1    Q   So you asked her for it?
2    **A   Yeah.  It was mines (sic).  She said --**
3    Q   I understand.
4    **A   Yeah, she let me have it.**
5    Q   Okay.  Now, before you left the memorial
6  service, did you talk to anyone at the funeral
7  home about what's going to happen with the ashes?
8    **A   No.**
9    Q   Why not?
10    **A   Because that's what I thought they would**
11  **come to me and say as far as, you know, that's**
12  **what I wanted, and that didn't happen.  They just**
13  **went and took the urn.**
14    Q   Okay.  What I'm trying to understand is,
15  why didn't you speak to somebody at the funeral
16  home about that?
17    **A   I was trying to talk to someone, and**
18  **that's when I still got that disrespect.**
19    Q   Okay.  I'm just talking the day of the
20  service.
21    **A   No, I didn't speak to -- that day, no.**

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                  EXHIBIT 3

1   Q   Why not?
2   A   I -- grieving.
3   Q   Okay.  Well, the ashes had been on your
4   mind because you spoke to Rita about it, right?
5   A   Uh-huh.
6   Q   Is that fair?
7   A   Yes.
8   Q   Okay.  But you left the funeral home
9   that day without the ashes and without asking
10  anyone at the funeral home about that; is that
11  correct?
12      MR. ALEXANDER COFFIN:  Objection.  She's
13  already answered the question.
14  Q   You can answer.
15  A   I already answered.
16  Q   Okay.  What I want to be clear is, you
17  did not ask anyone at the funeral home about the
18  ashes before you left that day; is that correct?
19  A   I already answered.
20  Q   And your answer was what?
21  A   I already answered.

1   Q   What was your answer?  That's what I'm
2   asking.  Did you ask anyone at the funeral home
3   for the ashes before you left the memorial
4   service?
5   A   I already answered.
6   Q   What was your answer?
7      (Discussion was held off the record.)
8      MR. ALEXANDER COFFIN:  Is there any
9   chance you can read back the answer, please.
10     (The record was read as requested.)
11     BY MR. MANN:
12  Q   And when you left the memorial service,
13  you drove back to Virginia, right, or did you stay
14  in Baltimore for any period of time?
15  A   I stayed at my oldest son's house.  I
16  went to my oldest son's house.
17  Q   Okay.  Did you stay the night there?
18  A   No.  I left later on that day.
19  Q   Okay.  Was there any kind of, like,
20  after-party, celebration, anything like that?
21  A   No.

1   Q   All right.  So you went to your son's
2   house, and then you drove home later that day?
3   A   Yes.
4   Q   Okay.  Was Mr. Mitchell there, with you,
5   for the service?
6   A   No.
7   Q   All right.  How did you drive?  Did you
8   drive yourself up?
9   A   No.  He drove.
10  Q   Okay.  He drove you up?
11  A   Yes.
12  Q   Okay.  And then drove you back?
13  A   Yes.
14  Q   All right.  When's the next time that
15  you spoke to or contacted anyone at the funeral
16  home, after the service?
17  A   After -- after the -- I received the
18  death certificate.  I ordered the death
19  certificate myself.
20  Q   Okay.  Did you call the funeral home
21  about the death certificate?  Is that the next

1   time you spoke to someone?
2   A   Yes.  And then they said that was going
3   to be processed, but I ordered one myself.
4   Q   When was it that you called the funeral
5   home about the death certificate?
6   A   That was -- I don't recall the date.  I
7   don't recall the date.
8   Q   Okay.  When you called the funeral home
9   about the death certificate, did you ask about
10  Ivan's ashes?
11  A   No.
12  Q   I'm sorry?
13  A   No, I did not.
14  Q   Why not?
15  A   I had -- I was just devastated from the
16  whole -- yeah, I was trying to figure out why the
17  urn was tooken (sic).  And, yeah, it was a bunch
18  of (indicating).
19  Q   So you were trying to understand about
20  the urn?
21  A   Why did they take it and -- yes.

38 (Pages 146 to 149)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence               800-256-8410              award-winning service
                                                                      EXHIBIT 3

Page 150

1    Q   Okay.  So why didn't you ask the -- when
2  you called about the death --
3    A   I tried.
4    Q   -- certificate --
5    A   Yes.
6    Q   -- why didn't you --
7    A   That's what I was trying to do, and
8  that's when I talked -- tried to talk to
9  Mr. Devin, and they put me back on the phone with
10 Mr. Wylie.
11   Q   Okay.  And what did you talk to
12 Mr. Wylie about?
13   A   I was trying to ask him, and he was
14 just, you know, doing the same thing.  And I said,
15 "Well, Mr. Devin told me certain things," and
16 that's when he said -- I said, "Well, can I speak
17 to him?"  He said, "Well, he's right here beside
18 me, but you're not speaking to him.  I'm the one
19 in charge."
20   Q   Okay.  So what did you ask Mr. Wylie, or
21 talk to Mr. Wylie about, when you spoke to him?

Page 151

1    A   I was -- wanted to talk to him about the
2  death certificate, and, you know, the -- you know,
3  the other stuff, the cremation -- I mean, not the
4  cremation -- the urn, the urn.  And he wasn't
5  trying to answer none of that.
6    Q   What did you say to Mr. Wylie about the
7  urn?
8    A   "Why was it taken away?"
9    Q   Okay.  And what did Mr. Wylie say?
10   A   He didn't answer.
11   Q   He didn't answer?
12   A   No answer.
13   Q   What -- did he say something else?
14   A   And I wanted to talk to Mr. Devin, and
15 he wouldn't let me talk to Mr. Devin.
16   Q   Okay.  Was anything else discussed on
17 this phone call?
18   A   No.
19   Q   And did you ever speak to Mr. Wylie
20 again, after that phone call?
21   A   No.

Page 152

1    Q   Okay.  Was this -- so this was the phone
2  call that you were asking when the death
3  certificate would be available, or was this a
4  different phone call?
5    A   No.  The death certificate was the one
6  where they had it -- where it was "unknown" as the
7  wife.
8    Q   I understand that.  I'm asking -- you
9  had referenced a phone call that you made, asking
10 about the death certificate.  Was that the same
11 phone call where you spoke to Mr. Wylie, or was
12 that a different phone call?
13   A   No, I don't even recall.
14   Q   You don't remember?
15   A   I don't recall.
16   Q   Okay.  When was it that you first
17 learned that Ivan had been buried?
18   A   After.
19   Q   When after?
20   A   After the memorial.
21   Q   Okay.  When?

Page 153

1    A   That was, like, when he sent me -- he
2  sent me a email.  He sent me a email, telling me
3  what the -- lot, or something like that, where
4  he was at.
5    Q   Okay.
6    A   And then that's when I got upset with
7  that also.  That's when the whole scenario came
8  with the -- the urn and -- yeah.
9        (Street Exhibit No. 11 was marked for
10 identification.)
11   Q   All right.  I'm showing you what's been
12 marked as Exhibit 11.  Is this the email you were
13 just referencing?
14   A   Yes.
15   Q   Okay.  And it looks like -- so,
16 according to this, Devin emailed you January 25,
17 2021?
18   A   Yes.
19   Q   Yes.  Okay.  And he wrote "Tomorrow I'll
20 look forward to receiving the resting location at
21 Mount Zion cemetery," right?

39 (Pages 150 to 153)

Coast to coast coverage                Evans Reporting Service              Over 25 years
Unsurpassed excellence                     800-256-8410              award-winning service
                                                                          EXHIBIT 3

1    A   Yes, yes.
2    Q   That's what he emailed you.  Okay.  What
3  did you do when you saw that email?
4    A   I got mad and upset because I'm like,
5  "How are you-all going to" -- he wasn't even
6  supposed to have been buried.
7    Q   Okay.
8    A   And that's when I made another -- the
9  phone call to the funeral home.
10    Q   Okay.  And that's when you spoke to
11  Mr. Wylie?
12    A   Yes.
13    Q   All right.  And then you emailed back on
14  January 27, 2021 to Devin, "Good morning I haven't
15  received the resting spot for my husband Ivan
16  Street."  Is that what you wrote back?
17    A   Yeah, that was -- that's the -- when he
18  sent me that email, yeah.
19    Q   Right.  And that's the email that you
20  sent in response, correct?
21    A   Yeah, which I didn't -- because that --

1  it wasn't even supposed to be him buried at all,
2  so.
3    Q   Okay.
4    A   Yeah.
5    Q   And you never -- when you called the
6  funeral home, you never spoke to Devin, right?
7    A   He wouldn't let me.  That was the --
8  Wylie didn't even let me talk to him.
9    Q   When you sent this email on January 27,
10  2021 to Devin, why didn't you mention the issue
11  with cremation and your wishes?
12    A   I was going to talk to Mr. Devin, but he
13  wouldn't let me talk to Mr. Devin.
14    Q   I understand, but you emailed Devin
15  directly.  What I'm asking is, why didn't you
16  mention, you know, the complaints that you had
17  about how things were handled?
18    A   I was going to talk to Mr. Devin in
19  pers- -- as far as the phone.  I couldn't talk to
20  him in person, but, yeah, on the phone, but no
21  connection at all.

1    Q   So did that phone call with Mr. Wylie
2  happen before you sent this email on January 27th,
3  or was it after?
4    A   Say that again.
5    Q   The phone call that you had with
6  Mr. Wylie, did that happen before you sent this
7  email on January 27th or after?
8    A   It all happened around the same time,
9  yes.
10    Q   I'm asking, did it happen before or
11  after you sent this email?
12    A   It happened around the same time.
13    Q   That could mean before or after, so.
14    A   Well, I don't recall.  But I'm just
15  saying that's -- that's what -- the situation.  I
16  wanted to talk, to figure out the whole situation.
17    Q   Okay.  But, sitting here today, you
18  can't tell me why you didn't mention your
19  complaints in this email?
20        MR. ALEXANDER COFFIN:  Objection.  She's
21  always answered the question.

1    A   I answered the question; because I said
2  I wanted to talk, not email-talk.
3    Q   Okay.  Why was it that you wanted to
4  talk instead of --
5    A   I already answered that.  I'm not -- I'm
6  not -- yeah.
7    Q   I don't think you have answered that
8  one.  Why did you want to --
9        MR. ALEXANDER COFFIN:  Go ahead and
10  answer the question.
11    Q   -- talk instead of email?
12    A   Why?  Because I don't really like to
13  email.  I like to conversate.
14    Q   Okay.  And when you could not speak to
15  Devin, did you consider sending him an email about
16  your complaints?
17    A   No.
18    Q   Why not?
19    A   Because -- I just told you -- I'd rather
20  talk.
21    Q   Okay.  But if you can't talk, you leave

Coast to coast coverage                Evans Reporting Service                Over 25 years
Unsurpassed excellence                     800-256-8410               award-winning service
EXHIBIT 3

1    it at that?
2         MR. ALEXANDER COFFIN:  Objection.
3    A   I'd rather talk.
4    Q   Okay.
5         (Street Exhibit No. 12 was marked for
6    identification.)
7    Q   All right.  I'm showing you what's been
8    marked as Exhibit 12.  This is an email from Devin
9    to you, dated January 28, 2021; is that right?
10   A   Well, I don't know what that is.
11   Q   You don't know?  I'm sorry?
12   A   I don't know what this is.
13   Q   You don't know what this is?
14   A   No.
15   Q   Do you deny that you ever received this
16   email?
17   A   What is it?  You're talking about the --
18   is that the -- what is that?
19   Q   Well, it looks like you were sending
20   an --
21   A   I don't know what it is.

1    Q   -- you were sending an attachment, a
2    file to open up.  Do you remember that?
3    A   No.
4    Q   Okay.
5    A   I don't even know what that is.
6    Q   Well, let me ask you this.  Let's do it
7    this way.
8         (Street Exhibit No. 13 was marked for
9    identification.)
10   A   Oh, you're talking about the lot.
11   Q   Hold on.  Just wait for a second.
12        Looking at Exhibit 13, is this something
13   you've seen before?
14   A   The -- he gave -- he sent this after,
15   though.  He didn't --
16   Q   I'm sorry?
17   A   He sent this to me after the memorial.
18   Q   Okay.  Was this something that he
19   emailed to you, that you recall?
20   A   Yes.
21   Q   And this showed where Ivan was buried,

1    correct?
2    A   Yes.
3    Q   Okay.  And do you know if -- that email
4    I just showed you, Exhibit 12, from Devin to you,
5    is this what he sent you, the Record of Interment?
6    A   Yeah, he sent me this, yes.
7    Q   Okay.  So as of January 28, 2021, you
8    knew that Ivan was buried and where he was buried,
9    correct?
10   A   Yes.  I'd say yeah.
11   Q   Yes?
12   A   He sent me this, yes.
13   Q   Okay.
14   A   And this is...
15   Q   Have you ever spoken to Devin Connor
16   about what happened with the arrangements and the
17   fact that Ivan was buried?
18   A   I tried to talk to him.
19   Q   I understand that.  Have you ever, in
20   fact, you know, since the memorial service, spoken
21   to Devin Connor about what happened?

1    A   No.
2    Q   Okay.  And other than Mr. Wylie, did you
3    speak to anyone else at the funeral home about
4    what happened?
5    A   No.
6    Q   All right.  Do you recall when you
7    received a copy of the death certificate?
8    A   Let me see.  I'm not sure of the date.
9    Q   Okay.
10   A   I'm not sure of the date.
11        (Street Exhibit No. 14 was marked for
12   identification.)
13   Q   You have in front of you what's been
14   marked as Exhibit 14 to the deposition.  Is that
15   the death certificate for Ivan?
16   A   Yes.
17   Q   Okay.  And it looks like, at the bottom
18   in Section 33, there's a "Date Issued."  Do you
19   see that?  And it says "February 4, 2021."
20   A   It's not -- yeah.
21   Q   Do you see that date that it was issued?

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence                  800-256-8410               award-winning service
EXHIBIT 3

Page 162

1    It's at the bottom.
2    **A   Okay.  You're talking about February the**
3    **2nd?**
4    Q   That's the day it was filed, and then
5    "Date Issued, February 4th."
6    **A   Okay, yes.**
7    Q   Yes, I'm just asking, does that help you
8    remember, give you a time frame of when you first
9    received it?
10   **A   Well, I received it -- I received it a**
11   **little earlier because I requested it.**
12   Q   Okay.  And who did you request it from?
13   **A   Vital Records.**
14   Q   All right.  Why did you go to Vital
15   Records for the death certificate?
16   **A   Because I didn't receive one from the**
17   **funeral home yet and I needed one.**
18   Q   Now, I think you said before, you had
19   contacted the funeral home about the death
20   certificate --
21   **A   Yes.**

Page 163

1    Q   -- and when you were going to receive
2    it.  Is that why you contacted them?
3    **A   I contacted the Vital Records, you mean?**
4    Q   The funeral home.  Did you ever contact
5    the funeral home to ask when you were going to get
6    the death certificate?
7    **A   Well, they told me, yeah, in -- in a**
8    **couple weeks or so, or something like that.**
9    Q   Okay.  And you went to Vital Records
10   because you didn't want to wait that long for it?
11   **A   Right.**
12   Q   I'm sorry?
13   **A   Right.  I went on and got my own copy**
14   **because I needed it.**
15   Q   What did you need it for?
16   **A   Social Security.**
17   Q   Okay.
18   **A   Social -- yeah, because -- yeah.**
19   Q   Did you want the death certificate to
20   see if you would be entitled to any of --
21   **A   No.**

Page 164

1    Q   -- Ivan's benefits?
2    **A   No.**
3    Q   Okay.  So what specifically did you need
4    it for?
5    **A   I was asked to give it to them.  They**
6    **needed it for themselves.**
7    Q   Okay.  And why was it that you didn't
8    want to wait to get it from the funeral home?
9    **A   Because the people that requested it, I**
10   **had to give that -- give it to them.  So that's**
11   **why I did it.**
12   Q   Okay.  And what was your reaction when
13   you first saw the death certificate?
14   **A   I was upset because it has on there**
15   **"unknown," unknown wife, "unknown."**
16   Q   Okay.
17   **A   "Unknown."**
18   Q   All right.  And what, if anything, did
19   you do when you saw that?
20   **A   I had reached out and wanted to talk**
21   **about that also, but that didn't happen, either.**

Page 165

1    Q   Who did you try to reach out to?
2    **A   The funeral home.**
3    Q   Okay.  Did you speak to anyone?
4    **A   They wouldn't let me talk to him.**
5    Q   "Wouldn't"?
6    **A   Mr. Devin.**
7    Q   Okay.  Is this the same phone call that
8    we were talking about before, when you discussed
9    the urn with Mr. Wylie, or was there another phone
10   call with --
11   **A   No.  This was --**
12   Q   -- Mr. Wylie about --
13   **A   This was the -- when I got the copy of**
14   **the death certificate.**
15   Q   Okay.  So this is a separate phone call
16   from the one where you spoke to Mr. Wylie about
17   the urn; is that right?
18   **A   No.  That's the same phone call because**
19   **I wanted to talk to Mr. Devin.**
20   Q   Okay.  So when you called and spoke to
21   Mr. Wylie, you talked to him about the urn and the

42 (Pages 162 to 165)

1  death certificate and he --
2      **A   I was trying to talk, and he would**
3  **not -- he didn't -- he wouldn't -- it wasn't**
4  **going.**
5      Q   Okay.  What I just want to be clear on,
6  there wasn't two phone calls with Mr. Wylie?
7      **A   It was -- no.  It was the same phone**
8  **call after the memorial service.**
9      Q   Okay.  Do you recall if, when you got
10  this death certificate, if you knew Ivan had been
11  buried?
12     **A   Say that again.**
13     Q   Do you recall, at the time you first saw
14  the death certificate, if you knew that Ivan had
15  been buried?
16     **A   No, I did not, no, no.**
17     Q   Okay.  So when you first saw the death
18  certificate, was that the first time you learned
19  that Ivan had been buried?
20     **A   No, I didn't -- I only focused on that**
21  **"unknown," right there.**

1      Q   Okay.
2      **A   That's all I focused on.  I didn't**
3  **even -- my mind was focused on just the**
4  **disturbance of the whole thing.**
5      Q   Did you ever look at the Method of
6  Disposition section, where it says "burial," and
7  Place of Disposition, "Mount Zion Cemetery"?
8      **A   No, I did not.**
9      Q   Okay.  After you got this death
10  certificate, did you take any action to try and
11  get it changed?
12     **A   I did.**
13     Q   What did you do?
14     **A   And they told -- I called Vital Records,**
15  **and they told me to talk with them, which I**
16  **couldn't get through.  And I let the lady know**
17  **what was going on, and she said that they told her**
18  **that they didn't know who the wife was because**
19  **of -- jumping back to the beginning of the**
20  **session, about this other lady.  So they didn't**
21  **put, you know, but Wylie was -- Wylie Funeral Home**

1  **was supposed to change that, which they did not do**
2  **it.**
3      Q   Who said they're "supposed to change
4  that"?
5      **A   They said they -- that's what they said**
6  **they was going to do, change it, but they did not**
7  **do that.**
8      Q   Who said they were going to change it?
9      **A   The funeral home.**
10     Q   When did they tell you that?
11     **A   That's what was supposed to be done.**
12     Q   Did somebody from the funeral home
13  actually tell you that, "We're going to change the
14  certificate"?
15     **A   No.  Vital Records said they're supposed**
16  **to change that.**
17     Q   Okay.  All right.  But nobody from the
18  funeral home said, "We're going to change the
19  death certificate"?
20     **A   No, I haven't -- no, I didn't hear**
21  **anything else from that.  That's -- yeah.**

1      Q   Okay.  Did you ever speak to Rita
2  Jeffers about the death certificate?
3      **A   Yes.**
4      Q   All right.  What did you talk to her
5  about?
6      **A   I told her, "Did you know this?  It says**
7  **'unknown' as far as, you know, who the wife was."**
8  **And then she said, "Well, no.  I told them who the**
9  **wife was."**
10     Q   Okay.
11     **A   And that was the end of that**
12  **conversation.**
13     Q   Is that the only time you talked to Rita
14  Jeffers after the memorial service?
15     **A   Yes.**
16     Q   Did you talk to her, at that time, about
17  the urn or Ivan's ashes?
18     **A   No.**
19     Q   Did you talk to her about, you know,
20  whether Ivan had been buried versus cremated?
21     **A   No, because -- no.**

43 (Pages 166 to 169)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                    EXHIBIT 3

Page 170

1  Q  Why not?  Why didn't you talk to her
2  about those things?
3  **A  Because she said she don't -- she said**
4  **that it was supposed to have been a cremation.  So**
5  **that's all I know.  We all supposed to have been**
6  **doing a cremation and distribute the ashes.**
7  **That's all.**
8  Q  Is that --
9  **A  Yes.**
10  Q  Is that something she told you, after
11  the memorial service, in this phone call we've
12  been talking about?
13  **A  The same thing --**
14  Q  She said --
15  **A  -- at the end, yes.**
16  Q  She told you on the phone call?
17  **A  Phone call.**
18  Q  After, you know, sometime after the
19  memorial service, that Ivan was supposed to be
20  cremated?
21  **A  Yes.  That's what -- yes.**

Page 171

1  Q  Okay.  Are you aware that Ms. Jeffers
2  has testified in this case?
3  **A  Yes.**
4  Q  Are you aware of that?
5  **A  Yes.**
6  Q  Okay.  All right.  Did you ever speak to
7  Melvin Lashley about what happened with the
8  funeral home and the handling of Ivan's remains?
9  **A  No.**
10  Q  Okay.  Did you ever speak to him about
11  whether Ivan was going to be buried or cremated?
12  **A  No.**
13  Q  Did you speak to him, at all, at the
14  memorial service?
15  **A  No.**
16  Q  Other than that first phone call, where
17  he told you that Ivan passed --
18  **A  No.  That was it.**
19  Q  -- did you -- hold on a second.
20  **A  Okay.**
21  Q  Other than the first phone call, when

Page 172

1  Melvin told you that Ivan passed, did you ever
2  speak to Melvin?
3  **A  No.**
4  Q  Did you speak to anyone else -- a family
5  member of Ivan, a friend of Ivan -- about what
6  happened with his remains at the funeral home?
7  **A  No.**
8  Q  Do you know any of Ivan's family
9  members, other than, you know, Rita Jeffers and
10  Melvin Lashley?  Do you know any of their names?
11  **A  Not right offhand.  I know I spoke to --**
12  **I just said hi to Cheyenne at the end of the**
13  **memorial.**
14  Q  Okay.  Other than saying hi to her, did
15  you have any other --
16  **A  No.**
17  Q  -- conversations with her?
18  **A  No.**
19  Q  Did you know who she was before the
20  memorial?  Had you met her before?
21  **A  She came to the reception.**

Page 173

1  Q  Okay.  Did you know any of Ivan's
2  friends, close friends, anything like that?
3  **A  Some of them, yes.**
4  Q  Were any of them at the memorial
5  service?
6  **A  Yes.**
7  Q  Okay.  Did you speak to them?
8  **A  Yes.**
9  Q  What are their names?
10  **A  I know there was some -- there was --**
11  **there was some of my friends also, so.  Pip.**
12  **That's what I know him as, "Pip."**
13  Q  Pip?
14  **A  Uh-huh.  Tony.  It was a "groupies"**
15  **thing, and I forgot all their names, though.**
16  **There was a group that came, and then my -- my**
17  **side of the family.**
18  Q  I understand.  I'm just talking about,
19  you know, friends of Ivan that you may have spoken
20  to at the memorial.
21  **A  Oh, and Crunch and Tosh.**

44 (Pages 170 to 173)

Coast to coast coverage
Unsurpassed excellence
Evans Reporting Service
800-256-8410
Over 25 years
award-winning service
EXHIBIT 3

1    Q   Do you know any of these people's full
2    names or -- they sound like nicknames.
3       A   Nicknames, that's all I know them as.
4    Tosh.
5       Q   T-O-S-H?
6       A   Yes.
7       Q   Now, has any of Ivan's family members,
8    friends, contacts, anyone else, told you that they
9    didn't know Ivan was going to be buried?
10      A   Repeat.
11      Q   Did any of Ivan's friends, family
12   members, contacts, anyone, ever tell you that they
13   didn't know Ivan was going to be buried?
14      A   Yes.
15      Q   Who?
16      A   Pip, because -- yeah, Pip.
17      Q   When did you speak to "Pip" about that?
18      A   Right after she called, right after the
19   service, yeah, because she said that Rita came to
20   her house and asked for funds to go towards the
21   cremation.

1       Q   Okay.  What did Pip tell you?
2       MR. ALEXANDER COFFIN:  Objection.
3    You can answer.
4       A   She said she gave them the money.
5       Q   Okay.  Did she say anything to you that
6    she thought Ivan was going to be cremated?
7       A   You said Pip?
8       Q   Yes.
9       A   That's what her intentions -- I mean,
10   not intentions, but her -- what's the word --
11   she -- that's what she thought was going to happen
12   because that's what she gave the funds for.
13      Q   She told you that?
14      A   Yes.
15      Q   Okay.  Did you -- how did the
16   conversation come up?  Did you mention it to her,
17   that you thought Ivan was going to be cremated?
18      A   No, because that's what we all thought
19   when we came to the memorial.
20      Q   Okay.  But how did the topic come up, is
21   what I'm asking, when you spoke to Pip after the

1    service?
2       A   She -- she just said -- asked me, why
3    did Rita come and ask her for money for a
4    cremation?
5       Q   When she --
6       A   Because she needed help for, yeah,
7    funds.
8       Q   You don't know Pip's name, full name?
9       A   That's all I know her as.  That's how he
10   introduced me to her.
11      MR. MANN:  Off the record.
12      (Discussion was held off the record.)
13      MR. MANN:  So counsel has discussed, on
14   the record, that since Ms. Street has to leave
15   here at 1:30 today, we're going to need to
16   continue this, and the hope and the plan is that
17   we're going to do that on November 1st before
18   defendants are deposed, and counsel has agreed
19   that --
20      MR. ALEXANDER COFFIN:  Yes.
21      MR. MANN:  -- we'll be able to finish

1    this deposition before defendants are deposed, and
2    counsel will work together to try to get that
3    accomplished.
4       MR. ALEXANDER COFFIN:  Yes, agreed.
5       (Deposition was suspended at 1:25 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

45 (Pages 174 to 177)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                 800-256-8410          award-winning service
                                                                          EXHIBIT 3

## Page 178

1  State of Maryland

2  Anne Arundel County

3      I, Melanie Kilchenstein, a Notary Public

4  of the State of Maryland, Anne Arundel County, do

5  hereby certify that the within-named witness

6  personally appeared before me at the time and

7  place herein set out, and after having been first

8  duly sworn by me, according to law, was examined

9  by counsel.

10      I further certify that the examination

11  was recorded stenographically by me and this

12  transcript is a true record of the proceedings.

13      I further certify that I am not of

14  counsel to any of the parties, nor an employee of

15  counsel, nor related to any of the parties, nor in

16  any way interested in the outcome of the action.

17      As witness my hand and seal this 11th

18  day of November, 2022.

19                   Melanie Kilchenstein

20

21  My Commission Expires:  1/15/2023

## Page 179

1      INSTRUCTIONS TO THE WITNESS FOR
2             REVIEWING TRANSCRIPT
3
4      Read your deposition over carefully.  It
is your right to read your deposition and make
5  changes in form or substance.
6
    You should mark any change in the
7  appropriate columns on the errata sheet.  Changes
made in your transcript may be questioned by
8  counsel at a later date.
9
    Please note any change in form or
10  substance on the following errata sheet.  Enter
the relevant page number and the line number.
11  Also enter the incorrect word and your correction.
12
    Then sign and date your deposition at
13  the end of the errata sheet in the space provided.
You are signing it subject to the changes you have
14  made in the errata sheet, which will be attached
to the deposition before filing.
15
16      The errata sheet needs to be returned
within 30 days of receipt to Evans Reporting
17  Service, 7 North Calvert Street, Suite 409,
Baltimore, Maryland 21202.
18
19      If you have any questions, please give
us a call.
20
21

## Page 180

1        WITNESS CERTIFICATION

2      I, DEMETRA STREET, hereby certify that I

3  have read the foregoing transcript of my

4  deposition taken in the aforementioned case on

5  Friday, October 28, 2022.

6

7      I further certify that the transcript is

8  a true and correct transcription of the deposition

9  with the addition of the errata sheet, which is

10  hereby made a part of the deposition.

11

12      Dated this __ day of _____, 2022.

13

14

15

16  _____

    DEMETRA STREET

17

18

19

20

21

## Page 181

1      ERRATA AND SIGNATURE SHEET

2      I, DEMETRA STREET, have read the

3  foregoing deposition and verify the same to be

4  stenographically accurate with the exception of

5  the following changes (if any):

6  Page  Line  Reads      Should Read

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  ( ) No corrections.

19

20  _____  _____

    DEMETRA STREET         DATE

21

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service

EXHIBIT 3