Circuit Court for Baltimore City  
_City or County_  
Case No. 24-D-18-3863

Demetra Street
_Name of Plaintiff_ vs. Ivan Street
_Name of Defendant_

## ORDER OF DEFAULT
(Order to be Completed by Court)

The court enters an Order of Default against **Ivan Street** _Opposing Party_ for failure to file a responsive pleading to: **Abs. Divorce** _Name of Complaint/Petition/Motion_ and orders that testimony to support the allegations of the Complaint be taken before

☐ one of the Judges or ☐ a Standing Examiner or ☐ Magistrate of this Court.

Judge's Signature appears on the original document
_Judge_

6/28/19
_Date_

**KENDRA YOUNG AUSBY**
**JUDGE**

IMPORTANT: Person obtaining Order of Default must contact the Clerk's Office at _____ _Telephone Number_ for further instructions to schedule a hearing.

**TRUE COPY TEST**

_Marilyn Bentley_
11/9/22

MARILYN BENTLEY, CLERK

EXHIBIT 4

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley, Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 109
Baltimore, MD 21202-
410-333-3709 TTY for Deaf: (410)-333-4389

Ivan Street
1027 Catheral Street
Baltimore, MD 21201

### NOTICE OF DEFAULT ORDER

IN RE: Demetra Street vs Ivan Street

Case Number: 24-D-18-003863/ /DA
DOMESTIC

You are hereby notified that an Order of Default has been entered against you in the above entitled case on June 10, 2019.

You may move to vacate the Order of Default within (30) Days of the date of entry. The motion shall state the reasons for the failure to plead and the legal and factual basis for the defense to the claim.

Marilyn Bentley
Clerk of the Circuit Court

Date Mailed: 06/10/19

NOTICE OF
DEFAULT
6-10-19

EXHIBIT 4