Page 182

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

DEMETRA STREET                    )
                                  )
            Plaintiff             )
v.                                )      Civil Action No.
                                  )
WYLIE FUNERAL HOME, P.A.,         )      RDB-21-cv-1970
et al.                            )
                                  )
            Defendants            )

DEPOSITION OF DEMETRA STREET

VOLUME II

Tuesday, November 1, 2022

Towson, Maryland

Reported by:  Melanie Kilchenstein

EVANS REPORTING SERVICE
The Munsey Building, Suite 409
Seven North Calvert Street
Baltimore, Maryland 21202
410.727.7100  800.256.8410

EXHIBIT 6

Page 183

1    DEPOSITION OF DEMETRA STREET
2         VOLUME II
3         Deposition of Demetra Street, Volume II,
4    taken in the above-entitled case on Tuesday,
5    November 1, 2022, commencing at 9:05 a.m., held at
6    Mann & Casey, P.A., 409 Washington Avenue, Suite
7    600, Towson, Maryland 21204, and reported by
8    Melanie Kilchenstein, a Notary Public.
9              *    *    *    *    *
10
11
12
13
14
15
16
17
18
19         EVANS REPORTING SERVICE
         The Munsey Building, Suite 409
20         Seven North Calvert Street
         Baltimore, Maryland 21202
21         410.727.7100  800.256.8410

Page 184

1         I N D E X
2    DEPOSITION OF DEMETRA STREET
3         VOLUME II
4         November 1, 2022
5
6    EXAMINATION BY              PAGE
7    Mr. Mann              5
8
9
10    EXHIBITS    DESCRIPTION    PAGE
11    15    Plaintiff Demetra Street's    26
12         Supplemented Answers to
13         Defendants' Interrogatories
14    16    Complaint              28
15
16
17
18
19
20
21

Page 185

1    APPEARANCES:
2    ALEXANDER J. COFFIN, ESQUIRE
       Law Office of Alex Coffin, LLC
3       114 Spring Place Way
       Annapolis, MD 21401
4       410-216-3339
       alex.coffinlaw@gmail.com
5       ON BEHALF OF THE PLAINTIFF
6    CHRISTIAN C. MANN, ESQUIRE
       Mann & Casey, P.A.
7       409 Washington Avenue, Suite 600
       Towson, MD 21204
8       410-296-6826
       jmarkel_mann@hotmail.com
9       ON BEHALF OF THE DEFENDANTS
10
11    ALSO PRESENT:  Jim Coffin
12
13
14
15
16
17
18
19
20
21

Page 186

1         P R O C E E D I N G S
2         DEMETRA STREET, called as a witness and
3    having been duly sworn, testified as follows:
4         EXAMINATION
5         BY MR. MANN:
6    Q    Good morning, Ms. Street.  We're here
7    today --
8    A    Good morning.
9    Q    -- to continue your deposition.  We went
10    over some ground rules last time.  Those same
11    rules apply here today.  Okay?
12    A    Yes.
13    Q    I'm going to follow up on some questions
14    I asked you last time, so I might be jumping
15    around on you a little bit.  Okay?
16         Before, I had asked you about your phone
17    numbers.
18    A    Yes.
19    Q    And there's one in the records.  It's
20    410-892-6684.  Is that a number that you had at
21    some point?

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410          award-winning service

EXHIBIT 6

Page 187

1    A   A long time ago, yes.
2    Q   Okay.  Do you know if that's the number
3  you had at the time that Ivan passed?
4    A   I don't recall.
5    Q   Do you know the service provider for
6  that number?
7    A   Not right offhand, no.
8    Q   Do you have a way of finding that out?
9    A   I can find out.
10   Q   Okay.
11   A   Yes.
12   Q   I'd ask you to do that, and if you're
13 able to find out, provide that to Mr. Coffin so he
14 can give that to me.  Okay?
15   A   Yes.
16   Q   All right.  And I know I asked you
17 before.  You have 12 children, right?
18   A   Yes.
19   Q   I can't remember if I asked you or --
20 did you and Ivan have any children?
21   A   No, we did not.

Page 188

1    Q   Okay.  Did you ever conceive when you
2  were married with Ivan?
3    A   As far as?
4    Q   Were you ever pregnant?  Did you ever
5  get pregnant when you were with Ivan?
6    A   I -- well, not -- not having a baby,
7  actually.
8    Q   I understand.  But you --
9    A   Oh.
10   Q   Yes, I understand that, but you did
11 become pregnant when you were married to Ivan; is
12 that correct?
13   A   Yes.
14   Q   Okay.  Was that a miscarriage or an
15 abortion?
16   A   It didn't -- it wasn't an abortion, no.
17 It was -- I couldn't carry it.  My body wouldn't
18 allow.
19   Q   When was that, that that happened?
20   A   It was around '18, 2018.
21   Q   2018?

Page 189

1    A   Yes.
2    Q   Were you and Ivan separated at that
3  time?
4    A   No.
5    Q   Okay.  Was Ivan the father of that, you
6  know, child?
7    A   Yes.
8    Q   Okay.  Did he know about it, that you
9  had been pregnant?
10   A   Yes, he did know.
11   Q   Anthony Mitchell, who, I think, you
12 described as your friend, the gentleman -- he may
13 be outside today.  I didn't see him.  What's his
14 middle name?
15   A   I can't even -- it's right...
16   Q   Take your time.
17   A   I can't pronounce it.  I don't recall
18 right at this moment.
19   Q   You can't pronounce it?  Is that why
20 you said?
21   A   Yes, that's what I said.

Page 190

1    Q   What letter does it start with?
2    A   I'm -- I don't know.  I'm not going to
3  say because I don't know the exact middle name as
4  far as -- I can't pronounce it.
5    Q   I know.  I'm just --
6    A   I don't know --
7    Q   -- asking, do you know the letter?
8    A   -- I don't know what the -- I can't say
9  a letter because I'm -- I might be wrong, so I'm
10 not going to say.
11   Q   Okay.  Do you know if he's a senior or a
12 junior or a third, fourth, whatever?
13   A   No.  He's just Anthony.
14   Q   Okay.  How long have you known
15 Mr. Mitchell?
16   A   I'm going to say about, like, six, six
17 years.
18   Q   Six years.  Okay.  And when --
19   A   Seven years.
20   Q   -- did you guys --
21   A   Say, seven.

3 (Pages 187 to 190)

Coast to coast coverage        Evans Reporting Service        Over 25 years
Unsurpassed excellence              800-256-8410         award-winning service
                                                        EXHIBIT 6

Page 191

1    Q    -- become more than just friends?
2    A    I'm going to say, when I was in
3    Virginia.
4    Q    Okay.  When you moved to Virginia?
5    A    About, yes.  We wasn't like, quote,
6    unquote, "friends" like that, but we were friends,
7    you know, not relationship-wise, like.
8    Q    Well, I'm asking you, when did it --
9    A    I don't know.  I don't understand --
10   Q    Yes, I understand you're saying you guys
11   were friends, but you guys have had a romantic
12   relationship at some point; is that correct?
13   A    Yes.
14   Q    Okay.  When did that start?
15   A    That was in, like, Virginia.
16   Q    When you first moved to Virginia?
17   A    No, no.
18   Q    So when, when you were in Virginia?
19   A    I'm going to say Massie.
20   Q    I'm sorry?
21   A    Massie Street.

Page 192

1    Q    Are you saying that's when you lived on
2    Massie Street?
3    A    Virginia, yes, Lexington.
4    Q    When was that?
5    A    That was -- well, before I got here.
6    That's like -- I don't recall.  I just know -- I
7    don't recall.
8    Q    Did that relationship start before Ivan
9    passed?
10   A    No.
11   Q    Okay.  Mr. Mitchell, I take it, since
12   you've known him for six years, you met him here
13   in Baltimore for the first time; is that right?
14   A    Yes.
15   Q    How did you meet Mr. Mitchell?
16   A    We're friends.
17   Q    I understand you are friends.  How did
18   you guys become friends?  How did you meet?
19   A    Through just, you know, casual -- casual
20   places.
21   Q    Okay.  Did somebody introduce the two of

Page 193

1    you?
2    A    No, no.
3    Q    Okay.  Did Mr. Mitchell, when you --
4    before you left for Virginia, did he live nearby
5    to you?
6    A    No.
7    Q    All right.  Before you left for
8    Virginia, where in Baltimore did you live?
9    A    On Clayton.
10   Q    Okay.  I'm not familiar with where that
11   exactly is.
12   A    That's right in Rosedale.
13   Q    Okay.  So you were in Baltimore County?
14   A    Yes.
15   Q    All right.  Where did Mr. Mitchell live
16   when you first met him?
17   A    I think he lived around -- what was
18   that, Parkville?  Something like that, yes.
19   Q    And when you and Ivan were living
20   together, where did the two of you live?
21   A    Me and him lived two places -- well,

Page 194

1    actually, three places.
2    Q    Well, let's start with the first one.
3    A    I was with him when I was on Brooklyn
4    Avenue.  That's when I met with Ivan.  And he was
5    living in one of those homes, and then I moved in
6    with him.  I went in with him.  And then we both
7    got a place on Preston Street.
8    Q    Okay.  That's East Baltimore --
9    A    Yes.
10   Q    -- Preston Street?  You said, "one of
11   those homes."  One of those homes, what does that
12   mean?
13   A    It's like a -- it's not a senior home.
14   You know, when you get a certain age, you -- you
15   can get them, you know, those in- -- low-income
16   homes, or something like that, for older people.
17   Q    And the one you guys moved in together
18   on Preston Street, was that a rental or something
19   that you guys purchased?
20   A    It was my rental.
21   Q    It was your rental?

4 (Pages 191 to 194)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410               award-winning service
                                                                    EXHIBIT 6

1    A   Yes.
2    Q   Okay.  And when you lived on Preston
3  Street, do you remember when that started, like
4  the years that you guys lived there?
5    A   That was '15 -- '14, '15.  Between --
6  wait. '14, '15.  Yeah, I'm going to say about
7  '14, '15.
8    Q   2014, 2015?
9    A   Yes.
10    Q   All right.  And did you guys continue to
11  live there until you separated?
12    A   Yes, we was there.
13    Q   At any time did Mr. Mitchell live nearby
14  to --
15    A   No.
16    Q   -- Preston Street?  Had Ivan ever met
17  Mr. Mitchell?
18    A   Not as I know of, no.
19    Q   Okay.  Last time you had -- we had been
20  talking about the first time that you spoke to
21  Devin Connor at the funeral home.

1    A   Yes.
2    Q   And you had told me that you said, to
3  Devin, not to let anyone else take charge of
4  Ivan's body.  Do you recall that?
5    A   That's what I said.
6    Q   Okay.  Why was it that you said that to
7  Devin?
8    A   To Rita.
9    Q   What about Rita?
10    A   She was already there.
11    Q   Okay.  Were you concerned about what she
12  was doing?
13    A   No.  They were kind of shocked that I
14  had called.
15    Q   Who was shocked?
16    A   The funeral home.
17    Q   Okay.  Why do you say that?
18    A   Because of the way he sounded on the
19  phone.
20    Q   How was it that he sounded?
21    A   "Did you speak to Rita?"  That's what he

1  said, and I said, "Yes."
2    Q   Okay.  So the only reason you said that
3  to Devin was just because Rita was in the picture
4  and doing things with the funeral home; is that
5  fair?
6    A   No, I can't say that.
7    Q   Okay.  So I'm just trying to understand
8  why you felt it was necessary to say that to
9  Devin.
10    A   Because that's -- I believe, was my job
11  as his wife to arrange things.
12    Q   Okay.  Did you actually say that, or
13  something to that effect, to Devin?
14    A   No.  I just -- no.  That's my -- yeah.
15    Q   Okay.  We also talked last time about
16  the phone call that you had with Mr. Wylie before
17  the memorial service, where you testified he said,
18  "I'm going to do what I want to do."  Do you know
19  what conversation I'm talking about?
20    A   Yes.
21    Q   Okay.  After you had that phone call,

1  did you consider trying to change funeral homes?
2    A   No.
3    Q   Why not?
4    A   I was trying to reach out, which --
5  that's where my husband's body was, so I'm trying
6  to, you know, communicate with them.
7    Q   Okay.  Any other reason why you didn't?
8    A   No reason.
9    Q   Did you consider taking any kind of
10  legal action against the funeral home at that
11  time, after you had that phone call with
12  Mr. Wylie?
13    A   It was the last conversation because I
14  still was being disrespected, I felt.
15    Q   Well, I'm just talking about that first
16  conversation.  After you had that first
17  conversation with Mr. Wylie, did you, after that
18  phone call, consider taking any kind of legal
19  action against the funeral home?
20    A   No.  I tried to reach out again to them.
21    Q   Okay.  I think that's different than

Coast to coast coverage
Unsurpassed excellence
Evans Reporting Service
800-256-8410
Over 25 years
award-winning service
EXHIBIT 6

Page 199

1    what you told me before.  When was it that you
2    tried to reach out to them again, after your phone
3    call with Mr. Wylie?
4        A    No, that's no different.
5        Q    So when was it that you tried to reach
6    out again?
7        A    The same time.  It's just -- I'm just
8    telling you that I tried to talk to them and they
9    were not hearing me.  That's all I'm saying.
10        Q    So that was that phone call with
11    Mr. Wylie?
12        A    That's all -- yes.
13        Q    All right.  What I'm asking you is after
14    that phone call.  Okay?
15        A    I did not say whatever you're trying to
16    get me to say.  I -- it's what I said the first
17    time.  It's just they were not respecting me at
18    all.
19        Q    Okay.  And despite that, you didn't take
20    any action to try and change funeral homes; is
21    that fair?

Page 200

1        A    I just answered that question.
2        Q    You did not, right?  You can answer the
3    question.
4        A    I already answered that one.
5        Q    Okay.  You did not take any action after
6    that phone call --
7            MR. ALEXANDER COFFIN:  Objection.
8        Q    -- to change funeral homes; is that
9    right?
10            MR. ALEXANDER COFFIN:  You can answer.
11        A    I didn't.
12        Q    Okay.  I can't remember if I asked you
13    this before.  Why was it specifically that you
14    wanted Ivan's remains to be cremated?
15        A    That was his wishes, and I wanted his
16    ashes for myself and also the family also wanted
17    them.
18        Q    Okay.  Any other reasons?
19        A    That's part of -- to me, that was part
20    of me, if you can understand.
21        Q    I don't, so if you can help me

Page 201

1    understand.
2        A    If you was in my situation, you would
3    understand, so you might not understand.
4        Q    I'm just asking you to just describe
5    that for me, and I know it may be difficult.
6        A    I -- I can't describe it.  It's just
7    something that you would want if it's a part of
8    you, if you can understand what I'm saying.
9        Q    Now, you said it was Ivan's wishes.  Did
10    he ever write that down?
11        A    He told me.
12        Q    Okay.  I understand he told you that,
13    but did he ever write that down anywhere on a
14    document?
15        A    Not that I know of.
16        Q    Not that you know of.  Okay.  When was
17    it that he told you that?  Like, do you remember
18    that specific conversation?
19        A    He would always talk to me and say, "if
20    anything ever happened," that's what he wanted.
21        Q    Okay.  Did he tell you anything else

Page 202

1    about his wishes, in the event he passed away?
2        A    I did know he wanted me to be there as
3    far as -- and he did tell me to sing at his -- if
4    anything ever happened to him.
5        Q    To sing at his service?
6        A    Yes.
7        Q    Okay.  And you had said he wanted you to
8    be there, but I don't think you finished that
9    part.  Be where?
10        A    I'm finished.
11        Q    You said he wanted you to be there.  I'm
12    asking you, where?  What does that mean, be where?
13        A    A part of -- of him as far as if
14    anything ever happened to him.
15        Q    Okay.  Is that something he told you
16    before the two of you separated?
17        A    He always would tell me that.
18        Q    So he would tell you that after you guys
19    separated?
20        A    Yeah, he just tells me that.  He told me
21    that all the time because he was sick.

6 (Pages 199 to 202)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
EXHIBIT 6

1  Q  What do you mean, when he was sick?

2  **A  I said, "he was sick."**

3  Q  He was sick?

4  **A  (Indicating.)**

5  Q  What was he sick with?

6  **A  He has heart problems.**

7  Q  Okay.  And just so I'm clear, were those

8  conversations that you had with Ivan after you had

9  moved to Virginia?

10  **A  No.**

11  Q  Okay.  Those conversations all took

12  place before you moved away, right?

13  **A  Yes.**

14  Q  There's some mention, in this case,

15  about some social media postings about Ivan, and I

16  think it was specifically about what Renee Cook

17  posted.  Are you aware of any social media posts

18  by Ms. Cook about Ivan?

19  **A  When she -- about the husband thing?**

20  Q  About anything.

21  **A  She -- she mentioned something about the**

1  **husband and her wishes, you know, how they were --**

2  **yeah.  I don't recall the exact stuff now, but**

3  **yes.**

4  Q  What was that on?  What was that posted

5  on, like Facebook, something else?

6  **A  Their page and Facebook.**

7  Q  Who's "their page"?

8  **A  The Wylie, the -- the page that they**

9  **have as far as when you -- comments.**

10  Q  Are you saying it was --

11  **A  I'm not -- I'm not -- yeah.**

12  Q  Are you saying this was the -- Wylie

13  Funeral Home's page, Facebook page?

14  **A  I'm not sure.  It just was -- yeah.**

15  Q  It was just -- but you know it was

16  Facebook or --

17  **A  It was just disrespectful to me.**

18  Q  Okay.  Do you know -- I'm just trying to

19  clarify.  Was this Facebook, or you don't know?

20  **A  It's the comments.  That's all I can**

21  **remember, the comments.  It's -- it's just**

1  **disrespectful.**

2  Q  Okay.  And these were comments made by

3  Renee Cook, right?

4  **A  Yes.**

5  Q  But you don't -- sitting here today, you

6  don't remember what the comments were?

7  **A  Not right offhand.  I just know she said**

8  **something about her -- supposed to have been --**

9  **"That's my husband," yeah, and the wishes and**

10  **stuff that she -- yeah.**

11  Q  What do you mean, "the wishes"?

12  **A  I don't recall everything right now.**

13  **Right now I'm just -- I'm just out of just -- you**

14  **don't understand because you're not in this**

15  **situation.**

16  Q  I appreciate that, but this is my only

17  opportunity to ask you questions before the trial

18  in this case.

19     So, sitting here today, you can't tell

20  me exactly what the comments by Ms. Cook were?

21  **A  That's the only comment I know that I --**

1  **it was disrespectful to me, saying something about**

2  **"my husband."  That's -- her wishes to her**

3  **husband.  That's not her husband.  That's all.**

4  Q  Okay.  Do you remember when you saw that

5  posting?

6  **A  That was -- I don't recall.**

7  Q  Well, let me ask --

8  **A  It was after the -- after the memorial.**

9  Q  It was after the memorial.  Okay.  Were

10  there any other social media postings that you saw

11  about Ivan --

12  **A  No, I --**

13  Q  Hold on.  Just hold on.  You've got to

14  let me finish.

15     Were there any other social media

16  postings you saw regarding Ivan that upset you or

17  disrespected you?

18  **A  No, I didn't see anything else.**

19  Q  When you saw the posting from Renee

20  Cook, did you contact the funeral home about it?

21  **A  No.**

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 6

Page 207

1    Q    That was a no?
2    A    No.
3    Q    Did you save that -- those comments,
4    anywhere?
5    A    No.
6    Q    Other than seeing those comments from
7    Renee Cook, did you ever speak to her, meet her --
8    A    No.
9    Q    -- email with her?  No?
10   A    No.
11        (Street Exhibit No. 15 was marked for
12   identification.)
13   Q    Ms. Street, I'm showing you what's been
14   marked as Exhibit 15 to your deposition.  This is
15   what's titled Plaintiff Demetra Street's
16   Supplemented Answers to Defendants'
17   Interrogatories.
18        If you could just look through that real
19   quick, and let me know when you're on the last
20   page.
21        THE WITNESS:  Do you have a tissue?

Page 208

1        MR. MANN:  We'll go off the record for a
2    second.
3        (A brief pause in the proceedings.)
4    BY MR. MANN:
5    Q    You don't have to read every one.  I
6    just want you to flip through it, just so you're
7    familiar with the document.  Let me know when
8    you're on the last page because I'm going to ask
9    you about that.
10        Have you gotten to the last page yet?
11   A    There's nothing there.
12   Q    Okay.  No, just the last page with the
13   signature on it.
14   A    Oh.
15   Q    And is that your signature on the
16   document?
17   A    Yes.
18   Q    Okay.  Did you review these Answers to
19   Interrogatories before you signed them?
20   A    Yes.
21   Q    Okay.  All right.  And throughout much

Page 209

1    of these -- or most of these answers, you
2    incorporate the complaint that you filed in this
3    case.
4        MR. MANN:  Let's mark that as the next
5    exhibit.
6        (Street Exhibit No. 16 was marked for
7    identification.)
8    Q    And I know Exhibit 16, which is the
9    complaint in this case, I know it's a long
10   document.  I'm just going to ask you if you've
11   reviewed that before.
12   A    Yes.
13   Q    Okay.  And is that something you
14   reviewed before this lawsuit was filed?
15   A    You're talking about, did I review this?
16   Q    Exhibit 16, the complaint, before it was
17   filed.
18   A    I don't understand what you're talking
19   about.
20        THE REPORTER:  I'm sorry?
21   A    I don't understand what you're talking

Page 210

1    about.
2    Q    Did you -- before this lawsuit was
3    filed, did you review what's in Exhibit 16?  Had
4    you seen that document before this lawsuit was
5    filed?
6    A    I don't understand.
7    Q    You don't understand the question?
8    A    I read over this.  What do you mean?  I
9    don't understand what you're saying.
10   Q    Did you read over that complaint before
11   it was filed with the court, or is it something
12   you reviewed after the case was filed?
13   A    No, no.  It was before, right?  Yeah.
14   Q    I don't know.  That's why I'm asking
15   you.
16   A    I don't know what you're talking about.
17   Q    Okay.  Are you saying that you did
18   review it before it was filed?
19   A    I'm confused.
20   Q    You're confused?
21   A    I don't understand what you're talking

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence               800-256-8410              award-winning service
                                                                EXHIBIT 6

Page 211

1 about.
2    Q   Okay.  Let me ask you this.  Do you
3 remember the first time you actually read over
4 that document, the first time you saw it?
5    **A   No.  I read this.  It's the -- it was**
6 **before.**
7    Q   "It was before"?  Is that what you said?
8    **A   It's my complaint.**
9    Q   Yes.  You reviewed that before it was
10 filed?  That's all I'm asking you.
11    **A   This is my complaint.**
12    Q   Okay.  Can you turn to page 6, paragraph
13 23?  Actually you know what, if you could,
14 actually, turn to page 7.  Okay.  And then do you
15 see the sentence that starts with "The contract,"
16 towards the top?
17    **A   Yes.**
18    Q   It says "The contract committed
19 Plaintiff and Ivan's family members to pay the
20 Funeral Home the remaining $1,850 for Ivan's
21 funeral goods and services."  Did I read that

Page 212

1 correctly?
2    **A   Yes, you did.**
3    Q   Okay.  What is the factual basis for
4 that statement in your complaint?
5    **A   Repeat that.**
6    Q   What is the factual basis for that
7 statement?
8    **A   That that's supposed to be paid for his**
9 **services.**
10    Q   Okay.  Well, the part I'm really asking
11 about, you say, in here, that Ivan's family -- the
12 contract committed Plaintiff and Ivan's family
13 members to pay the remaining $1,850.
14       What is the basis for your statement
15 that the contract committed Ivan's family members
16 to pay that balance?
17    **A   Because that -- the remaining?**
18    Q   Right.
19    **A   Because that's what Rita said.  She was**
20 **going to pay "the remaining."**
21    Q   Okay.  So the basis for that statement

Page 213

1 all comes from Rita; is that what you're saying?
2    **A   She -- she said she was paying -- paying**
3 **the remaining.**
4    Q   Okay.  Did she tell you she was paying
5 the remaining of that balance or something else?
6    **A   Of that balance.**
7    Q   She told you that specifically?
8    **A   Yes.**
9    Q   Okay.  So there was a conversation you
10 had with Rita, that Rita said, "We're going to pay
11 that $1,850"?  "We" being the family members.
12    **A   Yes.**
13    Q   When did that conversation occur?
14    **A   That was when we were -- as far as the**
15 **financial.**
16    Q   Was it, like, in the first conversation
17 you guys had or some other --
18    **A   Yes.**
19    Q   -- subsequent?  Okay.  If you turn to
20 page 8, paragraph 29, this paragraph references
21 the phone call you had with Devin Connor on

Page 214

1 January 22, 2021.
2       And you say, in here, that he told you
3 that "Defendants had rejected Cook's instructions
4 and confirmed that the Defendants would conduct
5 the planned memorial service for Ivan at the Mount
6 Street Home the next day."
7       You then go on to say that "When Connor
8 made those statements on behalf of Funeral Home to
9 Plaintiff, he knew his statements were false, and
10 that Ivan had not been cremated and in fact had
11 already been secretly buried."
12       So let's start with the part where you
13 say that Connor knew his comments were false.
14 What is the factual basis for that statement?
15       MR. ALEXANDER COFFIN:  Objection.
16       You can answer.
17    **A   You said -- repeat that, again.**
18    Q   You say, in here, that when Connor made
19 those statements, he knew they were false.  What
20 is the factual basis for that statement?
21    **A   Well, what he said as far as he told me,**

9 (Pages 211 to 214)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence               800-256-8410              award-winning service
                                                                    EXHIBIT 6

Page 215

1    that they were going to disregard her.
2        Q   I understand that. You're saying, in
3    here, that Connor, when he told you those things,
4    he knew they were false. So I'm asking you, what
5    facts do you have that support that statement?
6        A   From what --
7        MR. ALEXANDER COFFIN: Objection.
8        Go ahead.
9        A   From what had happened, that that was
10   not done.
11       Q   Okay.
12       A   So right there it says, to me, that he
13   lied.
14       Q   Okay. So what I'm asking you is, how do
15   you know that Connor lied to you? You're saying,
16   in here, he knew these things and told you
17   something different.
18       A   No. You're -- you're -- you're --
19   you're flipping it. It's what he did. He lied to
20   me. He told me that they were not going to do
21   what this lady, Ms. Cook, said, and then they turn

Page 216

1    around and did it anyway.
2        Q   Okay. And I'm asking you, what facts do
3    you have supporting your statement that he knew
4    what he told you was false?
5        A   The -- okay. The -- the way -- the --
6    the urn and some other stuff that they just
7    didn't -- wasn't right. They allowed someone else
8    to take charge of something that I was supposed to
9    be doing.
10       Q   I understand that's what you're
11   claiming, but you said that Devin knew what he
12   told you was false. How --
13       A   I just told you what. He -- he lied.
14       Q   Okay.
15       A   That's why I said that.
16       Q   If you could go to page 9, paragraph 34.
17       A   Uh-huh.
18       Q   This is a paragraph where you're
19   discussing the urn at the memorial service, and,
20   midway through that paragraph, you write "Funeral
21   Home personnel pretended that the urn contained

Page 217

1    Ivan's remains even though they knew that the urn
2    was empty because the Funeral Home had already
3    secretly interred his body three days earlier on
4    January 20, 2021."
5        My question is, what is the factual
6    basis for your statement that the "Funeral Home
7    personnel pretended that the urn contained Ivan's
8    remains"?
9        A   "Pretended," it's like, okay, if you --
10   if you just -- okay. The urn, I didn't know
11   didn't have ashes in it until after the fact. So
12   it's like they're throwing things at me as far as
13   "defaced."
14       It was just -- if you was -- if you were
15   there, you would see what I'm saying. It's
16   just -- I can't -- it's just hurting to me to face
17   something like that.
18       You're sitting there and you're thinking
19   something is there and it's not and they knew the
20   whole time. They wasn't true to me, and that's
21   disrespect to me. It's not right.

Page 218

1        Q   I understand, and I wasn't there.
2    That's why I'm --
3        A   It's not right.
4        Q   -- I'm asking you these questions. But
5    you're saying, in here, that the "Funeral Home
6    personnel pretended that the urn contained Ivan's
7    remains." So what's the basis for the statement
8    that --
9        A   It is saying that, okay --
10       Q   Hold on. Just one second. What's the
11   basis for the statement that the "Funeral Home
12   personnel pretended"?
13       A   Why would you move it? Why? That's my
14   question, is why?
15       Q   Okay.
16       A   Why would you move it?
17       Q   I'm just asking, what are the facts that
18   you have to conclude that they pretended the urn
19   contained his remains?
20       MR. ALEXANDER COFFIN: Objection.
21       Go ahead.

10  (Pages 215 to 218)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                            EXHIBIT 6

Page 219

1    A   They just is -- they're standing there
2  and they just takes (sic) it away.  And then you
3  ask them and they don't have an answer, and I want
4  to know why.
5    Q   What do you mean, "you ask them and they
6  don't have an answer"?
7    A   I'm saying "you ask them."  I'm not
8  saying I -- I'm saying "you ask them."  You was --
9  want to know why.  I want to know why.  If they
10  can tell me why, why?
11    Q   I understand that.  I'm just asking why
12  you wrote, in here, that they pretended the urn
13  contained his remains.  I'm just trying to
14  understand.
15    A   Because it wasn't there.  Nothing was in
16  there.  That's why.
17    Q   Did the funeral home say anything to you
18  about the urn at the memorial service?
19    A   They didn't say anything.  The lady just
20  took it and said you -- "Nobody's getting this."
21  That's all she said and then was gone.

Page 220

1    Q   Okay.  You also, in that same sentence,
2  said that the "Funeral Home had already secretly
3  interred his body."  What's the basis for that
4  statement?
5    A   Say that again.
6    Q   You wrote, in here, towards the end of
7  that sentence, that the "Funeral Home had already
8  secretly interred his body."  So what's the
9  factual basis for that statement that they did
10  that in secret?
11    A   They took him and they buried him
12  without my permission.  That's what they did.
13    Q   Okay.
14    A   I didn't tell them to do that, and I
15  didn't sign for them to do that, and they did it
16  anyway.
17    Q   Okay.
18    A   And it's not fair to me.
19    Q   Okay.
20    A   And it hurts me.
21    Q   Any other facts that you have, that

Page 221

1  support that statement?
2    A   They just did what they wanted to do and
3  that was not my wishes at all.
4    Q   Okay.  Any other facts?
5    A   Yeah.  They had me believing that he
6  was -- the ashes was in the urn and it was not.
7    Q   All right.  Well, we just talked about
8  it.  What is it that they did to have you
9  believing that his ashes were in the urn?  "They"
10  being the funeral home.
11    A   If you cremate somebody, the ashes is
12  going to be in the urn.  And that's what I said I
13  wanted done, and it was not done.
14    Q   Okay.  Other than that, any other facts
15  supporting your statement that the funeral home
16  pretended to you that the urn contained Ivan's
17  ashes?
18    A   We had a memorial, and it's just like
19  the whole thing just -- I was disrespected.
20    Q   Okay.  Going to page 10, paragraph 43,
21  you wrote "Defendants conspired to bury Ivan

Page 222

1  without the permission of Plaintiff."
2        Let's start with that.  What's the
3  factual basis for that statement that "Defendants
4  conspired"?
5        MR. ALEXANDER COFFIN:  Objection.
6    A   I didn't hear.  What -- where are you
7  at?
8    Q   Paragraph 43, on page 10.
9    A   And what was your question?
10    Q   You wrote that defendants conspired to
11  bury Ivan without your permission.
12    A   They did.
13    Q   What's the factual basis for your
14  statement that "Defendants conspired"?
15        MR. ALEXANDER COFFIN:  Objecting to
16  that, but go ahead and answer.
17    A   They did bury him without my permission.
18    Q   Okay.  Any other facts supporting that
19  statement?
20    A   They just buried him without my
21  permission.  That's not what I signed for.

EXHIBIT 6

Page 223

1    Q   Okay.  You say that they conspired.
2    A   Yeah.  They just -- like I said, they
3  buried him without my permission.
4    Q   Okay.  And then you also wrote that
5  defendants actively concealed the burial from you
6  and other family members.  What's the factual
7  basis for that statement?
8        MR. ALEXANDER COFFIN:  Objection.
9        Go ahead and answer.
10   A   They did do that.
11   Q   Okay.
12   A   And that was not my wishes.
13   Q   All right.  Well, let's start with the
14  first part of that.  What facts support your
15  statement that the funeral home actively concealed
16  the burial from you?
17   A   They didn't tell me.
18   Q   Okay.  Anything else?
19   A   They didn't tell me.
20   Q   And then you also say they concealed it
21  from other family members.  What's --

Page 224

1    A   Well, they were -- the other family
2  members was with the cremation, so, obviously,
3  they didn't know, either.
4    Q   Which family members?
5    A   Well, Rita and the other family members
6  that was supposed to be with the memorial service.
7    Q   Who specifically?  Which other family
8  members, besides Rita?
9    A   Well, Rita.  Rita, that's the only one
10  that I spoke with, and she already had told me it
11  was supposed to have been cremation.  She don't
12  know anything else; that's what it's supposed to
13  have been.  So that's not -- was -- that's -- that
14  wasn't done at all.
15   Q   Okay.
16   A   Not at all.
17   Q   If you go to page 11, paragraph 46.  Are
18  you there?
19   A   I'm here.
20   Q   Okay.  You wrote, in the second sentence
21  in that paragraph, "On information and belief, the

Page 225

1  Funeral Home double charged the bereaved parties
2  by also billing Cook for the cost of a casket,
3  plot, and burial."  What's the factual basis for
4  that statement?
5        MR. ALEXANDER COFFIN:  Objection.
6        Go ahead and answer.
7    A   Okay.  Because they -- they took from
8  his -- the family and they also -- they had to do
9  something with Ms. Cook because that's -- how did
10  she get her wishes when she wasn't supposed to?
11   Q   All right.  Do you have any personal
12  knowledge of whether Cook paid anything to the
13  funeral home?
14   A   No, not -- not -- no, I do not.
15   Q   Okay.  Did anyone from the funeral home
16  or Rita or anyone else tell you that Cook paid
17  anything to the funeral home?
18   A   No.
19   Q   All right.  Since you learned about the
20  claim from Ms. Cook, have you taken any action,
21  legally or otherwise, to have it declared that you

Page 226

1  were, in fact, Ivan's legal spouse at the time of
2  his death?
3    A   Repeat.
4    Q   Okay.  Since you learned about
5  Ms. Cook's claim that she was Ivan's spouse, have
6  you taken any legal action, or otherwise, to have
7  it declared that you were, in fact, Ivan's legal
8  spouse at the time of his death?
9        MR. ALEXANDER COFFIN:  Objection.
10       Go ahead and answer.
11   A   I just wanted to know why she did what
12  she did because she didn't have any legal rights.
13   Q   Okay.  So is it yes or no?  Did you take
14  any legal action?
15       MR. ALEXANDER COFFIN:  Objection.
16       Go ahead and answer.
17   A   Against her?
18       THE REPORTER:  I'm sorry?
19   A   Are you talking about a legal --
20   Q   Yes, to any -- to go to a court and have
21  it declared that you were, in fact, Ivan's legal

12 (Pages 223 to 226)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                                 EXHIBIT 6

Page 227

1  spouse when he died.
2      A   It was proven.
3      Q   How was it proven?
4      A   I have legal papers that show that.
5      Q   You have papers here today?
6      A   I have papers to show that I was married
7  to him.
8      Q   Are they -- I understand that.  What I'm
9  asking you is -- let's get back to the original
10 question.  Did you ever take any legal action to
11 have it declared that you were Ivan's legal spouse
12 when he passed away --
13         MR. ALEXANDER COFFIN:  Objection.
14     Q   -- instead of Renee Cook?
15         MR. ALEXANDER COFFIN:  Objection.
16         Go ahead and answer.
17     A   Yeah.  I called the -- to the
18 courthouse, and they didn't find any records with
19 her.
20     Q   Okay.  Did you file anything with the
21 courthouse to have it declared that you were his

Page 228

1  legal spouse at the time of his death?
2      A   No.  I didn't have to.
3      Q   And you said you called the courthouse
4  and they didn't find anything.  What is it that
5  they didn't find?
6      A   Oh, with Renee Cook, you know.
7      Q   Okay.  Did you, actually, ever go to the
8  courthouse to see --
9      A   No.
10     Q   You did not?  Is that correct, you did
11 not do that?
12     A   No.
13     Q   When was it that you called the
14 courthouse about Renee Cook?
15     A   It was after the fact that they were
16 saying that she came in with a marriage
17 certificate.
18         MR. MANN:  Okay.  Why don't we just take
19 a quick couple minutes, if you need to use the
20 restroom or anything?
21         We can go off the record.

Page 229

1          (A brief recess was taken.)
2          BY MR. MANN:
3      Q   Ms. Street, you testified before and
4  also here today about the woman who removed the
5  urn at the memorial service.
6      A   Yes.
7      Q   Do you remember that?
8      A   Yes.
9      Q   What did that woman look like?
10     A   I know she was dark skin and she had
11 kind of a -- kind of long hair, kind of long hair,
12 yeah.
13     Q   Okay.  Wear glasses?
14     A   I don't recall that.  I'm not sure.
15     Q   Thin?  Heavier?  Kind of a normal body
16 figure?  I mean, what can you describe about her?
17     A   I'm going to say medium weight, I guess.
18     Q   Tall?  Short?  Average size?
19     A   I think she was a little tall.
20     Q   What color hair did she have?
21     A   I don't recall that, right offhand.

Page 230

1      Q   Do you recall what she was wearing?
2      A   No.
3      Q   Do you recall if that person was
4  wearing, like, a name tag?
5      A   No, I don't recall.
6      Q   Okay.  Ms. Street, I want to ask you
7  some questions about your medical and
8  psychological history.  Do you have any medical
9  conditions?
10     A   Yes.
11     Q   Okay.  What are those?
12     A   Asthma, thyroid, Type 2 diabetes, and
13 degenerative arthritis.
14     Q   The arthritis, just briefly tell me,
15 where do you have arthritis?
16     A   Where do I have that?
17     Q   Yes.
18     A   In my back, my left hand, and...
19     Q   Is that something that causes you, like,
20 a lot of discomfort?
21     A   Yes.

13 (Pages 227 to 230)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                  800-256-8410           award-winning service
                                                                    EXHIBIT 6

Page 231

1    Q   Is it something that limits you in what
2  you do in your day-to-day activities?
3    A   Somewhat.
4    Q   Okay.  Any other medical conditions?
5    A   High blood pressure.
6    Q   Anything else?
7    A   I guess you want to know my -- what -- I
8  told you the post-traumatic stress, and stuff, I
9  mean.
10   Q   We'll get to that.  I'm just talking
11 about medical.  We'll get to psychological.
12   A   That's -- that's about all.
13   Q   Okay.  Are you currently on any
14 medication?
15   A   I take my blood pressure medicine and
16 the anxiety medicines.
17   Q   Do you know the names of those
18 medicines?
19   A   Amlo -- I can't pronounce it.  Amlo --
20 for the blood pressure, I can't pronounce it.
21   Q   I don't care about the -- I'm just

Page 232

1  talking about the anxiety medications.
2    A   Oh, that's Zoloft.
3    Q   Okay.  Any other medications that you're
4  currently taking on a daily basis?
5    A   I take the -- for -- I can't pronounce
6  that either -- for the nightmares.
7    Q   Do you know, like, the brand name?
8    A   It begin with a P, prazosin.
9    Q   Prazosin?
10   A   Yes.
11   Q   Okay.  Anything else?
12   A   I mean, I was taking melatonin to help
13 me sleep.
14   Q   You were, but you're not anymore?
15   A   No.  She prescribed me the prazosin.
16   Q   Prazosin?
17   A   Prazosin, yes.
18   Q   Okay.  So once you started taking the
19 prazosin?
20   A   I don't --
21   Q   -- you stopped taking melatonin?

Page 233

1    A   I don't take the melatonin.
2    Q   All right.  Do you know the dosage for
3  the Zoloft?
4    A   125.
5    Q   How about for the prazosin?
6    A   One.  One mill-- one millimeter --
7  milligram, I mean.
8    Q   One milligram?
9    A   Yes.
10   Q   Okay.  And when you were taking
11 melatonin most recently, what was the --
12   A   Three.
13   Q   -- dosage?  Three milligrams?
14   A   Yes.
15   Q   Do you take the Zoloft on a daily basis?
16   A   Yes.
17   Q   And how about for the prazosin?
18   A   I take it at night.
19   Q   Every night?
20   A   Not every night, but I take it when I --
21 yeah.

Page 234

1    Q   So help me understand.  When is it that
2  you decide to take the prazosin?
3    A   At nighttime, on occasions.  As far as
4  she told me if I feel as though I need to take it
5  for the nightmares, so.
6    Q   Okay.
7    A   It's -- yes.
8    Q   So is it something like you anticipate
9  you might have some nightmares, "so I should take
10 the medication."  Is that how it works?
11   A   No.
12   Q   No?
13   A   That's not how it works.
14   Q   Okay.  So just help me understand.
15   A   I takes (sic) it at night before I go to
16 bed so I won't have nightmares.
17   Q   Okay.  But you told me you don't take it
18 every night, right?
19   A   No, because sometimes I'll get sick.
20   Q   Is it the medication makes you sick?
21   A   Yes.  If you take it with a hot shower,

14 (Pages 231 to 234)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                EXHIBIT 6

Page 235

1  sometimes my -- I'll go off, yeah. I'll go off.
2      Q   Okay.  And what psychological conditions
3  have you been diagnosed with?
4      A   Post-traumatic stress, anxiety, and
5  depression.
6      Q   When were you first diagnosed with
7  post-traumatic stress disorder?
8      A   Well, as far as with my first husband.
9      Q   Okay.  And when was that, if you can
10  give me the year?
11      A   Oh, my God.  That was back in -- I don't
12  recall the date.  I don't recall the date.
13      Q   Just the year.  I understand you don't
14  know the specific date, but --
15      A   No, I don't recall the date.  I don't
16  recall.
17      Q   You told me before, you had been on
18  disability for a number of reasons, one of them
19  being PTSD, since 2015.
20      A   Yes.
21      Q   Okay.  So, at least as far as 2015, you

Page 236

1  would have been diagnosed with PTSD; is that fair?
2      A   Yes.
3      Q   Okay.  And what led to that diagnosis
4  for PTSD?
5      A   Trauma.
6      Q   All right.  And what was the trauma?
7  And I don't mean to upset you, but, given what
8  you're claiming in this case, I have to ask you.
9      A   Things that was done to me.
10      Q   Okay.  And, again, I don't mean to upset
11  you, but I have to ask specifically what the
12  trauma was.
13      A   I told you, the poisoning and beatings
14  and all that other stuff and --
15      Q   From your --
16      A   -- what was done to me in my childhood.
17      Q   Okay.  What was done to you in your
18  childhood?
19      A   I was molested.
20      Q   I'm sorry?  I didn't hear you.
21      A   I was molested.

Page 237

1      Q   Okay.  And you said your -- I forget the
2  gentleman's name who you were married to before.
3  Is that the spouse where there was domestic
4  violence and the poisoning?
5      A   That was the domestic violence and the
6  poisoning with him, yes.
7      Q   Okay.  And just so we're clear for the
8  record, what was his name?
9      A   John Gervin.
10      Q   John Gervin?
11      A   Senior.
12      Q   Okay.  So it was those traumatic events
13  that led to your diagnosis of PTSD; is that
14  correct?
15      A   Yes.
16      Q   Okay.  Any other traumatic events that
17  led to that diagnosis, before Ivan's passing?
18      A   I just told you, that and then the
19  molesting.
20      Q   When were you first diagnosed with
21  anxiety disorder?

Page 238

1      A   2013.
2      Q   What led to that diagnosis?
3      A   Stress and stuff, everything.  All
4  the -- everything that I've been through led to
5  the anxiety.
6      Q   Okay.  Those things that you described
7  before?
8      A   Everything, yes.
9      Q   So what else?
10      A   I just said "abuse and stuff."
11      Q   I know.  I'm not asking to go back
12  through that again, but was there anything else
13  that led to the diagnosis of anxiety?
14      A   Stress and nerves, everything.
15  Everything.
16      Q   Okay.  Before you were even diagnosed
17  with anxiety, were you kind of an anxious person?
18  A worrier?
19      A   No.
20      Q   Okay.  So that's something that started
21  after the traumatic events that you've described?

15 (Pages 235 to 238)

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 6

Page 239

1     A   Yes.
2     Q   All right.  When were you first
3  diagnosed with depression?
4     A   The same year.
5     Q   2013?
6     A   Yes.
7     Q   Okay.  What led to that diagnosis?
8     A   The stuff that I went through.
9     Q   The things that you described before?
10    A   Yes.
11    Q   Okay.  Before Ivan's passing, what were
12 you doing to manage your post-traumatic stress
13 disorder?
14    A   I was going to therapy and stuff.
15    Q   Okay.  Where were you going to therapy?
16    A   In Virginia or here.  Virginia.
17    Q   Well, let's start with Virginia.  Where
18 did you go to therapy?
19    A   What do you call it?  Rockbridge Area
20 Health Center.
21    Q   Okay.  Did you have any other therapists

Page 240

1  or counselors when you were living in Virginia?
2     A   No.  That was the only place.
3     Q   All right.  And before you moved to
4  Virginia, were you seeing a therapist?
5     A   I -- yeah.  What was their -- I forgot
6  the name of that place.
7     Q   I've seen a Therapeutic Wellness Center
8  in your records.  Does that help you remember?
9     A   Before I moved to Virginia?  Yes.
10    Q   That was the --
11    A   Therapeutic Wellness.
12    Q   Okay.  When did you first start going to
13 therapy there?
14    A   No.  When I came back, I went to -- to
15 Therapeutic Wellness, yeah.
16    Q   When you came back from Virginia?
17    A   Yes.
18    Q   All right.  So what I'm asking is, did
19 you ever go to therapy before you left for
20 Virginia?
21    A   Yes, I did.

Page 241

1     Q   And where did you go?
2     A   Yes.  Therapeutic Wellness.  That's
3  the -- that's the place, yes.
4     Q   Okay.  And when was it that you first
5  started going to that facility?
6     A   When I was on Clayton.
7     Q   I don't know when that was.
8     A   Clayton.  That was in 2018.
9     Q   Okay.  Did you have a therapist that you
10 saw before 2018?
11    A   No.
12    Q   Had you, before 2018, undergone any kind
13 of psychological treatment, therapy, counseling,
14 anything like that?
15    A   I went to Therapeutic Wellness.
16    Q   Before 2018?
17    A   Yes.
18    Q   Okay.  So I asked you before, when you
19 first started going there, and you told me 2018,
20 so.
21    A   2018.

Page 242

1     Q   All right.  Now I'm asking, before 2018
2  did you ever get any therapy, counseling of any
3  kind?
4     A   No.  It was -- no.  It was a long --
5  Successful Resolutions.  That's a long time ago.
6  I don't remember the -- yeah.
7     Q   Successful Resolutions?
8     A   That's what it was called.
9     Q   So is that somewhere you went before
10 Therapeutic Wellness?
11    A   Yes.
12    Q   All right.  Where is that located?
13    A   I don't even recall.  It's been so
14 long -- so long.  I don't recall that one.
15    Q   And what kind of therapy, treatment did
16 you get at Successful Resolutions?
17    A   The same treatment, where they talk to
18 you.
19    Q   Okay.  So it was like a therapy session?
20    A   Therapy.  That's all.
21    Q   Do you remember the name of the

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                 800-256-8410            award-winning service
                                                                EXHIBIT 6

Page 243

1  therapist that you would speak to there?
2  **A   No, I don't recall the name now.**
3  Q   Was that in Baltimore?
4  **A   Yes.**
5  Q   Any other places that you went to for
6  therapy?
7  **A   That's all.**
8  Q   I'm sorry?
9  **A   That's it.**
10 Q   Do you know who it was that actually
11 diagnosed you with PTSD, anxiety, and depression?
12 **A   Therapeutic Wellness and -- and -- what**
13 **is that -- Rockbridge Area.**
14 Q   Okay.  But you had been diagnosed before
15 you saw either of those therapists.  So I'm
16 asking, who's the first one that diagnosed you
17 with those conditions?
18 **A   Successful -- well, Therapeutic Wellness**
19 **did a thorough -- I'd say Therapeutic Wellness.**
20 Q   All right.  But you didn't see them
21 until 2018.  So you told me before, you were

Page 244

1  diagnosed with anxiety, PTSD, and depression in
2  2013.  So who was it that diagnosed you, back
3  then?
4  **A   I've been -- what was that?  I can't**
5  **remember the name of that.  I don't recall the**
6  **name of the therapy place at this time because I**
7  **don't go there anymore.**
8  Q   Okay.  Was that at a different place
9  than Successful Resolutions?
10 **A   Yes.  I can't think of the name of it.**
11 Q   Okay.  Do you have a way of finding out
12 who it was?
13 **A   Yes, I can find out.**
14 Q   Okay.
15 **A   But I don't remember right now.**
16 Q   I'd ask you to do that and let
17 Mr. Coffin know if you find it.
18 **A   Yes.**
19 Q   Do you like -- do you keep a file with
20 your, you know, records about the therapy you've
21 gotten?

Page 245

1  **A   Yeah.  I can call and find out.  I**
2  **don't --**
3  Q   Okay.  Well, like I said --
4  **A   I keep track of my stuff.**
5  Q   I'd ask you to do that.
6  All right.  So, getting back to what I
7  had asked you before, what you were doing to
8  manage PTSD.  So you were going to therapy.  Were
9  you taking any medications specifically for PTSD?
10 **A   Yeah.  They give (sic) me the Zoloft.**
11 Q   Okay.  The Zoloft was kind of for, kind
12 of, everything, anxiety, depression, PTSD?
13 **A   Yes.**
14 Q   When did you first start taking Zoloft?
15 **A   That was in 2018.  2018.**
16 Q   And was that prescribed by Therapeutic
17 Wellness?
18 **A   That was -- no.  My doctor --**
19 Q   Who was your doctor?
20 **A   -- prescribed that and then Therapeutic**
21 **Wellness.**

Page 246

1  Q   Who was your doctor?
2  **A   La -- La -- Latune (phonetic).  It's --**
3  **it's on my medical records.**
4  Q   What medical records?
5  **A   My medical records.**
6  Q   I haven't been provided any.  Do you
7  have medical records?
8  **A   I don't remember.  It's just -- it's**
9  **Mr. -- I can't think of her name.  It's Latune,**
10 **Latune, something like that.  I can't pronounce**
11 **her name.**
12 Q   What's the name of the practice?
13 **A   East Baltimore Medical Health Center.**
14 **East Baltimore Medical Center -- Health.**
15 Q   East Baltimore Medical Center?
16 **A   Yes.**
17 Q   That's your primary care doctor?
18 **A   Well, I'm on the yellow team, so we**
19 **get -- yeah.**
20 Q   What does that mean, you're "on the
21 yellow team"?

17 (Pages 243 to 246)

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 6

Page 247

1     A    Johns Hopkins has -- they call it the
2   "yellow team," so.
3     Q    It's through Hopkins?
4     A    Yes.
5     Q    How long has that been your primary care
6   provider?
7     A    East Baltimore?
8     Q    Right.
9     A    For a while.
10    Q    Since you --
11    A    Since I came back, they are, yeah.  I'm
12  back with them.
13    Q    Who was your primary care doctor
14  before you left for Virginia?
15    A    I just told you.
16    Q    Was it East Baltimore Medical Center?
17    A    Yes.
18    Q    Okay.  Did you have a different primary
19  care provider before East Baltimore, or has that
20  always been the one?
21    A    That's always.

Page 248

1     Q    That's always been your primary care
2   doctor?
3     A    Yes.
4     Q    And when you were in Virginia, was your
5   primary care provider with Rockbridge?
6     A    Yes.
7     Q    All right.  So you told me before, you
8   first started taking Zoloft in 2018.  Do you
9   remember what the dosage was at that time?
10    A    It was lower.  It was 25.
11    Q    Okay.  When did it first increase?
12    A    It increased when this happened.
13    Q    Okay.  So is it your testimony that the
14  Zoloft did not increase before Ivan passed away?
15    A    No, it did not.
16    Q    Okay.  And when was it that it did
17  increase after Ivan passed away?
18    A    They noticed that I needed more dose
19  (sic) because of the way I was acting.
20    Q    How was it that you were acting?
21    A    I wasn't myself, angry.

Page 249

1     Q    Okay.  What were you angry about?
2     A    What had happened.
3     Q    What specifically?
4     A    And it hurt me tremendously.  And you're
5   still not getting it.  I -- it just -- none of it
6   was right to me, at all.
7     Q    Okay.  I have to just ask you specifics
8   because I don't know what you mean when you said
9   "what had happened."
10    A    Because you're not -- you wasn't in my
11  space at the time, so you're not going to
12  understand.  You're not going to understand this.
13  It's like -- and it's like I've got to keep going
14  through this over and over.
15          I felt disrespected, and you're not
16  getting it.  I was disrespected by a place where
17  you're grieving at the time and then they turn
18  around and do this, stuff like this.  It's -- no.
19    Q    Did you -- strike that.
20          So the one who increased your Zoloft
21  because you were angry, was that at Rockbridge?

Page 250

1     A    Yes.
2     Q    All right.  Did you talk to the
3   therapist at Rockbridge about what the funeral
4   home did?
5     A    Yes.
6     Q    Okay.  Did you talk to the therapist
7   about, first of all, that you thought Ivan had
8   been cremated and he wasn't?
9     A    I told them the whole story.
10    Q    Okay.  Did you talk to your therapist
11  about the urn at the memorial service?
12    A    I told them the whole story.
13    Q    Does that include the urn?
14    A    I told them the whole story.
15    Q    Okay.  I just want to be sure.  Does
16  that include the urn?
17    A    I told them the whole story.
18    Q    So yes?
19         MR. ALEXANDER COFFIN:  Objection.
20    A    The same thing I tell you -- I'm telling
21  you, and I told them the whole story.

18 (Pages 247 to 250)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence               800-256-8410          award-winning service
EXHIBIT 6

1    Q   "Them" being the therapist at
2  Rockbridge, right?
3    A   Yes.
4    Q   Okay.  When your Zoloft was increased,
5  what was it increased to?
6    A   I just told you.
7    Q   I don't know the dose.  What was the
8  dosage increased to the first time?
9        Did you hear the question?
10   A   Repeat it, again.
11   Q   Yes.  When the Zoloft was first
12  increased, what was the dosage?
13   A   Fifty.
14   Q   Fifty?
15   A   (Indicating.)
16   Q   Okay.  And do you just remember,
17  approximately when that occurred?
18   A   No, I don't.
19   Q   Did there come a time when it was
20  increased again?
21   A   Yes.

1    Q   And when was that?
2    A   In, like, three months, like, three -- a
3  couple months later because I started doing, like,
4  different things as far as with my hands and
5  stuff.
6    Q   Okay.
7    A   My nerves.
8    Q   What was it increased to, at that time?
9    A   Seventy-five.
10   Q   Ms. Street, did there come a time it
11  was -- the Zoloft was increased again?
12   A   There was one more time.
13   Q   I'm sorry?
14   A   That's when it got to the 125.
15   Q   It went from 75 to 125?
16   A   Yes.
17   Q   Okay.  When did that happen?
18   A   That's when I came here.
19   Q   Came to Baltimore?
20   A   Yes.
21   Q   Okay.  What led to that increase?

1    A   To keep me calm.
2        THE REPORTER:  I'm sorry?
3    A   To keep me calm.
4    Q   Okay.  Was there anything specific going
5  on when --
6    A   This right here.
7    Q   Okay.  "This right here."  I, again --
8    A   This situation right here.
9    Q   The lawsuit itself, or just, you know,
10  what happened?
11   A   Just what happened.  That -- that --
12  that's irrelevant.  The -- what happened.
13   Q   Okay.  Have you ever taken a medication
14  called Wellbutrin?
15   A   Yes, I did.
16   Q   You did?
17   A   Uh-huh.
18   Q   When did you first start taking
19  Wellbutrin?
20   A   When I first went to Theraputic
21  Wellness.

1    Q   In 2018?
2    A   Some -- yes, I believe so.
3    Q   What was that medication for?
4    A   The same as -- they -- the -- as far as
5  the anxiety.
6    Q   So you were taking, at that time --
7    A   And they changed it.
8    Q   -- Zoloft and Wellbutrin?
9    A   Yes, they changed it.
10   Q   Well, when did they change it?
11   A   No.  They -- when I went to Virginia,
12  that's when it was changed.
13   Q   From Wellbutrin to Zoloft?
14   A   Yes.  They said that Zoloft would be
15  better.
16   Q   Have you taken Wellbutrin since --
17   A   No.
18   Q   -- you moved to Virginia?
19   A   No.
20   Q   When did you first start taking
21  melatonin?

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                   800-256-8410          award-winning service
                                                                      EXHIBIT 6

1    A    In Virginia.
2    Q    When you moved to Virginia?
3    A    Yes.
4    Q    Before Ivan passed away?
5    A    No.
6    Q    Okay.  So you never took melatonin
7    before Ivan --
8    A    No.
9    Q    -- passed away; is that correct?
10   A    True.
11   Q    Okay.  When were you first prescribed
12   the melatonin?
13   A    That started -- that was in 2021.
14        THE REPORTER:  Started?  Can you --
15        THE WITNESS:  2021.  I'm sorry.
16        BY MR. MANN:
17   Q    And who was it that first prescribed
18   that for you?
19   A    That was -- what was her name?  Z-O-M-A.
20   What's that?  Zomona, Zomoan, Zomoon, Zamona
21   (phonetic).

1    Q    Is that --
2    A    That's the psychiatrist.
3    Q    At Therapeutic Wellness?
4    A    No.
5    Q    At Rockbridge?
6    A    Yes.
7    Q    And you told me before, you're not
8    taking melatonin anymore, right?
9    A    No.
10   Q    Okay.  Prazosin, when did you first
11   start taking that medication?
12   A    After I started telling her about my
13   nightmares.
14   Q    All right.  When was that?
15   A    That was for Therapeutic Well- -- yeah,
16   Therapeutic Wellness.
17   Q    The second go-around after you returned
18   to Baltimore?
19   A    Yes.
20   Q    Do you know if Ivan ever received any
21   psychological treatment, saw a therapist,

1    counseling, anything like that?
2    A    When he went for his treatments because
3    I -- that's the only time I know.
4    Q    So he did, at some point, get therapy or
5    counseling; is that what you're saying?
6    A    When he went to the treatment, when he
7    left.
8    Q    Okay.  Where did he go?
9    A    It was on Broadway.  It was a place on
10   Broadway he went to.
11   Q    You don't know the name of the place?
12   A    Not right offhand, no.
13   Q    And part of the treatment he got was
14   therapy?
15   A    Yes.
16   Q    Do you know if it was affiliated, like,
17   with one of the local hospitals, like Hopkins,
18   University of Maryland?
19   A    I'm not sure.
20   Q    Did you and Ivan ever go to, like,
21   marriage counseling?

1    A    Yes.  At a church.
2    Q    What church?
3    A    It was a -- on the corner of -- what was
4    the name of that church?  I don't know the name of
5    the church, but it was on the corner of
6    Caroline --
7    Q    Corner of --
8    A    -- and Preston.
9    Q    Caroline and Preston?
10   A    Uh-huh, yes.
11   Q    How long did you guys go to marriage
12   counseling?
13   A    A couple -- a couple months or so.
14   Q    Do you remember when that was?
15   A    I was on Preston.  It was around 2016.
16   Q    And what --
17   A    '16, '17.
18   Q    What problems were you having then that
19   led to the two of you going to marriage
20   counseling?
21   A    Him using.  Using, and just him -- it

20  (Pages 255 to 258)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                EXHIBIT 6

Page 259

1   was for, like, trying to mend the -- mend the
2   family together.
3      Q  You said "using."
4      **A  Yeah.  He was using some -- overusing**
5   **his -- what do you call that stuff he had?  I**
6   **can't think of the stuff.  He -- he would put it**
7   **on his tongue.  I can't think of the name of it.**
8      Q  Do you know what the medication was for,
9   what it was supposed to treat?
10      **A  He said it was to help treat pain, to**
11   **resolve pain, and keep him from using.  My mind's**
12   **just (indicating).**
13      Q  Keep him from using what?
14      **A  He was using that meth stuff.**
15      Q  Methamphetamine?
16      **A  Yes.**
17      Q  Okay.  Is that something he used while
18   you guys were married?
19      **A  He was doing that.**
20      Q  Okay.  Did Ivan have any other illicit
21   drug use while the two of you were married?

Page 260

1      **A  I believe so, when he started to change.**
2      Q  And what did you believe he was using?
3      **A  Hero- -- not heroin.  Whatever that**
4   **stuff was to make him -- like, he leaned over.**
5      Q  But not heroin?
6      **A  I don't think it was that.  I'm not sure**
7   **what it was.  I forgot the name because I don't do**
8   **that stuff, so I don't know.**
9      Q  Okay.  Did you ever, like, catch him --
10      **A  Uh-huh.**
11      Q  -- taking illicit drugs?
12      **A  I didn't catch him, but I knew he was on**
13   **something.  We were walking to the store, and we**
14   **were crossing the street, and then he just stopped**
15   **in the middle of the street and just was like**
16   **(indicating).  And that was kind of embarrassing**
17   **to me because we had the children with us, and I**
18   **didn't approve of that.**
19      Q  Do you remember when that occurred?
20      **A  Maybe around 2016, '17.**
21      Q  You told me several times that Ivan went

Page 261

1   to treatment.  Was that drug rehab treatment?
2      **A  I believe so.**
3      Q  Okay.
4      **A  And alcohol.**
5      Q  Alcohol?
6      **A  Yes.**
7      Q  Okay.  Was that -- alcohol something
8   that Ivan consumed often before he went to
9   treatment?
10      **A  Yes.**
11      Q  All right.  Did he overconsume, in your
12   estimation?
13      **I believe so.**
14      Q  When he got out of treatment, are you
15   aware of whether he continued to use drugs or --
16      **A  He still did.**
17      Q  -- consumed alcohol?
18      **A  Yes.**
19      Q  He did?
20      **A  Yes.**
21      Q  Do you have any information as to

Page 262

1   whether he was still using illicit drugs or
2   alcohol at the time he passed or shortly before?
3      **A  Not as I know of.**
4      Q  Did he ever mention -- you told me
5   before, you guys would talk over the phone.
6      **A  No, he would never mention that.**
7      Q  Okay.  When you would speak to him over
8   the phone, did he ever seem intoxicated?
9      **A  No.  He would just be in a hype mood.**
10      Q  In a what mood?
11      **A  A hype, like jolly-type, yeah.**
12      MR. MANN:  Okay.
13      Why don't we take just a five-minute
14   break, if that's good with you?
15      THE WITNESS:  Yes.
16      (A brief recess was taken.)
17      BY MR. MANN:
18      Q  Ms. Street, you're alleging, in this
19   case, that because of the events that happened
20   with the funeral home and Ivan Street's remains,
21   that you suffered emotional stress.

21 (Pages 259 to 262)

EXHIBIT 6

Page 263

1    So I'm going to ask you to describe for
2  me what it is you're claiming that you suffered as
3  far as emotional distress.
4    **A   The trauma.  There's been nothing but**
5  **trauma to me.**
6    Q   Okay.  Describe that for me, "the
7  trauma."
8    **A   Like I said, when you have to face**
9  **something, and I'm facing right here, mistrust,**
10  **disrespect, and that's emotional trauma to me.**
11    Q   Okay.  So it's mistrust and the
12  disrespect?
13    **A   Yes.**
14    Q   Okay.  Mistrust of who?
15    **A   Mr. Devin and the funeral home itself**
16  **because it wasn't done the way that it was**
17  **supposed to have been done, and I was lied to.**
18    Q   Okay.  Who is that you're claiming lied
19  to you?
20    **A   Mr. Devin.**
21    Q   And what symptoms or conditions are you

Page 264

1  claiming resulted from that trauma, the mistrust
2  and disrespect?
3    **A   How would you feel if you was in that**
4  **situation?**
5    Q   I can't answer your questions.  I'm --
6    **A   That's -- that's what I'm saying.  You**
7  **wouldn't have the same feelings that I have if you**
8  **faced that.  If somebody -- you go to somebody**
9  **that you trust and you ask them to do a specific**
10  **thing and then they turn around and do the**
11  **opposite, how would you feel?**
12    **If you was -- somebody passed and you**
13  **went to a funeral home and you asked them and then**
14  **they turn around and flip it and lied to you**
15  **dearly (sic) in your face, how would you feel?**
16    **You would feel the same way that I feel,**
17  **hurt.  I feel real disrespected, humiliated.**
18  **That's not a good feeling at all.  It's not.  And**
19  **then you're grieving at the same time.  That's**
20  **not -- that's not fair.  It's not.**
21    **And you don't get an apology.  They just**

Page 265

1  say, "Hey, it is what it is."  Like, he told me
2  directly in my face -- not in my face, but over
3  the phone, "I'm going to do what I want to do" and
4  what am I going to do about it.  That's
5  disrespect.  And at that time, you're not looking
6  for that.  You're not.  That hurts.
7    Q   Okay.  And what I'm asking you is, what
8  symptoms have you experienced because of what
9  happened?  What is it that you're claiming --
10    **A   I have a lot of things going on.  It's**
11  **like I don't understand, and then my whole thing**
12  **is why?  Why?  Why did this happen?  Why?  That's**
13  **me.  Why?**
14    Q   Okay.  Let me ask it this way.  Are you
15  claiming that your depression worsened?
16    **A   Yes.**
17    Q   Okay.  How so?  Describe that for me.
18    **A   I just told you.  I am not going to keep**
19  **saying it over and over.  I just said how it**
20  **humiliated me.  It -- it made me feel low.  It's**
21  **like I'm the wife and you're going to do all of**

Page 266

1  this unnecessary stuff.  It's just disrespect to
2  me.
3    Q   Okay.  So are you claiming that your
4  depression has gotten worse because of things that
5  happened at the funeral home?
6    **A   I'm still dealing with it.  It's still**
7  **there.  It's not gone.**
8    Q   Right.  What I'm asking you is --
9    **A   It's not going to just go.**
10    Q   Right.  What I'm asking you is, you had
11  depression before Ivan passed away.
12    **A   And it wasn't as -- like this.**
13    Q   Okay.  That's what I'm trying to
14  understand.
15    **A   This right here is a big toll of it.  It**
16  **takes a big toll.  It's like somebody sat there**
17  **and just -- you don't understand because you're**
18  **not in that situation.  You don't understand.**
19    Q   That's why I'm --
20    **A   And I don't think anybody's going to**
21  **understand until they be (sic) placed in that**

22 (Pages 263 to 266)

Coast to coast coverage              Evans Reporting Service              Over 25 years
Unsurpassed excellence                  800-256-8410              award-winning service
EXHIBIT 6

1    situation.
2        Q   Okay.  So what about your depression has
3    changed since Ivan passed away?
4        A   I just answered it.
5        Q   Okay.  Anything else you can tell me
6    about how your depression has changed?
7        A   I don't think straight.  I try to cope
8    with it by I -- well, I use eating for my coping
9    skill for this.  It's just -- it's just a lot of
10   things that I do.  I try to do my music, all of
11   that.  It's just -- yeah.
12       Q   Has your depression improved at all --
13       A   No.
14       Q   -- since this happened at the funeral
15   home?
16       A   No, it has not.
17       Q   Okay.  After Ivan died, did you have any
18   depression, you know, just related to the fact
19   that he passed away, disregarding what happened
20   with the funeral home, the fact that he was gone?
21       A   Obviously, you're going to feel that way

1    because, you know, I have feelings for this man
2    and it's like that was my husband.  I'm going to
3    feel a certain way.
4        Q   Okay.  You were grieving his death?
5        A   Yes.
6        Q   Do you continue to grieve his death?
7        A   Yes, I do.
8        Q   Okay.  Does that make you depressed that
9    he's gone?  Is that something that affects your
10   depression?
11       A   It's --
12       Q   I'm sorry?
13       A   Yes, it's...
14       Q   All right.  And when you learned about
15   this claim from Renee Cook, did that affect your
16   depression and how you were feeling?
17       A   I wondered why she -- why they took
18   charge with her, yeah.  I just -- that's another
19   why.
20       Q   Well, I'm just asking, just the fact
21   that this other woman was claiming to be his

1    spouse, did that affect your depression regard- --
2    setting aside --
3        A   All of -- all of this is affecting it.
4        Q   Okay.
5        A   Everything.
6        Q   Have you experienced any panic attacks
7    since the services at the funeral home?
8        A   No.  I have nightmares, and I have, you
9    know, certain movements.  Sometimes I'll rock.
10   It's different things that happens with me.
11       Q   Okay.  But I'm just asking specifically
12   about a panic attack, because it's my
13   understanding you alleged, in this case, that
14   you're having panic attacks --
15       A   Uh-huh.
16       Q   -- because of what happened.
17       A   I have those.
18       Q   All right.  So describe those for me.
19       A   Well, you can't -- I just had some.  You
20   can't breathe and different things.
21       Q   How many times have you had panic

1    attacks?
2        A   That was in the -- like, in the
3    beginning.
4        Q   I'm sorry?
5        A   The beginning of the situation.
6        Q   Okay.  When's the last time you had a
7    panic attack?
8        A   I didn't have one.
9            THE REPORTER:  I'm sorry?
10       A   I didn't have one lately.
11       Q   I mean, do you remember the last time
12   you did have one?
13       A   No, I do not.
14       Q   Did you ever have panic attacks before
15   Ivan passed away?
16       A   Uh-uh.
17       Q   Was that -- did you give an answer?
18       A   No.
19       Q   Okay.  Was your PTSD affected by what
20   happened with the funeral home?
21       A   Yes.

23 (Pages 267 to 270)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence               800-256-8410              award-winning service
                                                                EXHIBIT 6

1    Q   How so?
2    **A   It made me not want to trust nobody even**
3    **more.**
4    Q   Okay.  Any other way it was affected?
5    **A   Flashing.**
6       THE REPORTER:  I'm sorry?
7    **A   Just flashback.  Lashing.  I'll lash**
8    **out.**
9    Q   What are the flashbacks that you get?
10   **A   Distrust.**
11   Q   Okay.  Is there, like, a specific event
12   that you flash back to?
13   **A   Uh-huh.  Just the distrust.  It's --**
14   **yeah, it'll bring it on.**
15   Q   Did you have distrust of people before
16   Ivan passed away?
17   **A   Yes.**
18   Q   All right.  What -- tell me about that.
19   What led to you not trusting people before Ivan
20   passed away?
21   **A   The things that happened to me.**

1    Q   Okay.  The things you described before?
2    **A   Yes.**
3    Q   Has your anxiety been affected by what
4    happened with the funeral home?
5    **A   Yes.**
6    Q   All right.  Tell me about that.
7    **A   I get edgy, and I -- it's just stuck in**
8    **my head.  All of this -- all of this is stuck in**
9    **there, and it's just -- and by me taking my**
10   **medicine, I'm a little more calmer.**
11   Q   Before Ivan passed, were there times
12   where you would get edgy?
13   **A   Not like this.**
14   Q   What's different?
15   **A   Not before the...**
16   Q   Did you answer?  I didn't hear.
17   **A   I said, not before, not as bad as before**
18   **this.**
19   Q   So what is different about it?  That's
20   what I want to understand.
21   **A   The distrust, disrespect.  I just**

1    explained it all.
2    Q   Okay.  You've alleged that you have
3    "regular, untimely, and uncontrollable episodes of
4    crying."
5    **A   Yes, I do.**
6    Q   All right.  So tell me about that.  Tell
7    me about those episodes.
8    **A   When I sit and think about...**
9    Q   What is it that you think about, that
10   leads to the crying episodes?
11   **A   What happened.**
12   Q   Okay.
13   **A   And then I'm still grieving.**
14   Q   So is it the grieving that brings on the
15   crying episodes or is it --
16   **A   No.  Just this whole situation.**
17   Q   Okay.  Is it --
18   **A   And I want to know why.**
19   Q   Is there also grieving when you're
20   thinking about Ivan and the fact that he passed
21   away, that leads to these crying episodes?

1    **A   No.  The crying episodes is from this**
2    **situation right here.**
3    Q   Okay.  And how often do you have these
4    crying episodes?
5    **A   I have them often.**
6    Q   Okay.  And how often?  That's what I
7    want to understand.
8    **A   That's why I have to keep busy, so I**
9    **won't focus on this.**
10   Q   So do the crying episodes happen every
11   day?
12   **A   Uh-uh, not every day.**
13   Q   Every week?
14   **A   Every other day.  It depends.**
15   Q   Okay.  You alleged that you suffer from
16   insomnia.
17   **A   I can't sleep.  When I sleep, when -- I**
18   **have to listen to music to calm me.**
19   Q   Okay.  Did you ever have any kind of
20   insomnia before Ivan passed away?
21   **A   No.**

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410          award-winning service
                                                                    EXHIBIT 6

Page 275

1   Q   "No"?  Is that what you said?
2   A   Yes.
3   Q   And you talked about, a little bit
4   before, nightmares?
5   A   Yes.
6   Q   When did you first start having some
7   nightmares?
8   A   After this situation.
9   Q   Okay.  And what are the nightmares that
10  you would have?
11  A   The way he was on a -- on a little
12  stretcher, and then I can see him.  Different
13  things.
14  Q   Okay.  So you mentioned seeing him on
15  the stretcher.  What other nightmares have you
16  had?
17  A   The way he'd appear.
18  Q   I'm sorry?
19  A   The way he would appear.
20  Q   He would appear?
21  A   (Indicating.)

Page 276

1   Q   Okay.  And what was it that made it a
2   nightmare for you?
3   A   Different things.  I just can't --
4   Q   I'm sorry?
5   A   I said, I just told you --
6   Q   So you described --
7   A   -- the dreams.
8   Q   -- you would see him on a stretcher.
9   And I just want to know if there's any other kind
10  of nightmares that you've had.
11  A   Yes.  Of him.
12  Q   All right.  So what specifically were
13  the nightmares that you've had?
14  A   Appearing.
15  Q   Anything else?
16  A   No, no.
17  Q   And since you started taking prazosin,
18  do you still have nightmares?
19  A   No, not like I was.
20      THE REPORTER:  I'm sorry?
21  A   No, not like I was.

Page 277

1   Q   So you're still having them; they're
2   just different?
3   A   They're not as -- as bad.  No, I don't
4   have them.
5   Q   Okay.  You mentioned uncontrolled
6   eating, before.
7   A   Yeah, I eat --
8   Q   Okay.  Is that something --
9   A   -- to calm me down.
10  Q   Is that something you did before Ivan
11  passed away, at any time?
12  A   I didn't do it as much, but I do it more
13  often.
14  Q   Okay.  So you did have the uncontrolled
15  eating before Ivan passed; you're just doing it --
16  A   No.  I just eat.  I like eating, but I
17  eat more.  That keeps me calm.
18  Q   Okay.  You've alleged weight gain.
19  A   Yeah, I did.
20  Q   Is that true?
21  A   I gained more than what I normally would

Page 278

1   weigh.
2   Q   Okay.  What was the difference?
3   A   I normally weigh 120, 130, and I'm up to
4   almost, like, 150.
5   Q   Okay.  And that's something that
6   happened after Ivan passed away?
7   A   Yes.
8   Q   Do you ever -- or have you ever
9   experienced headaches since Ivan passed?
10  A   Yeah, I was.
11  Q   Okay.  Tell me, when did that occur?
12  A   From me being upset, it would make my
13  blood pressure go up.
14  Q   Do you still get headaches?
15  A   Yes, I do.
16  Q   Yes?
17  A   Yes.
18  Q   Do you take any medication for the
19  headaches?
20  A   I take Tylenol.
21  Q   Did you ever get frequent headaches or

25 (Pages 275 to 278)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410              award-winning service
                                                                    EXHIBIT 6

Page 279

1  migraines before Ivan passed away?
2    **A   No.**
3    Q   You also alleged malaise.  Describe that
4  for me.
5    **A   You said what?**
6    Q   Malaise.
7    **A   Malaise?**
8    Q   That's what you alleged.
9    **A   I get a lot of stuff.**
10       THE REPORTER:  I'm sorry?
11   **A   I said, I get a lot of things going on**
12 **with me since that happened.  It's a lot of things**
13 **that I experience that I have not experienced**
14 **before, so, yeah.**
15   Q   Can you tell me what those are, other
16 than what we've already talked about?
17   **A   I told you everything, for the most**
18 **part.**
19   Q   Like I said before, this is my only
20 opportunity to ask you these questions before --
21   **A   Right.**

Page 280

1    Q   -- we have a trial.
2    **A   And I told you the most part, what I do**
3  **is -- is -- that's all it's doing.  It's just oof.**
4    Q   Okay.
5    **A   Yeah.**
6    Q   All right.  So is there anything else
7  that is affecting you, other than what we've
8  talked about here?
9    **A   Biting my nails, all kinds of stuff.**
10   Q   Okay.  What are -- again, I have to ask
11 you.  What are those "all other kinds of stuff"
12 that you're talking about?
13   **A   I just said, I bite my nails.  I'll do**
14 **my hands like this (indicating), and I'll move**
15 **around.  I can be sitting, and I'll just start**
16 **(indicating).  You know, I wasn't doing all of**
17 **that at first.**
18   Q   Okay.  Anything else?
19   **A   Trying to keep myself calm, you know.**
20   Q   You also have alleged that you've
21 "withdrawn from most social interaction."  Is that

Page 281

1  correct?
2    **A   Yes.**
3    Q   All right.  Tell me about that.  What
4  socially do you not do anymore?
5    **A   I stay to myself more, so I don't**
6  **communicate.**
7    Q   You don't communicate with who?
8    **A   People.**
9    Q   Like, family members?  Friends?
10   **A   I'm just withdrawing myself.**
11   Q   I'm sorry?
12   **A   I'm withdrawing myself.**
13   Q   Okay.  Do you still see your children,
14 the ones that don't live with you?  Do you ever
15 see them, interact with them?
16   **A   Uh-huh.**
17   Q   Yes?
18   **A   I talk to them.**
19   Q   Okay.  Do you go to, like, family
20 gatherings?
21   **A   No, I don't do that.**

Page 282

1    Q   Why not?
2    **A   Pandemic.**
3    Q   Okay.  Do you have any close friends
4  that you interact with?
5    **A   I don't talk to people as much.**
6    Q   Okay.  Do you have any friends that you
7  interact with or that you see?
8    **A   I don't.  I'll talk to people on the**
9  **phone.**
10   Q   Okay.  So do you ever go out, you know,
11 to --
12   **A   No, I don't go out.**
13   Q   -- to do anything?
14   **A   I'll go to the store, come back, and**
15 **church.**
16   Q   So you go to church?
17   **A   Yes.**
18   Q   Where do you go church?
19   **A   Well, I was going to church in Virginia.**
20   Q   Okay.
21   **A   I do virtual here.**

26  (Pages 279 to 282)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                            EXHIBIT 6

Page 283

1  Q   What virtual church do you attend?
2  A   I forget the name of the church.  The
3  one I go to in Virginia.  I do that virtual now.
4  I don't go there because I can't go there because
5  I'm not there.
6  Q   What's the name of that church?
7  A   Lexington.
8  Q   I'm sorry?
9  A   Lexington.  What is it?  What's the name
10 of that church?  It's in Lexington, Virginia.
11 What is it?  Oh, God.  It's on Main Street.  Oh,
12 goodness.  And I can't look it up.
13 Q   You don't remember?
14 A   It's in Lexington on Main Street.
15 That's all I can remember.
16 Q   Is it a Baptist church?
17 A   Yes.
18 Q   What is it, like a live stream that you
19 attend?
20 A   Virtual.
21 Q   Yes.

Page 284

1  A   Yes.  I do watch it on Sunday.
2  Q   Okay.
3  A   At eleven o'clock.
4  Q   Who do you do that with?
5  A   Myself.
6  Q   Just by yourself?
7  A   Yes.
8  Q   So before, you know, Ivan passed away
9  and the events happened at the funeral home, what
10 did you do as far as your social life?
11 A   Church.
12 Q   Okay.  Anything else?
13 A   Uh-uh.
14 Q   No?
15 A   No.
16 Q   Since Ivan passed away, were there any
17 other events in your life that caused you stress
18 or increased your depression, your anxiety, PTSD,
19 anything like that?
20 A   You know, I have children.  You know,
21 children, you've got to deal with their

Page 285

1  personalities and deal with some of their
2  problems, and yeah.
3  Q   Okay.  What specifically -- since Ivan
4  passed away, what problems have you had to deal
5  with, with your children?
6  A   Oh, no.  That was before he -- before he
7  passed.  They ain't have nothing to do with after
8  he passed.
9  Q   Okay.  So you haven't had any
10 significant problems with your children, since he
11 passed, that caused you stress or anxiety or
12 depression?
13 A   You know, there's everyday living with
14 them, I mean, hey.
15 Q   And I understand that you have your
16 typical things that you deal with, with children.
17 I'm just talking about, like --
18 A   Well, just --
19 Q   -- things that really --
20 A   -- like, bring, no, no.
21 Q   Okay.  Did any of the children that live

Page 286

1  with you, did they ever have any legal troubles
2  that you had to deal with since Ivan passed away?
3  A   No.
4  Q   Okay.  Do any of your children have any
5  medical conditions?
6  A   The ones with me now?
7  Q   Well, we can start with them, sure.
8  A   My last one, he only has asthma.
9  Q   Any other conditions?
10 A   He has autism.
11 Q   Okay.  And what's that child's name?
12 A   Deangelo Johnson.
13 Q   Deangelo?
14 A   Johnson.
15 Q   Okay.  When was he diagnosed with
16 autism?
17 A   In Virginia.
18 Q   You were living in Virginia?
19 A   Yes.
20 Q   Okay.  Was it before or after Ivan
21 passed away?

27 (Pages 283 to 286)

Coast to coast coverage                 Evans Reporting Service                 Over 25 years
Unsurpassed excellence                      800-256-8410                     award-winning service
                                                                                EXHIBIT 6

Page 287

1    A  It was before.  Yeah, before.
2    Q  Okay.  And did that diagnosis lead to
3  any stress for you?  Anxiety?  Depression?
4    A  No.  I just had to deal with what I had
5  to deal with, with him and his autismness (sic).
6    Q  Okay.  Did you ever have any problems in
7  your relationship with Mr. Mitchell since Ivan
8  passed away?
9    A  Off and on.
10   Q  Okay.  And tell me about those.
11   A  He don't understand.  You know how
12 people don't understand certain stuff, I mean,
13 because they're not in that position.  I mean,
14 it's, hey.
15   Q  Okay.  Since Ivan passed away, did you
16 ever have any stress or anxiety or depression due
17 to relationship issues with Mr. Mitchell?
18   A  No.
19   Q  No?
20   A  (Indicating.)
21   Q  Okay.  Were there any other deaths in

Page 288

1  your family or among close friends, either kind of
2  right --
3    A  No.
4    Q  -- before Ivan passed away or after?
5    A  No.
6    Q  Have you ever been to Mount Zion
7  Cemetery --
8    A  No.
9    Q  -- to visit Ivan's grave?  You have not?
10   A  No.
11   Q  Why not?
12   A  No, I have not.
13   Q  I'm just asking why you haven't.
14   A  I have not.
15   Q  I understand that.  I'm just asking, is
16 there a specific reason you haven't gone to visit
17 him?
18   A  I just can't focus with it right now.
19 It's -- it's hard.
20   Q  Since the memorial service, have you
21 kept in touch with any of Ivan's family members?

Page 289

1    A  No.
2    Q  No?
3    A  (Indicating.)
4    Q  When you and Ivan married, did you have
5  your name -- your last name changed to Street?
6    A  Yes.
7    Q  Okay.  Is it something you filed
8  paperwork with --
9    A  Yes.
10   Q  And when you were filing for divorce or
11 when you -- or after he passed, did you have your
12 name changed back to --
13   A  No.
14   Q  Okay.  Well, your maiden name is Rone?
15   A  Yes.
16   Q  R-O-N-E?
17   A  R-O-N-E, yes.
18   Q  Okay.  So you have not changed your last
19 name back to Rone?
20   A  No.
21   Q  All right.  Is there a reason why you

Page 290

1  haven't?
2    A  Because that's my name, Street.
3    Q  Okay.  Any other reason?
4    A  No.  That's going to be my name.
5      MR. MANN:  Okay.
6      All right.  Those are all of the
7  questions I have.  Thank you.
8      MR. ALEXANDER COFFIN:  No questions.
9      MR. MANN:  Do you want to advise her
10 reading and signing?
11     MR. JIM COFFIN:  You can do it.
12     MR. MANN:  I can't do it.  He's her
13 attorney.  He's got to do it.
14     MR. ALEXANDER COFFIN:  Sure.
15     (Discussion was held off the record.)
16     MR. ALEXANDER COFFIN:  Ms. Street, you
17 have the right to -- if something is misrecorded,
18 if something is not a true representation of what
19 you said, you're going to get a -- you know, you
20 have the right to get a copy and to correct.
21     You can't change your answers to what

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 6

Page 291

1  you said today, but if something is not correct,
2  something is not as how you stated it, you have
3  the right to make those changes appropriately.
4      THE WITNESS: Okay.
5      MR. ALEXANDER COFFIN: So there's going
6  to be a transcript sent out in a couple of weeks
7  that is going to basically dictate everything that
8  you said today and last Friday.
9      THE WITNESS: Okay.
10     (Discussion was held off the record.)
11     MR. ALEXANDER COFFIN: And you'd like a
12  copy to review it?
13     THE WITNESS: Yes.
14     MR. ALEXANDER COFFIN: Okay.
15     MR. MANN: Read and sign?
16     MR. ALEXANDER COFFIN: Yes.
17     (Deposition was concluded at 11:05 a.m.)
18
19
20
21

Page 293

1      INSTRUCTIONS TO THE WITNESS FOR
2          REVIEWING TRANSCRIPT
3
4      Read your deposition over carefully.  It
5  is your right to read your deposition and make
   changes in form or substance.
6
7      You should mark any change in the
   appropriate columns on the errata sheet.  Changes
8  made in your transcript may be questioned by
   counsel at a later date.
9
10     Please note any change in form or
   substance on the following errata sheet.  Enter
11  the relevant page number and the line number.
   Also enter the incorrect word and your correction.
12
13     Then sign and date your deposition at
   the end of the errata sheet in the space provided.
14  You are signing it subject to the changes you have
   made in the errata sheet, which will be attached
   to the deposition before filing.
15
16     The errata sheet needs to be returned
   within 30 days of receipt to Evans Reporting
17  Service, 7 North Calvert Street, Suite 409,
   Baltimore, Maryland 21202.
18
19     If you have any questions, please give
   us a call.
20
21

Page 292

1  State of Maryland
2  Anne Arundel County
3      I, Melanie Kilchenstein, a Notary Public
4  of the State of Maryland, Anne Arundel County, do
5  hereby certify that the within-named witness
6  personally appeared before me at the time and
7  place herein set out, and after having been first
8  duly sworn by me, according to law, was examined
9  by counsel.
10     I further certify that the examination
11  was recorded stenographically by me and this
12  transcript is a true record of the proceedings.
13     I further certify that I am not of
14  counsel to any of the parties, nor an employee of
15  counsel, nor related to any of the parties, nor in
16  any way interested in the outcome of the action.
17     As witness my hand and seal this 15th
18  day of November, 2022.
19
          Melanie Kilchenstein
20
21  My Commission Expires:  1/15/2023.

Page 294

1      WITNESS CERTIFICATION
2      I, DEMETRA STREET, hereby certify that I
3  have read the foregoing transcript of my
4  deposition taken in the aforementioned case on
5  Tuesday, November 1, 2022.
6
7      I further certify that the transcript is
8  a true and correct transcription of the deposition
9  with the addition of the errata sheet, which is
10  hereby made a part of the deposition.
11
12     Dated this __ day of _____, 2022.
13
14
15
16     _____
       DEMETRA STREET
17
18
19
20
21

29 (Pages 291 to 294)

Coast to coast coverage
Unsurpassed excellence

Evans Reporting Service
800-256-8410

Over 25 years
award-winning service
EXHIBIT 6