Rita Jeffers 10/26/2022
Demetra Street vs. Wylie Funeral Home, P.A., et al.

Page 1

                    UNITED STATES DISTRICT COURT
                              FOR THE
                       DISTRICT OF MARYLAND

    DEMETRA STREET                  )
                                    )
            Plaintiff                )
    v.                               )   Civil Action No.:
                                    )
    WYLIE FUNERAL HOME, P.A.,       )   RDB-21-cv-1970
    et al.                          )
                                    )
            Defendants               )


                    DEPOSITION OF RITA JEFFERS

                 Wednesday, October 26, 2022

                        Bowie, Maryland




    Reported by:   Melanie Kilchenstein



                    EVANS REPORTING SERVICE
               The Munsey Building, Suite 409
                  Seven North Calvert Street
                  Baltimore, Maryland 21202
                  410.727.7100   800.256.8410

## Page 2

1  DEPOSITION OF RITA JEFFERS
2  Deposition of Rita Jeffers, taken in the
3  above-entitled case on Wednesday, October 26,
4  2022, commencing at 10:34 a.m., held at Regus -
5  Melford Plaza I, 16701 Melford Boulevard, Suite
6  400, Bowie, Maryland 20715, and reported by
7  Melanie Kilchenstein, a Notary Public.
8  *    *    *    *
9
10
11
12
13
14
15
16
17
18
19  EVANS REPORTING SERVICE
   The Munsey Building, Suite 409
20  Seven North Calvert Street
   Baltimore, Maryland 21202
21  410.727.7100   800.256.8410

## Page 3

1  INDEX
2  DEPOSITION OF RITA JEFFERS
3  October 26, 2022
4
5  EXAMINATION BY                              PAGE
6  Mr. Mann                                     5
7  Mr. Alexander Coffin                        70
8
9
10 EXHIBITS     DESCRIPTION                    PAGE
11 1   Statement of Funeral Goods               35
12     and Services Selected
13 2   Authorization                            56
14 3   Disclosure-Disclaimer Form               56

## Page 4

1  APPEARANCES:
2  ALEXANDER J. COFFIN, ESQUIRE
     Law Office of Alex Coffin, LLC
3    114 Spring Place Way
     Annapolis, MD 21401
4    410-216-3339
     alex.coffinlaw@gmail.com
5    ON BEHALF OF THE PLAINTIFF
6  CHRISTIAN C. MANN, ESQUIRE
     Mann & Casey P.A.
7    409 Washington Avenue, Suite 600
     Towson, MD 21204
8    410-296-6826
     jmarkel_mann@hotmail.com
9    ON BEHALF OF THE DEFENDANTS
10
11 ALSO PRESENT:  Jim Coffin

## Page 5

1  P R O C E E D I N G S
2  RITA JEFFERS, called as a witness and
3  having been duly sworn, testified as follows:
4  EXAMINATION
5  BY MR. MANN:
6  Q   Can you state your full name and current
7  address for the record, please?
8  A   Rita Jeffers, 12802 Beaverdale Lane,
9  Bowie, Maryland 20715.
10 Q   Good morning, Ms. Jeffers.  As you know,
11 my name is Chris Mann, and I represent Wylie
12 Funeral Home and some of its employees in a case
13 that was filed against them by Demetra Street.
14 We're here today to take your deposition
15 about her claims and what you know about Ivan
16 Street and --
17 A   Uh-huh.
18 Q   -- and his services.
19 Before we get into it, there's a few
20 ground rules I want to go over with you, briefly.
21 First, please always give a verbal response to my

2 (Pages 2 to 5)

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence                 800-256-8410                 award-winning service
                                                                      EXHIBIT 7

Page 6

1  question, like yes or no, instead of shaking or
2  nodding your head.
3     A   Okay.
4     Q   Okay?
5     A   Uh-huh.
6     Q   Also, let me finish my question
7  completely before you begin your answer so that
8  we're not talking over one another. It will make
9  the court reporter's job much easier. Okay?
10    A   Okay. Yes.
11    Q   And, finally, if I ask a question that
12 you don't understand, just stop me and let me
13 know, and I'll be happy to rephrase it for you.
14 Okay?
15    A   Okay. Yes.
16    Q   All right. As I said, we're here today
17 regarding a case filed by Ms. Street against Wylie
18 Funeral Home and its employees.
19       Are you aware generally of what
20 Ms. Street has claimed against the funeral home?
21    A   Somewhat, not totally, but somewhat.

Page 7

1     Q   How did you find out about Ms. Street's
2  claims against the funeral home?
3     A   A lawyer -- no. Someone -- someone
4  called me. This -- because this -- when was this?
5  This was -- this was, like, last year. Someone
6  called me, I think -- called my sister. A lawyer
7  called my sister, and then he put us on two-way.
8  And we was talking to this lawyer, but I forgot
9  the lawyer's name.
10    Q   Okay. And before we get into it, let me
11 just ask you some background questions about
12 yourself. Are you employed?
13    A   No. I'm retired.
14    Q   When did you retire?
15    A   Last year.
16    Q   What did you do for a living?
17    A   I build cables.
18    Q   What does that mean?
19    A   Manufacturing, worked in a manufacturing
20 company, build cables.
21    Q   Okay. And how long have you lived in

Page 8

1  the Bowie area?
2     A   Three and a half years now.
3     Q   And where were you living before you
4  lived in Bowie?
5     A   1505 Rolling Road, Baltimore, Maryland,
6  Woodlawn.
7     Q   It was in Woodlawn, you said?
8     A   Yes, it was in Woodlawn.
9     Q   Okay.
10    A   Uh-huh.
11    Q   Were you born and raised in Baltimore?
12    A   Yes.
13    Q   Did you live there the whole time until
14 you came down here to Bowie?
15    A   Yes.
16    Q   What was your relationship to Ivan
17 Street?
18    A   He was my cousin.
19    Q   And is that by blood or by marriage?
20    A   By blood.
21    Q   Okay. What was the connection?

Page 9

1     A   His mom and my mom were sisters.
2     Q   Okay. Did you guys kind of grow up
3  together?
4     A   Yes.
5     Q   All right. And he lived in Baltimore,
6  as well, when you guys were growing up?
7     A   Yes.
8     Q   At the time Ivan passed, what was kind
9  of, like, your relationship like with him?
10       Did you guys stay in touch? Did you
11 hang out? Did you, you know, see each other just
12 at family gatherings?
13    A   He stayed -- he stayed in touch with me.
14 His mom died, and he stayed in touch with -- with
15 me a lot, you know, through the years --
16    Q   Okay.
17    A   -- and --
18    Q   So even when you moved to Bowie, would
19 you guys keep in touch, you and Ivan?
20    A   Yes.
21    Q   And he -- you said, he did that, he kept

3 (Pages 6 to 9)

Page 10

1  in touch with you?
2  A  He -- he kept in touch, mostly with me.
3  Q  Okay.
4  A  Because he really didn't have anyone.
5  It was -- it was just him, and when his mom died,
6  it was just him by hisself (sic). He was
7  incarcerated several times, back and forth, in and
8  out. And then this last time -- he has a bad
9  heart. He had a bad heart. So he would keep in
10  touch with me, and he was planning to make me his
11  beneficiary, but that didn't pan out because he
12  passed.
13  Q  Okay. Tell me about that, he was
14  planning to make you his beneficiary.
15  A  He was planning to make me his
16  beneficiary. He called me and he asked
17  information about me and I gave it to him. I
18  thought that it had went through, but I didn't
19  hear from him.
20  And then the next thing I knew, that --
21  it was, like, maybe a year passed, and I never got

Page 11

1  back in touch with him. And that's when he called
2  me up, and he asked me again, would I be his
3  beneficiary, and I told him yes. But by the
4  time -- he -- he never did get the papers done.
5  Q  Okay.
6  A  And I was the only one who was allowed
7  to go into the house when he passed.
8  Q  Okay. Now, what year was it, if you
9  recall, when he first told you he wanted to make
10  you his beneficiary?
11  A  This is -- that was several times. I'll
12  say maybe '20. It might have been in 2020, and
13  then he asked me again in 2022 -- no -- 2021, last
14  year.
15  Q  And when you say to make you his
16  beneficiary, his beneficiary of what?
17  A  Beneficiary if something was to happen
18  to him because that's when he found out that he
19  had a bad heart and they had put a stent in there.
20  Q  Okay. Do you mean power of attorney or
21  beneficiary?

Page 12

1  A  He -- he wanted -- he wanted me to be
2  his beneficiary because he was going to get
3  insurance because he had no insurance.
4  Q  Okay.
5  A  He had none.
6  Q  But that never happened is what you're
7  saying?
8  A  Right, uh-uh. It never -- it never
9  pulled through.
10  Q  Do you know if Ivan ever had a will?
11  A  No. We didn't find any.
12  Q  And before Ivan passed, were you aware
13  of whether he was ever married?
14  A  Yes. We -- I knew that he had gotten
15  married, you know, but -- and I knew that he was
16  married to her, but I didn't know her that well.
17  My sister went to the wedding. I didn't go.
18  Q  Who is "her"? Demetra Street?
19  A  Demetras (sic) Street, yeah. I keep
20  forgetting her name, Demetras.
21  Q  Are you aware of whether Ivan had any

Page 13

1  other marriages?
2  A  No.
3  Q  Okay. Were you ever aware of a woman
4  named Renee Cook or Renee Wright?
5  A  No, I don't know of her.
6  Q  How about a woman named Francine
7  Whittington?
8  A  I knew her.
9  Q  Okay. What did you know about Francine
10  Whittington?
11  A  Francine was dating him a long time ago,
12  back in the '70s or something, and they had a
13  child. And she never did -- they never did get
14  together. She had the child, and Ivan Street
15  was -- like I told you, he was going back and
16  forth in jail. So they had -- they never really
17  got together, but they had the child.
18  Q  They just had one child, together?
19  A  No, no, no, no, no. I'm sorry. I'm
20  sorry. I'm sorry.
21  Q  That's okay.

4 (Pages 10 to 13)

Coast to coast coverage        Evans Reporting Service         Over 25 years
Unsurpassed excellence         800-256-8410                    award-winning service
                                                               EXHIBIT 7

Page 14

1    A   I'm sorry. They never did have any
2  children, and they broke up. What happened --
3  see, I have another cousin. That's my cousin on
4  my father's side. He hooked up with Francine, and
5  he had a child.
6    Q   Okay.
7    A   He had a child by Francine. I'm sorry.
8    Q   So Ivan and Francine never had a child?
9    A   No. Ivan and Francine never had
10 children.
11   Q   Okay. You said that Ivan was
12 incarcerated several times; is that right?
13   A   Yes.
14   Q   What was he incarcerated for?
15   A   I don't know. I -- I really couldn't
16 tell you.
17   Q   You know it was more than once, though?
18   A   Yes.
19   Q   Do you know the last time he had been
20 incarcerated before he died?
21   A   He was out, like, several years. He was

Page 15

1  out, maybe, about three -- three years, so.
2    Q   He had been out about three years --
3    A   Yeah.
4    Q   -- at the time he died?
5    A   Uh-huh.
6    Q   Yes?
7    A   Yes.
8    Q   Okay. Did Ivan have any children?
9    A   No.
10   Q   And did Ivan have any brothers or
11 sisters?
12   A   No. It was just him.
13   Q   When he passed, were both of his parents
14 deceased?
15   A   Yes.
16   Q   Okay. Were his grandparents also
17 deceased?
18   A   Yes, that I know of.
19   Q   And how many cousins did Ivan have,
20 including you?
21   A   A lot.

Page 16

1    Q   Okay.
2    A   It's a lot of us now. Billy West, and
3  what is Peewee's name? Ira? I can't think of my
4  cousin's name. We call him "Peewee," and he --
5  they were -- they were close. They were really
6  close. Those three was really close. They grew
7  up together on Beryl Avenue on the east side of
8  town.
9    Q   Okay. So what was the -- who were the
10 cousins that he grew up with?
11   A   Billy West, and I can't think of -- I
12 can't think of my cousin's name, but we called him
13 "Peewee."
14   Q   Okay. Was that Melvin Lashley, by any
15 chance?
16   A   It was his brother.
17   Q   Okay.
18   A   It was Lashley's brother because he was
19 younger.
20   Q   Who was younger?
21   A   Lashley.

Page 17

1    Q   Melvin was younger?
2    A   Yeah, yeah, Melvin was younger.
3    Q   Okay. And the three of them grew up
4  together: Billy West, Peewee, and Ivan?
5    A   Yeah, all of them. They were very, very
6  close, and they're all around in the same age
7  frame.
8    Q   Okay. I know -- you mentioned those
9  cousins. Any other cousins?
10   A   Oh, yes, we -- we had a whole lot of
11 cousins, you know.
12   Q   Okay.
13   A   My -- my -- my parents -- my mother had
14 siblings of 12 kids. One died, so it was 11 of
15 them.
16   Q   Oh, wow. Okay.
17   A   Yeah. So, you know, I can't give you
18 the name of all of them.
19   Q   I can't name all my cousins, either.
20       All right. I think you said this
21 before, but had you met Demetra Street before Ivan

5 (Pages 14 to 17)

Coast to coast coverage                Evans Reporting Service                Over 25 years
Unsurpassed excellence                     800-256-8410                    award-winning service
                                                                          EXHIBIT 7

Page 18

1 passed away?
2    A   No. I never met her.
3    Q   Had you ever spoken to her on the phone?
4    A   Yes.
5    Q   Before Ivan passed?
6    A   No.
7    Q   Okay. So I take it, then, you had not
8 met or spoken to Demetra Street before Ivan's
9 passing?
10    A   No. I didn't even know how she look.
11    Q   Okay. How did you hear about her, or
12 how did you know that Ivan had been married to
13 her?
14    A   I think it was Melvin gave me -- Melvin
15 called me and gave me the phone -- or gave me the
16 phone number or gave -- or gave her the phone
17 number. I can't remember which -- which was
18 which, but I think she called me because Melvin
19 knows her. I never -- I never knew her. Melvin
20 knew her.
21    Q   Okay. So did you --

Page 19

1    A   Lashley, Melvin Lashley, knew her.
2    Q   Okay. So before Ivan died, did you know
3 that he was married?
4    A   To her?
5    Q   To Demetra Street.
6    A   Yes.
7    Q   Okay. How did you know that?
8    A   Because -- through families telling you
9 and -- and -- and him telling me because he did.
10 He would call me sometime and tell me that he was
11 going to leave her. He said, "I've got to leave
12 her, Rita, because she's -- she's just not -- she
13 just wasn't a good person," you know.
14    Q   Okay. So tell me about that. What did
15 Ivan tell you about Demetra Street?
16        MR. ALEXANDER COFFIN: Objection.
17        You can answer.
18    A   I can answer?
19    Q   Yes.
20    A   Oh. She -- she -- she wasn't -- she
21 wasn't a good wife. She had other kids. She

Page 20

1 messed around. I -- I have to say from what
2 Melvin Lashley had told us because they was close
3 to them.
4        He said that -- he called me on the
5 phone at one time, before Lashley told me this,
6 that he was going to leave her. He said, "Rita,
7 she do me wrong," you know, and "I'm going to
8 leave her." But he never told me about a guy that
9 lived down the street, and she was going down the
10 street and having sexual intercourses (sic) with
11 this guy, and he lived right down the street from
12 him.
13        So Lashley told me that she really
14 hurted (sic) him bad, but he was -- his plan was
15 to leave her and he did. He finally did leave
16 her. I don't know if it was that year or not. I
17 can't tell you what year it was, but he did
18 finally leave her.
19    Q   So who told you about the man down the
20 street? Was that Melvin Lashley or Ivan Street?
21    A   Ivan -- Ivan told me -- he never told me

Page 21

1 about it. He just told me -- about a guy down
2 the -- he never told me that story. He just told
3 me that she cheats on him, you know, and she was
4 always doing the wrong things, she goes out, she
5 never comes home. You know, things like that,
6 that he -- he would tell me.
7    Q   Okay. Did Melvin Lashley tell you about
8 the man down the street?
9    A   Yeah, told me -- told me about the man
10 down the street.
11    Q   Okay. Was that before -- strike that.
12        Did Melvin tell you that before or after
13 Ivan passed?
14    A   He told me after he passed. That's --
15 this is when we found out about the man down the
16 street.
17    Q   After Ivan passed away?
18    A   Yes.
19    Q   Okay. All right. It's my understanding
20 Ivan passed away January 9, 2021. How did --
21    A   Uh-huh.

6 (Pages 18 to 21)

EXHIBIT 7

Page 22

1  Q  -- you find out that he had passed away?
2  A  My son. My son's name is Melvin too.
3  He called me and told me, "Ma, you've got to call
4  Melvin" -- Lashley, that's -- that's him --
5  "and -- because they said they found Tyrone in the
6  house and he passed." He had passed.
7      So when I called him, he said they won't
8  let me in the unit. They won't let nobody in the
9  unit until I came because the officer, that's
10 whose name he had down as the person that -- was
11 the first person who could go in -- into the
12 house. So when I got there, the police was there.
13 Q  Okay.
14 A  And I had to sign a paper, and then he
15 let me in.
16 Q  What was it that the police officer was
17 referring to, that had your name down?
18 A  I think it had something to do with, by
19 him dying in the house, I think, next of kin, and
20 I was down as the next of kin, but I was the only
21 person that could get in there.

Page 23

1      It didn't matter that Lashley was there
2  and another cousin named Scott. Last name's
3  Scott. Scott, Scott, Scott. I forgot his name,
4  but he was there too. Two of my cousins was
5  there, but they couldn't come in. I was the only
6  one who was down who could -- who was allowed to
7  go in.
8  Q  Okay. Do you know whether it was, like,
9  a document that had your name on it?
10 A  Yes, it had my -- it was a paper that he
11 had, and it had my name on it. Don't ask me where
12 that paper's at because I...
13 Q  I was just going to ask you that, so.
14 You don't have it?
15 A  No, I -- I don't think I have it. I
16 don't think I do.
17 Q  Do you know what the document was
18 called?
19 A  I think it was just to sign the unit,
20 the apartment, over to allow me to go in. I don't
21 know what you would call it.

Page 24

1  Q  Okay. All right. And then you were
2  allowed in the house --
3  A  Yes.
4  Q  -- to see Ivan?
5  A  Yeah. And he was on -- he was on -- he
6  was in the bed, but he was hanging off -- he
7  wasn't hanging -- he wasn't off the bed, but he
8  was, like, on the edge of the bed.
9  Q  Okay. And then what happened next?
10 What did you do as far as, you know, taking care
11 of --
12 A  Me, my sister, Melvin Lashley, and
13 another cousin, we were the ones that was in
14 there. And what we was looking for was something
15 to say -- that had my name on it, so that we could
16 find -- to see if he proceeded these -- his death
17 certificate through -- you know, his insurance, to
18 see if he had it, and we couldn't find none. We
19 found papers with my name on it, but he never did
20 proceed them through.
21 Q  Okay. And then what did you guys -- or

Page 25

1  strike that.
2      What did you do next, after --
3  A  After that, what we had to do, we had to
4  get -- we -- I had to call all the family, which
5  was cousins. I think only one aunt was still
6  living, and she passed this year and -- one of my
7  mother's sisters, that was the last one, and she
8  passed this year. And we all had to get together
9  and we put the money together to have him
10 cremated.
11 Q  Okay. Now, when you spoke to your
12 family members, was there kind of talk about who
13 would take care of Ivan's arrangements?
14 A  Well, it was me and my sister.
15 Q  And what's your sister's name?
16 A  Cheyenne.
17 Q  Okay. Did everyone in the family --
18 A  Simmons.
19 Q  -- agree to that?
20 A  Yeah.
21 Q  Okay.

7 (Pages 22 to 25)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence           800-256-8410                     award-winning service
                                                                 EXHIBIT 7

Page 26

1   A   Because they -- what they said is that
2   "Whatever -- whatever way that you want to go,
3   that we can go, Rita, we're going to leave it to
4   you," you know.
5       MR. ALEXANDER COFFIN: Objection.
6   Q   You can answer.
7   A   "We're going to leave it to you, you
8   know, to -- to do that." So that's when we began
9   to get funds together, and everybody, whatever
10  they had -- all the cousins -- had put the money
11  together, which was enough for him to be cremated.
12  Q   Okay. We'll get to that in a second.
13      Were you the one that made the decision
14  to contact Wylie Funeral Home --
15  A   Yes.
16  Q   -- about Ivan Street?
17  A   Yes.
18  Q   Okay. Just a reminder, let me finish
19  the question --
20  A   I'm sorry.
21  Q   -- before you answer. That's okay.

Page 27

1       All right. You made that decision --
2   A   Uh-huh.
3   Q   -- right?
4   A   Me and my sister.
5   Q   Okay. Ms. Simmons?
6   A   Yes.
7   Q   All right. Why did you decide to
8   contact Wylie Funeral Home?
9   A   Wylie is a close friend of my family and
10  he took care a lot of people within my family.
11  I'm getting ready to cry.
12  Q   Okay. Just let me know if you need a
13  minute, and, also, if you need a break at any
14  time, just let me know. Okay?
15  A   Yeah.
16  Q   All right. You said Wylie.
17  A   Uh-huh.
18  Q   Was it Albert Wylie?
19  A   It was -- it was Wylie, the -- the guy
20  who own Wylie Funeral Homes.
21  Q   Right.

Page 28

1   A   Yeah.
2   Q   There's many Wylies, so I'm wondering
3   which one it was you were referring to.
4   A   It was the one -- the headman, not his
5   son. It was the head- -- he was the headman.
6   Q   I got you.
7   A   And my family knew -- knew him.
8   Q   Had the family used Wylie Funeral Home's
9   services before?
10  A   Oh, yes.
11  Q   Okay. Any issues with those prior
12  services?
13  A   No, never.
14  Q   All right. And were you the one that
15  made the first contact with Wylie Funeral Home?
16  A   Yes.
17  Q   All right. What did you do? Did you
18  call, or did you go there?
19  A   I think we called first, and then we
20  made an appointment to come there --
21  Q   Okay.

Page 29

1   A   -- my sister and I.
2   Q   And the funeral home that you called and
3   went to, was that located on Mount Street?
4   A   Yes.
5   Q   All right. Are you familiar if there's
6   any other funeral home?
7   A   Liberty Road.
8   Q   Okay. Did you ever contact or go to
9   that funeral home with regard to Ivan Street?
10  A   I don't -- I don't think we did. I
11  think -- I don't think we did.
12  Q   Okay.
13  A   We'd done everything down on Monroe.
14  Q   On Mount Street?
15  A   Yeah, on -- on Mount Street. I'm sorry.
16  Mount Street.
17  Q   All right. Now, when you first
18  contacted the funeral home, do you remember who
19  you spoke to?
20  A   One of his assistants, but I forgot his
21  name. I might still have a folder with all of

8 (Pages 26 to 29)

Coast to coast coverage         Evans Reporting Service         Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                              EXHIBIT 7

Page 30

1 that in it, in a chest in my house. I might.
2    Q   Okay. Well, we'll follow up with you on
3 that.
4    A   Okay.
5    Q   Do you recall the first meeting you had
6 at the funeral home?
7    A   The first meeting was to make
8 arrangements.
9    Q   Okay.
10   A   But -- and the guy who we did it -- it
11 wasn't Wylie. It was a -- one of his assistants.
12   Q   Was it Devin Conner?
13   A   That's him.
14   Q   Okay.
15   A   Devin.
16   Q   All right. Do you remember -- strike
17 that.
18       Do you remember the date that the
19 meeting occurred?
20   A   No.
21   Q   All right. And when you met with Devin

Page 31

1 Conner, what was discussed during that first
2 meeting?
3    A   First, we would -- first, we wanted
4 to -- we wanted to let him know that he would have
5 to be cremated because we didn't have enough money
6 to bury him because he didn't have any insurance.
7    Q   Okay.
8    A   So that was the first thing that we
9 talked about.
10   Q   So whose decision was it that you were
11 going to do a cremation for Ivan? Was that you,
12 or was that the whole family?
13   A   The whole family.
14   Q   Okay.
15   A   The whole family saw it that way because
16 we didn't have enough money to get him a casket
17 and have him laid out in it.
18   Q   Was that the only reason the family
19 selected cremation?
20   A   Yes, because we didn't have -- we was --
21 didn't have enough funds.

Page 32

1    Q   Before Ivan passed, did you ever talk to
2 him about what his wishes were when he died, as
3 far as whether he wanted to be buried or cremated?
4    A   No.
5    Q   All right. And before that first
6 meeting, the family had gotten together to see
7 what kind of funds you could come up with?
8    A   Uh-huh.
9    Q   Is that correct?
10   A   Yes.
11   Q   All right. What else was discussed
12 during the meeting with Devin Conner?
13   A   He -- he -- he put down -- he put
14 down -- he -- he gave us a thing of how much it
15 would cost and everything for me and my sister to
16 have him cremated.
17   Q   Okay.
18   A   And so what we did is that we took --
19 we -- after that, we took the paper and -- and we
20 called all the cousins and we let them know what
21 the -- the price was for his cremation and -- and

Page 33

1 everything.
2       And so everybody agreed on it, and
3 that's when we started -- everybody started
4 sending in funds. A couple of people went
5 directly to Wylie Funeral Home and gave them a
6 check.
7    Q   Okay. Now, during this meeting with
8 Devin Conner, did you discuss whether Ivan was
9 married at the time of his death?
10   A   We -- yeah, yes, we found out that he --
11 he was married, you know. But what happened was
12 that that same -- I think that same time -- or it
13 might have been a second time with a meeting with
14 Devin -- that he said that Demetras had sent him a
15 check.
16       She had brought him a check, and the
17 check was for $600, but she got that check from
18 Department of -- I think it was Social Services
19 because they give that to the wife if -- I was
20 told. I never even knew about this. And -- and
21 he was saying that they give this to the wife if

9 (Pages 30 to 33)

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence                 800-256-8410                award-winning service
                                                                    EXHIBIT 7

Page 34

1  something was to happen to their spouse, or
2  whatever.
3     Q   Okay.
4     A   And so she -- she -- she -- she wasn't
5  there when we was there.  She came on a day when
6  we weren't there, and she gave him that check.
7     Q   Now, during that meeting, was it
8  discussed with Devin Conner that the spouse would
9  have to approve Ivan's cremation?  Was that talked
10 about during the meeting?
11    A   No.  I -- I -- I discussed it with her.
12 I discussed it with her over the phone.  It
13 wasn't -- it wasn't discussed about a cremation.
14 It was -- we had the cremation, but I -- I don't
15 remember if -- I know I told her everything that
16 we've done.  I would call her and let her know
17 that we've done this.
18    Q   Okay.
19    A   "Demetras, we've done this."  "Demetras,
20 we're going to do this," you know, and she said
21 "okay" to it.

Page 35

1     Q   Okay.  We'll get to that, but I'm just
2  talking about that first meeting.
3         Did you -- had you spoken to Demetra
4  before that first meeting with the funeral home?
5     A   I don't think so.  I don't -- I don't --
6  I don't -- I don't think I did because we -- we --
7  I didn't even know about the 600.  She never even
8  discussed it with me, so I know I didn't discuss
9  it with her.
10        (Jeffers Exhibit No. 1 was marked for
11 identification.)
12    Q   Ms. Jeffers, I'm showing you what's been
13 marked as Exhibit 1 to your deposition, if you can
14 take a quick look at that.  Let me know when
15 you're ready.
16        MR. ALEXANDER COFFIN:  I'd like to see
17 that document as well, please.
18        MR. MANN:  Okay.  I brought copies.
19        MR. ALEXANDER COFFIN:  Thank you.
20    A   Okay.  This is -- okay.
21    Q   He's got a copy.  You can hold on to it.

Page 36

1     Q   Okay.  Do you recognize that document?
2     A   Yes.
3     Q   Okay.  What is that?
4     A   That is the service that he had put
5  up -- that he had brought up and told us the
6  prices of everything and how much it would cost.
7     Q   Okay.  And is that something that was
8  filled out and signed during the first meeting
9  with Wylie Funeral Home?
10    A   I -- I -- I -- I can't directly
11 remember, but I don't know if this was done at the
12 first meeting or was it done at a second meeting,
13 but it might have been the first meeting.
14    Q   Okay.
15    A   Because the first meeting that we had,
16 we had had -- had told him that we had had the
17 funds.
18    Q   Okay.
19    A   So I believe it was the first meeting.
20    Q   Give me a second.
21        Okay.  And is this document something

Page 37

1  that Devin went over with you?
2     A   Is this what?
3         (Phone interruption.)
4     Q   I'll let you answer that.
5     A   I'll call him back.  I'll call him back.
6  I'm sorry.
7     Q   Okay.  So the document, Exhibit 1, is
8  that something that you went over with Devin?
9     A   Yes.
10    Q   Okay.  And is that your signature at the
11 bottom?
12    A   Yes.
13    Q   Okay.  Now, the amount that's on there,
14 it looks like the total was $3,400.  Do you see
15 that?
16        (Phone interruption.)
17    Q   Do you need a break to take that?
18    A   No.  Go ahead.  I'm sorry.
19    Q   Okay.  I was just asking you, the total
20 on this document, on Exhibit 1, is $3,400?
21    A   I think so.

10 (Pages 34 to 37)

Coast to coast coverage            Evans Reporting Service                 Over 25 years
Unsurpassed excellence                800-256-8410                    award-winning service
                                                                          EXHIBIT 7

Page 38

1  Q  Okay. And then it's got a minus 390
2  next to it. Do you see that?
3  A  Yeah.
4  Q  Okay. Do you know why 390 was taken off
5  of the total?
6  A  I don't remember, no. I don't remember.
7  Q  Okay. Who ultimately paid this amount,
8  on Exhibit 1, to the funeral home?
9  A  Me and my sister.
10  Q  Okay.
11  A  My sister collected because I worked and
12  she wasn't working at the time. She collected
13  most of the money.
14  Q  Who did she collect it from?
15  A  From the family, from the cousins. They
16  would either -- they would either send it to her
17  or they would bring it over to her. A couple of
18  them was sent directly to -- was taken directly to
19  Wylie.
20  Q  Okay. And you mentioned before, you
21  learned that Demetra got a payment from -- I think

Page 39

1  you said it was Social Services?
2  A  Social Services.
3  Q  Okay. And did that --
4  A  Devin told us that.
5  Q  Okay.
6  A  And he -- he said that Demetras brought
7  in a check for $600, and he told us where she had
8  gotten the check from.
9  Q  Okay.
10  A  I say so -- because when we asked her,
11  she had said that she didn't have any, she didn't
12  have any funds. I asked her over the phone. I
13  told her over the phone that we're going to be
14  collecting money for him. That's when I told her
15  about the cremation and everything because we
16  didn't have enough money to bury him. So she just
17  said "okay" to it.
18  Q  Okay. So did you ask her for money to
19  contribute towards the services?
20  A  No. I just told her what we -- what
21  our -- my family was going to do, and I thought

Page 40

1  that maybe she would say, "Well, I have this," you
2  know, because I didn't know her. I never even
3  seen her. So I wasn't going to come right out and
4  ask her, "Do you have something to give?" I
5  didn't -- I didn't do that. I just told her that,
6  of what we was going to do, and the family
7  members.
8  Q  Do you know if she, ever, personally
9  contributed anything towards the amount owed for
10  Ivan's services?
11  A  Only that -- personally?
12  Q  Right.
13  A  No. I don't -- I -- I -- she never gave
14  us anything. The only thing she gave the funeral
15  home was that $600.
16  Q  Okay.
17  A  And that was a check from the Department
18  of Social Services.
19  Q  So you've referenced this phone call
20  with Demetra, the first phone call you had. So
21  just tell me about -- what did you guys discuss

Page 41

1  with your -- your first time speaking to her over
2  the phone after Ivan passed?
3  A  I discussed everything about what we
4  were -- what we were going -- what we were
5  going -- were going to be doing.
6  Q  Okay.
7  A  You know, I can't remember word for word
8  of what we was saying, but I know everything that
9  I -- everything that I told her that we were --
10  like, I did ask her, did he have any clothing, did
11  he have any clothes, and she said no.
12      She asked me about -- she asked me about
13  his wallet and his Social Security, and I said, "I
14  have his wallet, and I have his Social Security."
15  Within that wallet was 300-and-some dollars, and I
16  think it came from -- we think it came from --
17  because he had just got his disability. That's
18  where we think it came from.
19      I also had to call them because I didn't
20  want that check to come, and by her being his
21  widower (sic), she could have came (sic) and -- to

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence                800-256-8410                award-winning service
                                                                  EXHIBIT 7

Page 42

1 that building and gotten the check.
2 　　　　So I called the Department of -- I
3 called the Department of Social Security, or one
4 of them.  He told me that it's good that you did
5 call because then they can stop it from it coming
6 there, and it never did get there.
7 　　Q　Okay.  When you first talked to Demetra,
8 were you the first one that told her that Ivan had
9 passed or did she already know?
10 　　A　She had -- I think she already knew.
11 　　Q　Okay.
12 　　A　Yeah, I think she already knew.
13 　　Q　Do you know who told her, initially?
14 　　A　It -- it -- I don't know.  It might have
15 been Lashley, Melvin.  It might have been Melvin
16 that told her.
17 　　Q　Okay.
18 　　A　I don't know.
19 　　Q　All right.  So you had that first
20 meeting with Wylie Funeral Home.
21 　　A　Uh-huh.

Page 43

1 　　Q　And you spoke to Demetra over the phone
2 about what the plan was for the services, right?
3 　　A　Uh-huh.
4 　　Q　Is that correct?
5 　　A　Yeah.
6 　　Q　Okay.  Did there come a time that you
7 learned about another woman claiming to be Ivan's
8 spouse?
9 　　A　Yes, yes.
10 　　Q　When did you find out about that, if you
11 remember?
12 　　A　Everything had calmed down, and we had
13 had the funds.  We gave Wylie the money.  Then
14 they called us, like, a couple of days later.  I
15 think he called -- he called me, and he told --
16 　　Q　Who's "he"?  Devin Connor?
17 　　A　Devin, Devin.  Devin called, and Devin
18 said, "We have a problem."  And I said, "Well,
19 what's going on?"  He said, "Did you know that
20 Ivan was married before?"  So we said, no, we
21 never knew anything about a wife, that he'd ever

Page 44

1 been married.
2 　　　　So he said, "Well, this wife came over,
3 and she was saying that she's his wife, and if she
4 was his wife legally, then it would have been
5 before Demetras."
6 　　Q　Okay.  And what else was discussed
7 during that phone call?
8 　　A　I asked him --
9 　　　　MR. ALEXANDER COFFIN:  Objection.
10 　　Q　You can answer.
11 　　A　I asked him -- I'm trying to think.  We
12 came -- he told us that it's going to be a problem
13 with that and we might not be able to cremate.
14 　　Q　Okay.  Did Devin explain to you why?
15 　　A　Right.
16 　　Q　What did he say?
17 　　A　He said that --
18 　　　　MR. ALEXANDER COFFIN:  Objection.
19 　　Q　Go ahead.
20 　　A　He said that the reason why is "because
21 if this woman is his wife and then Demetras is his

Page 45

1 wife, there's going to be a conflict," and they
2 would -- that it will -- it will pull them into
3 it.  So he said the best thing to do is to put him
4 in a -- a box and we would have to bury him.
5 　　　　"We would have to bury him," that's what
6 he -- that's what he said.  He didn't say "put him
7 in a box."  "We would have to bury him."
8 　　Q　Okay.  And when he told you that, what
9 did you say to Devin?
10 　　A　I told to Devin, "Well, I don't -- if --
11 if that's the -- if that's the only way, then
12 that's the -- that's the only way, that we will
13 have to do that."
14 　　Q　Okay.  Did you protest what Devin told
15 you?
16 　　A　No.
17 　　Q　Okay.  Did Devin tell you that the
18 family was going to be charged extra to bury Ivan?
19 　　A　No.
20 　　Q　Okay.  And you said put Ivan "in a box."
21 Do you mean a casket?

12 (Pages 42 to 45)

Coast to coast coverage　　　　　　　　Evans Reporting Service　　　　　　　　Over 25 years
Unsurpassed excellence　　　　　　　　　800-256-8410　　　　　　　　　　　　award-winning service
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EXHIBIT 7

Page 46

1  A  I'm -- I'm -- I'm -- I'm -- I'm -- we --
2  we just assumed that.  He said, "We would have to
3  bury him."  You know, that's what Devin was
4  tell- -- told me.  "We would have to bury him.  He
5  cannot be cremated because of this conflict
6  between, supposedly, two wives."
7  Q  Now, after you had that phone call with
8  Devin, did you speak to Demetra Street about the
9  issue with cremation?
10  A  What, just the cremation by itself?
11  Q  Right.  So after you found out about
12  this issue with the other wife and the -- what
13  Devin told you, that they couldn't cremate Ivan,
14  did you speak to Demetra about that?
15  A  Yes.
16  Q  Okay.  How did -- did you speak to her
17  over the phone?
18  A  Over the phone.  See, I never -- I never
19  seen her.
20  Q  Okay.  And when you spoke to Demetra
21  over the phone, what did you talk about with her?

Page 47

1  A  I just told her that we wouldn't be --
2  we wouldn't be able to cremate him because there's
3  another issue of saying that -- another woman was
4  saying that she was married to Ivan.
5  Q  Okay.  Did you tell Demetra that the
6  funeral home was going to bury Ivan?
7  A  I don't remember that.  I don't
8  remember.
9  Q  Okay.  When you told Demetra the issue
10  with the other wife --
11  A  Uh-huh.
12  Q  -- what did she say to you?
13  A  I -- I -- I did tell her.  I said, "I
14  think that it might be -- that we would have to --
15  they would have to bury him because -- because of
16  this issue between this woman, this -- this other
17  woman who, supposedly, had been married to him."
18  Q  Okay.  And when you told Demetra that,
19  what did she say?
20  A  She just said, "Okay."  She said,
21  "Okay."

Page 48

1  Q  Okay.  Did she, during that phone call,
2  ever tell you, "No, I don't want Ivan buried, I
3  want him cremated," or anything --
4  A  No.
5  Q  -- to that effect?
6  A  No, she never told us anything.
7  Q  Okay.  And that phone call that we were
8  just talking about, did that happen before the
9  memorial service?
10  A  Yeah, yes.
11  Q  Okay.  Now, who else in the family knew
12  about the claim of the other wife and that the
13  funeral home was going to bury Ivan?
14     MR. ALEXANDER COFFIN:  Objection.
15  You can answer.
16  A  Repeat.
17  Q  Who else in the family knew -- let's
18  break it down.  Who else in the family knew about
19  this claim by the other wife?
20     MR. ALEXANDER COFFIN:  Objecting to that
21  as well.

Page 49

1  Q  You can answer.
2  A  Everyone, because we had to -- I passed
3  it on.  I had to pass it on to them to let them
4  know because any- and everything that came on the
5  table to me, I passed it on to my cousins and let
6  them know.  My sister passed it on to them, so --
7  Q  Okay.
8  A  -- so that we all can be on the same
9  page of what's going on.  So a couple of people, a
10  couple of cousins, knew this woman.  She used to
11  live next door to the -- the guy I told you,
12  Peewee, she used to live next door to his mother.
13  That's how Ivan Street met her.
14  Q  Okay.  You said Peewee?
15  A  Yeah, Peewee.
16  Q  That's Melvin's brother?
17  A  Brother, yes.
18  Q  All right.
19  A  His oldest brother.
20  Q  And who in the family knew that Ivan was
21  going to be buried instead of cremated?

13 (Pages 46 to 49)

Coast to coast coverage            Evans Reporting Service            Over 25 years
Unsurpassed excellence                 800-256-8410                award-winning service
                                                                   EXHIBIT 7

Page 50

1  MR. ALEXANDER COFFIN: Objection.
2  Q  You can answer.
3  A  Who knew that he was going to be buried
4  instead of cremated?
5  Q  Yes.
6  A  The -- all the family knew that he was
7  going to be buried.
8  Q  And how did they know? Did you --
9  A  I -- we told them.
10 Q  Okay. Who's "we"?
11 A  My sister and I.
12 Q  Okay. And who specifically did you tell
13 that he was going to be buried? I'm looking for
14 names.
15 A  My sister, Billy West, Peewee. I think
16 they were the only ones.
17 Q  Okay.
18 A  Uh-huh.
19 Q  Do you know if they told anyone else
20 that Ivan was going to be buried?
21 A  No, I don't think they did.

Page 51

1  Q  Okay. I'm assuming there are other
2  family members and friends.
3  A  Yeah.
4  Q  Was there a reason you didn't tell all
5  of them about the burial?
6  A  I didn't -- I didn't -- I didn't want a
7  big issue to come up or somebody was saying -- had
8  some objection to it, you know. So I knew that he
9  was close to Peewee, and I knew that he was close
10 to Billy. So Billy and Peewee were the only two
11 that we told, and my sister and I.
12 Q  Okay. And did you-all agree to keep it
13 to yourselves?
14 A  Yes.
15 Q  And why was that?
16 A  Because we didn't want -- we didn't -- a
17 lot of times when family things come up like that,
18 it's always another issue that somebody might have
19 and they want to change it. We wanted to do this
20 and get it over with, you know.
21 Q  Okay.

Page 52

1  A  And I knew that I could tell -- Billy --
2  Billy agreed. Peewee agreed.
3  Q  Okay. And --
4  A  And my sister.
5  Q  And you, as you testified before, you
6  also told Demetra Street about the burial?
7  A  Yeah, I told -- I told Demetras (sic)
8  that that's what -- I told Demetras that's what we
9  was going to do, but I told her over the phone.
10 Q  Okay. Did anyone from Wylie Funeral
11 Home tell you not to tell any of Ivan's family
12 members or friends about the burial?
13 A  No.
14 Q  Do you know if the family was ever
15 charged for the casket for Ivan --
16     MR. ALEXANDER COFFIN: Objection.
17 Q  -- for when he was buried? You can
18 answer.
19 A  Was he charged for a casket?
20 Q  Was the family charged for a casket?
21 A  Uh-uh, the -- yeah, yeah, we had to

Page 53

1  pay -- we had to pay for that. Whatever they put
2  him in, we had to pay for that, but we had the
3  money to pay for that --
4  Q  Okay.
5  A  -- because he wasn't going to be
6  cremated now, then.
7  Q  Okay. And when this change was made to
8  Ivan's arrangements, did you discuss with Devin
9  whether the family still wanted a memorial service
10 for Ivan?
11 A  Yes, yes.
12 Q  Okay. What was that? Tell me about
13 that discussion.
14 A  We -- we -- we told him that we was
15 going to pursue the -- continue the memorial
16 services (sic). And he said, "Well, beings that
17 you" --
18     MR. ALEXANDER COFFIN: Objection.
19 Q  You can answer.
20 A  "Beings that you just told them" -- I
21 told Ivan -- I mean, I told Peewee and Billy and

14 (Pages 50 to 53)

Coast to coast coverage        Evans Reporting Service        Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                              EXHIBIT 7

Page 54

1  my sister, so we all agreed that -- they suggested
2  that we have a urn, and the urn was put -- put up
3  there, but the urn was not to go to anybody
4  because we didn't pay for that urn. Wylie
5  hims- -- said that he would put the urn up there.
6     Q   Okay. Now, was -- who was it that you
7  talked about the urn with?
8     A   Just my sister and them.
9     Q   No. I mean, with the funeral home. Who
10 did you speak to the urn about?
11    A   Devin.
12    Q   Okay.
13    A   Devin was the one who we spoke to
14 through the whole -- the whole session.
15    Q   Okay. And when the urn came up, was it
16 something that you decided that you wanted to have
17 at the memorial service?
18    A   Yeah. They said that we -- "We're going
19 to put the urn up there," you know, "but the urn
20 have to be returned after the services."
21    Q   Okay. Did you request to have the urn

Page 55

1  at the service?
2     A   Did I request it?
3     Q   Yes.
4     A   They -- they -- they had told -- told me
5  about it.
6     Q   Okay. Did they say, "Do you" -- did
7  they ask you if you wanted that urn --
8     A   Yeah.
9     Q   -- at the service?
10    A   Yeah.
11    Q   Okay. And you told them yes?
12    A   Yes.
13    Q   Okay. Did you discuss the urn with the
14 family?
15    A   Just -- just the ones that I just told
16 you.
17    Q   Okay. And who was that?
18    A   Peewee, Billy, and my sister.
19    Q   Okay. Did you discuss the urn with
20 Demetra Street before the service?
21    A   I -- I -- I told her that, yes --

Page 56

1     Q   Okay.
2     A   -- and her -- because I told her over
3  the phone.
4     Q   What did you tell her about the urn?
5     A   I told her that we were going to -- I
6  told her that he was going to be buried because of
7  this other woman. I said, "There will be a -- a
8  urn that was going to be put there," you know,
9  "and -- but we have to return the urn back."
10    Q   Okay. Did she protest that --
11    A   No.
12    Q   -- decision?
13    A   She didn't say anything.
14    Q   Okay. And, again, you had that call
15 with her before the memorial service?
16    A   Right.
17    Q   Okay. All right. Just a couple of
18 quick things.
19       (Jeffers Exhibit Nos. 2 and 3 were
20 marked for identification.)
21    Q   Ms. Jeffers, I'm showing you what's been

Page 57

1  marked as Exhibits 2 and 3, and the only question
2  I'm going to ask you, if those are your
3  signatures --
4     A   Yes.
5     Q   -- appearing on both of those documents.
6     A   Yes.
7     Q   Okay.
8     A   He gets these back?
9     Q   You can put them on that pile there.
10       All right. The memorial service for
11 Ivan, you attended that, right?
12    A   Yes.
13    Q   Okay. Was Demetra Street there?
14    A   That's when I met her.
15    Q   That's when you met her in person for
16 the first time?
17    A   For the first time. My sister was in
18 the car with me, and I said, "You know what,
19 Cheyenne, if she was to come down, I wouldn't even
20 know how she look." But my sister said she
21 vaguely know (sic) how she looks because she went

15 (Pages 54 to 57)

Coast to coast coverage     Evans Reporting Service     Over 25 years
Unsurpassed excellence     800-256-8410     award-winning service
EXHIBIT 7

Page 58

1 to the wedding. We was invited to the wedding,
2 but I didn't go, and -- but my sister went.
3 And -- and she came walking up, and my
4 sister said, "Rita, I think that's her." So when
5 I went in the building, I had to introduce myself
6 to her to let her know who I was because we only
7 talked on the phone.
8 So she was in a -- one of the side
9 rooms, sitting with her family. So I went over to
10 her, and I let her know. "I am Rita Jeffers," and
11 I told her, "Give me a hug," you know, "and I'm
12 sorry about this loss that we've had" and things
13 like that.
14 And then she -- I told her. I said,
15 "These are your kids?" And she said, "Yeah." You
16 know, we had a little talk like that, and that was
17 it. And I introduced her to my children, but
18 they -- they're grown. I introduced her to my
19 kids.
20 Q Okay.
21 A Uh-huh.

Page 59

1 Q And before the service started, did she
2 ask you any questions about, you know, how -- what
3 the service was going to be like or, you know, an
4 urn or the burial of Ivan Street, anything like
5 that?
6 A No. She never asked me anything.
7 Q All right. And did you participate in
8 the memorial, like, you know, give a speech or
9 anything like that?
10 A No. My sister gave a -- my sister gave
11 a speech. Demetras sung a song. She asked me
12 prior, could she sing a song. Well, she called me
13 on that. She called me on the phone, and she
14 asked me, would it be okay if she could sing a
15 song.
16 And I said, "Demetras, I didn't even
17 know you could -- I didn't even know you could
18 sing." She said, "Yeah, I can do," you know. So
19 I told her. I said, "Sure." So she -- she said,
20 "Okay."
21 Q Okay. So she sang at the service?

Page 60

1 A Yes.
2 Q All right. And did you speak to her
3 again, after the service, that day, I mean?
4 A She -- she was sitting right beside me
5 because I had -- I told her. I said, "Come on,
6 you can sit right beside me," you know. So she
7 sat over -- right beside me.
8 Q Okay. And after the service concluded,
9 did you speak to her?
10 A No.
11 Q All right.
12 A She was gone.
13 Q All right. Did she -- at any time
14 before, during, or after the service, did she ever
15 ask you for Ivan's ashes?
16 A No.
17 Q Okay.
18 A No.
19 Q Did she ever mention wanting Ivan's
20 ashes?
21 A No.

Page 61

1 Q Okay. Did she ever complain to you
2 about the service or anything like that --
3 A No.
4 Q -- after it occurred? Okay.
5 When is the next time that you spoke to
6 Demetra --
7 A She called me --
8 Q -- after the service?
9 A -- and she said, whatever -- "What
10 happened to the death certificates?" That was the
11 next time after Ivan was -- everything was over,
12 she called me, and she asked me that. She wanted
13 the death certificate.
14 I said, "As soon as it comes, I'll give
15 it to you" because I had three of them. I paid
16 for three of them. One was for her, one was for
17 my sister, and one was for myself. And they had
18 not came (sic) yet. So what she did is that she
19 went to records, and she paid for a death
20 certificate of her own.
21 She also called me and wanted his Social

16 (Pages 58 to 61)

Coast to coast coverage                Evans Reporting Service                Over 25 years
Unsurpassed excellence                    800-256-8410                    award-winning service
                                                                              EXHIBIT 7

Page 62

1 Security card and something else. I told her. I
2 said, "You're welcome to everything that's in his
3 wallet, but you will have to come and get it"
4 because she lived a distance, you know.
5    Q  Did she ever come get it?
6    A  No. I still have it today.
7    Q  Now, this is all a phone call --
8    A  Uh-huh.
9    Q  -- that you've been describing?
10    A  Uh-huh. I told her --
11    Q  Yes?
12    A  -- I told her that she would have to
13 come and get it, and she just -- I think she told
14 me okay, but she never did. She never came and
15 got it.
16    Q  Was that just -- did that all happen in
17 one phone call, or was there more than one phone
18 call?
19    A  She called me again -- no. That was in
20 one phone call because she -- she called me with
21 an attitude. And I said, "Well, what's going on?"

Page 63

1 And she said that, "Mr. Wylie, he's too smart. He
2 disrespected me."
3    These are the things that she was
4 saying. I said -- I said, "Wylie disrespecting
5 you?" I said, "I've known him for a long time.
6 I've never known him to disrespect anybody," you
7 know.
8    So she -- she said she wanted the death
9 certificate, and he told her about -- that's when
10 he mentioned to her that he -- I forgot what it
11 was. I -- I can't remember what it was, of --
12 of -- of what he said, but I think he said that --
13 he knew that I had -- we had already paid for the
14 death certificate, and that's what I told her.
15    I said, "The death certificates haven't
16 came (sic) to me just yet. You know, I might have
17 to go up to Wylie's and get them" because time was
18 going by, you know. So that's what happened.
19    But, by that time, they said that she
20 had -- someone -- she never called me to let me
21 know that she had already had one, that she had

Page 64

1 went over to records, and she had gotten a death
2 certificate of her own.
3    The only thing she called me up about
4 was that she wanted it and Mr. Wylie got smart
5 with her and he disrespected her. But I was
6 saying, "Well, what was it that he said?" She
7 wanted -- and all I can remember is that she
8 wanted the death certificate. She wanted the
9 death certificate to be sent to her.
10    Q  Now, during that phone call, did Demetra
11 ever mention an urn or Ivan's ashes?
12    A  No.
13    Q  All right. Did she ever mention a
14 burial or the location of the burial --
15    A  No.
16    Q  -- during that phone call?
17    A  No.
18    Q  No. Do you know when that phone call
19 occurred?
20    A  No, I don't --
21    Q  You don't remember?

Page 65

1    A  I don't remember.
2    Q  Okay.
3    A  I don't remember that, what -- the --
4 the day of it. I do know -- I know that she --
5 she -- that was the next time that I heard from
6 her.
7    Q  Before Ivan passed, did he ever talk to
8 you about divorcing Demetra Street?
9    A  Yes.
10    Q  And what did he tell you about that?
11    MR. ALEXANDER COFFIN: Objection.
12    Q  You can answer.
13    A  That -- that he was going -- that he was
14 going to divorce her. And when he first told
15 me -- I -- I didn't see him for a while, and then
16 when I did see him, I thought -- I didn't ask, but
17 I just assumed that the divorce was already
18 through because he never mentioned anything about
19 her, or anything, you know. And he was living
20 right across the street from me.
21    Q  Okay. Do you remember the last time you

17 (Pages 62 to 65)

Coast to coast coverage     Evans Reporting Service     Over 25 years
Unsurpassed excellence     800-256-8410     award-winning service
EXHIBIT 7

Page 66

1  saw Ivan before he passed?
2  A  No.  I think I talked to him on the
3  phone.  He said he had to go to the doctor's.  I
4  think that was the last time I talked to him.  He
5  said, "I'm" -- they call me "Rita-Ree."  He said,
6  "I'm going to the doctor's, and I will talk to you
7  when I come back and let you know," but I never
8  heard from him.
9  Q  Okay.  And after -- you were talking
10 about that phone call with Demetra Street after
11 the service, where you talked about the death
12 certificate.  Did you ever speak to her again
13 after that phone call?
14 A  I'm trying to think if she called me for
15 something else, but I -- I don't -- I don't
16 remember.  I'm trying to think because I told her
17 that I was going to get it together.  I think I
18 was the last -- I think I made the last call to
19 her, and I told her that she can come and get the
20 wallet.  I hadn't -- I told her I'd get back with
21 her about the death certificate, you know, and I

Page 67

1  told her -- I -- I -- I do believe that when I did
2  tell her, that's when she told me that she -- she
3  just wanted his wallet, with his Social Security
4  number -- with his Social Security card.
5  I said, "You can have all of this, but
6  you will have to come and get it."  She said she
7  didn't need -- I think she told me she didn't need
8  the birth certificate.
9  Q  Did she, Demetra, ever --
10 A  I mean, the death certificate.  I'm
11 sorry.
12 Q  Okay.  Did Demetra ever tell you why she
13 wanted the death certificate and the Social
14 Security card?
15 A  No.  I never even asked her, but I just
16 assumed that she was his wife, and I said, "You
17 can have it."
18 Q  Okay.  Now, do you, or did you ever,
19 have any complaints or issues with the way Wylie
20 Funeral handled Ivan Street --
21 A  Absolutely not.

Page 68

1  Q  -- and his remains?
2  A  Okay.  We've been knowing Wylie for a
3  long, long, long time, and he's tooken (sic)
4  care -- I know a lot of people that he knows, and
5  he's taken care of my family very well -- I'm
6  sorry --
7  Q  Okay.
8  A  -- because my -- my -- my -- my brother
9  died and my mom died, and I don't understand why
10 somebody would do this to him.  The man was always
11 nice to us, always.  He's been knowing my family
12 for a long time.  He's even gave (sic) us -- my
13 mother didn't have all the money to bury my
14 brother, and Wylie let it go.  You know, he does
15 things like that.  That's why I don't understand
16 why she would do that.
17 Q  Okay.
18 A  Even though she didn't know our family,
19 Wylie was good.  He's a good -- he's a good man,
20 and he does things for the people, and we all know
21 that.

Page 69

1  MR. MANN:  I don't have any more
2  questions.  Thank you.
3  Do you need a break?  Do you want to
4  take a couple minutes?
5  THE WITNESS:  Are these mines (sic)?
6  MR. MANN:  I'm sorry?
7  THE WITNESS:  Are these mines?
8  MR. MANN:  No, no.  Those are going to
9  stay with us.
10 You're not done, though, because
11 Mr. Coffin may have questions for you.  Okay?
12 THE WITNESS:  Okay.
13 MR. MANN:  Do you want to take a quick
14 break, or are you ready to keep going?
15 How long do you think you have with her,
16 Alex?  How many questions do you have -- think you
17 have?
18 MR. JIM COFFIN:  Five minutes, tops.
19 MR. ALEXANDER COFFIN:  Yes, about five
20 minutes.
21 MR. MANN:  Okay.

18 (Pages 66 to 69)

Coast to coast coverage        Evans Reporting Service        Over 25 years
Unsurpassed excellence         800-256-8410                   award-winning service
EXHIBIT 7

Page 70

1  Do you want to just keep going, or do
2 you want to take a couple minutes?
3  MR. ALEXANDER COFFIN: I want to object
4 and strike that from the record as nonresponsive
5 to the question.
6  THE WITNESS: I -- I can go.
7  MR. MANN: Okay.
8  Go ahead.
9  MR. JIM COFFIN: We need a couple
10 minutes.
11  MR. MANN: Do you want to take a break?
12  MR. JIM COFFIN: Yes. Like,
13 two minutes, tops.
14  MR. MANN: All right.
15  (A brief recess was taken.)
16  EXAMINATION
17  BY MR. ALEXANDER COFFIN:
18  Q  Can you tell me where Ivan Street is
19 buried?
20  A  You know what, I -- I -- no, I don't
21 remember.

Page 71

1  Q  Okay.
2  A  No.
3  Q  Did you attend his burial?
4  A  No. He didn't have a burial service.
5 We just attend the service for him.
6  Q  Do you know why there was not a burial
7 service, why you didn't actually attend?
8  (Phone interruption.)
9  A  I -- I don't -- I don't know -- I don't
10 know how to turn my phone off. I'm sorry. I'm
11 sorry.
12  Q  No, you're fine.
13  So you didn't attend the actual burial
14 of Ivan?
15  A  No, we didn't go there. We didn't -- we
16 didn't attend.
17  Q  Why did you not go? He's your cousin.
18  MR. MANN: Object to form.
19  You can answer.
20  A  You know what, we -- we -- we -- nobody
21 really -- we thought that everything was over

Page 72

1 then, and I think that by the time -- there was no
2 service. It wasn't said that there was going to
3 be a service for that -- for -- for -- for that,
4 you know.
5  The only service was, was the service,
6 you know, for him and people speaking on the
7 behalf of him, you know, at Wylie's Funeral Home,
8 and that was it.
9  Q  Okay. So you thought that there was
10 just going to be a memorial service and he was --
11  A  And that's it.
12  Q  -- just going -- he was just going to be
13 buried? That was it?
14  A  Uh-huh.
15  MR. MANN: You have to give a verbal
16 response to the question.
17  A  Yes.
18  MR. ALEXANDER COFFIN: Okay. I think
19 we're good.
20  MR. MANN: No more questions?
21  MR. ALEXANDER COFFIN: No.

Page 73

1  MR. MANN: All right.
2  Ms. Jeffers, you have the right to read
3 and review this transcript before it becomes
4 final. You can make changes to spellings, things
5 like that. If you make substantive changes, you
6 know, change your testimony completely, we can
7 make you come back here for another deposition.
8  So you have the right to read and review
9 the transcript or, if you want to, you can waive
10 that right and the transcript will become final
11 once it's completed.
12  It's your decision on what you want to
13 do. If you want to read this before it becomes
14 final or if you don't want to, that's your
15 decision.
16  THE WITNESS: I think -- I think
17 everything that I said was -- everything I said
18 was the truth. Everything I -- that I could
19 remember, you know, it was the truth.
20  MR. MANN: Well, it's not about that.
21 It's just whether the thing -- the transcript is

Coast to coast coverage                Evans Reporting Service                Over 25 years
Unsurpassed excellence                    800-256-8410                    award-winning service
EXHIBIT 7

Page 74

1  correct, that it says --
2      THE WITNESS:  Oh.
3      MR. MANN:  -- what you said during the
4  deposition.
5      So it's up to you if you want to read it
6  and make sure that's the case.  I can tell you
7  I've worked many times with the court reporter.
8  She does an excellent job, but it's your decision
9  alone.
10     THE WITNESS:  Do I read all of this -- I
11 read everything that you-all said now before I
12 leave here?
13     MR. MANN:  No, no, no.
14     THE WITNESS:  Oh.
15     MR. MANN:  It would be sent to you in
16 the mail.  You'd have to read it.  If everything
17 looks good, you sign it.  If you need to make
18 changes, you put that on a sheet and then --
19     THE WITNESS:  Okay.
20     MR. MANN:  -- send it back to --
21     THE WITNESS:  Okay.  You can do --

Page 75

1      MR. MANN:  -- the court reporter.
2      THE WITNESS:  Excuse me.  You can do
3  that.
4      MR. MANN:  Do you want to read?
5      THE WITNESS:  Yes.
6      (Deposition was concluded at 11:34 a.m.)

Page 76

1  State of Maryland
2  Anne Arundel County
3      I, Melanie Kilchenstein, a Notary Public
4  of the State of Maryland, Anne Arundel County, do
5  hereby certify that the within-named witness
6  personally appeared before me at the time and
7  place herein set out, and after having been first
8  duly sworn by me, according to law, was examined
9  by counsel.
10     I further certify that the examination
11 was recorded stenographically by me and this
12 transcript is a true record of the proceedings.
13     I further certify that I am not of
14 counsel to any of the parties, nor an employee of
15 counsel, nor related to any of the parties, nor in
16 any way interested in the outcome of the action.
17     As witness my hand and seal this 9th day
18 of November, 2022.
19          Melanie Kilchenstein
20
21 My Commission Expires:  1/15/2023

Page 77

1      INSTRUCTIONS TO THE WITNESS FOR
2           REVIEWING TRANSCRIPT
3
4      Read your deposition over carefully.  It
is your right to read your deposition and make
changes in form or substance.
5
6
7      You should mark any change in the
appropriate columns on the errata sheet.  Changes
made in your transcript may be questioned by
8  counsel at a later date.
9
10     Please note any change in form or
substance on the following errata sheet.  Enter
the relevant page number and the line number.
11 Also enter the incorrect word and your correction.
12
13     Then sign and date your deposition at
the end of the errata sheet in the space provided.
You are signing it subject to the changes you have
14 made in the errata sheet, which will be attached
to the deposition before filing.
15
16     The errata sheet needs to be returned
within 30 days of receipt to Evans Reporting
17 Service, 7 North Calvert Street, Suite 409,
Baltimore, Maryland 21202.
18
19     If you have any questions, please give
us a call.
20
21

20 (Pages 74 to 77)

Coast to coast coverage          Evans Reporting Service          Over 25 years
Unsurpassed excellence              800-256-8410              award-winning service
                                                                  EXHIBIT 7