# Exhibit 3

# In The Matter Of:

*DEMETRA STREET v.*
*WYLIE FUNERAL HOME, P.A., et al*

*DEPOSITION OF ALBERT WYLIE*
*November 1, 2022*



*Court Reporters,*
*ETCetera, Inc.*

*"Expect Accuracy & Quality!"*

ANYWHERE in the USA!
1-800-947-DEPO (3376)
Email: schedule@courtreporters-etc.com
www.courtreporters-etc.com

**D.C. OFFICE**
1101 Connecticut Ave., N.W.
Suite 450
Washington, D.C. 20036
(202) 628-DEPO (3376)

**MARYLAND OFFICE**
2833 Smith Ave
Suite 260
Baltimore, MD 21209
(410) 653-1115

*Original File AWYL1101.TXT*

EXHIBIT B.3

DEMETRA STREET v.
WYLIE FUNERAL HOME, P.A., et al

DEPOSITION OF ALBERT WYLIE
November 1, 2022

Page 5

of nonverbal communication.

Please try to keep your voice at a level where you can be heard. I will try not -- I will try to ask questions that are simple and straight forward. I am not trying to trick you with my questions. If you do not understand a question, please ask me to repeat the question or rephrase it. Please wait until I have asked the entire question before you provide your answer.

If your attorney, Mr. Mann, objects to a question, you should pause and wait for further instruction from one of us.

If you need to a take a break at any point throughout the deposition, please tell me. But we cannot break after I've asked a question if you haven't yet answered the question. You may also not seek advice from your attorney while there is a question pending.

Are you ready to begin?

Page 6

A. One thing. The gentleman to your left --

Q. Yes.

A. -- what is his position?

MR. MANN: Don't worry about that, Albert.

THE WITNESS: Okay.

MR. MANN: Just answer the question.

THE WITNESS: Okay.

MR. MANN: He's not going to be asking you anything.

BY MR. COFFIN:

Q. You get don't get to ask me questions. I ask you questions.

A. Okay.

MR. MANN: Unless you need clarification.

THE WITNESS: Okay.

BY MR. COFFIN:

Q. Can you please state your name

Page 7

for the record?

A. Albert P. Wylie.

Q. Okay. Where do you live?

A. 2325 Ashburn Street.

Q. Okay. And that's in Baltimore?

A. Baltimore, 21216.

Q. How long have you been at that address?

A. Five, six -- six years.

Q. Can you tell me a little bit more about your education?

A. High school graduate.

Q. Okay.

A. Douglas High School.

Q. Any licenses, certifications?

A. Licensed mortician in the State of Maryland.

Q. Okay. Which Funeral Home employees you, is it the Randallstown location or the Mount Street location?

A. They -- both.

Page 8

Q. Okay. Do you receive your paycheck from -- well, first off, do you receive a paycheck?

A. It's minimal but, yes.

Q. Okay. Is your paycheck made out from the Randallstown location or from the Mount Street location?

A. Neither. Neither.

Q. Where is your paycheck made out --

A. ADP. It's a -- it's all on one -- it's all on one. So when you -- when you get your paycheck, it comes from -- it comes from payroll accounting firm.

Q. Okay. How long have you worked at Wylie Funeral Home?

A. Thirty-four years.

Q. Okay. Have you had different roles there throughout your time there?

A. One role.

Q. And what is -- what is that role?

**Page 9**

A.  Owner.

Q.  What percentage of your work time do you spend at the Randallstown location versus how much of your time is spent at the Mount Street location?

A.  60/40.  60 Mount, 40 Randallstown.

Q.  And can you tell me why there are two different locations?

A.  Because they are different areas. One is in Randallstown.  One is in Baltimore County.  One is in Baltimore City.

Q.  Okay.  Do you hold any officerships, directorships, ownerships in any other companies?

A.  No, sir.

Q.  When there are disputes at Wylie Funeral Home, do you have the final say?

A.  No, sir.

Q.  Who has the final say?

A.  Brandon Wylie.

**Page 10**

Q.  Okay.  What services are shared between the Mount Street location and the Randallstown location?  Do you share cars? Do you share drivers?  Do you share computer systems?  Printing?  Accounting?  What is shared?

A.  Drivers, computer systems, paper, embalming fluid, those items.

Q.  Okay.  Have there ever been any complaints made against you with any government agency or regulatory board?

A.  No.

Q.  Have you ever been sued, fined or disciplined for anything related to your job or profession?

A.  No, sir.

Q.  Are you on the Board of Funeral Directors for the State of Maryland?

A.  No, sir.

Q.  You are not?

A.  I am not.

**Page 11**

Q.  Okay.  Were you ever?

A.  No, sir.

Q.  Do you know or have you ever spoken -- do you know or have you met with or spoken with Demetra Street?

A.  Have I ever met --

Q.  All right.  Let's sort -- sorry. Let's take this in pieces.

A.  Okay.

Q.  Have you ever -- have you ever met Demetra Street in person?

A.  No, sir.

Q.  Okay.  Have you ever spoken with Demetra Street on the phone?

A.  Yes.

Q.  Okay.  When did you speak with Demetra Street on the phone?

A.  Date, I don't know.

Q.  Okay.  Do you remember if you called her or she called you?

A.  She didn't -- I didn't call her,

**Page 12**

no.  She must have called the Funeral Home.

Q.  Okay.  And do you have any idea how that phone call would have gotten to you?  Do you have -- I obviously don't know how it works, but I assume that you have a receptionist.

How does the call -- I guess how does the call routing system work at the Funeral Home?  If someone calls in, how does the call get routed to you is the question?

A.  One has to ask for me.

Q.  Okay.  Okay.  So if someone calls in, does it go to a receptionist?

A.  Yes.

Q.  Okay.  So Demetra Street called you.  What did you speak to her about?

A.  She wanted to know about the death certificate.

Q.  Okay.  What did she want to know about the death certificate?

A.  Why her name was not on the death