UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DEMETRA STREET | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-cv-01970-RDB |
| WYLIE FUNERAL HOME, P.A., et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**PROPOSED REVISED SCHEDULING ORDER**

Plaintiff, Demetra Street, and Defendants, Wylie Funeral Home, P.A., Wylie Funeral Home, P.A. of Baltimore County, Albert Wylie, Brandon Wylie and Devin Connor, by their undersigned attorneys, hereby submit the following Proposed Revised Scheduling Order in this matter:

I. 

| Deadline/Event | Date |
|---|---|
| Settlement Conference | TBD |
| Motions *In Limine* | November 13, 2023 |
| Plaintiff's Draft of Pretrial Order | November 13, 2023 |
| Defendants' Revisions to Pretrial Order | November 20, 2023 |
| Proposed Voir Dire and Jury Instructions | November 20, 2023 |
| Submission of Pretrial Order | November 27, 2023 |
| Pretrial Conference | December 4, 2023 at 4:00 p.m. |
| Exhibit List | December 7, 2023 |
| Jury Trial | December 11, 2023 |

          /s/ Alexander J. Coffin

Alexander J. Coffin, Esq.,  #21680
Law Office of Alex Coffin, LLC
114 Spring Place Way
Annapolis, MD 21401
Phone: 410-216-3339
Email: alex.COFFINLAW@gmail.com
Attorney for Plaintiff


          /s/ Christian C. Mann

Christian C. Mann, Esq., #29966
Mann & Casey, P.A.
409 Washington Avenue, #600
Towson, MD 21204
410-296-6826
410-825-1805 fax
Jmarkel_mann@hotmail.com
Attorneys for Defendants